## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE IDAHO REPUBLICAN PARTY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>BEN YSURSA, in his Official Capacity as<br>Secretary of State of the State of Idaho,<br><br>Defendants. | Case No. 1:08-cv-00165-BLW |

## DECLARATION OF JACQUELINE SALIT

I, JACQUELINE SALIT, swear and affirm under the penalties of perjury that I am over 18 years of age and otherwise competent to testify as to the matters herein, which are based on my personal knowledge:

1.      I reside in New York, NY and am the President of the Committee for a Unified Independent Party, Inc. ("CUIP") a proposed defendant- intervenor herein.

2.      I am also the Executive Editor of the *Neo Independent* magazine that uniquely features commentary on and coverage of the independent political movement.

3.      CUIP is a not for profit corporation organized and chartered in New York and exempt from income taxes under Section 501(c)(4) of the Internal Revenue Code.

4.      CUIP's mission is to seek political recognition for independent voters and to respond to any efforts to marginalize their participation in the political process.

5.      CUIP is in regular contact by telephone, e-mail and through its website with tens of thousands of independents across the country. Its website, *IndependentVoting.org*, is a recognized clearinghouse and nerve center for ideas and information about independent politics.

6.      On June 22, 2008, I hosted CUIP's regular national conference call in which over 150 independent activists from more than 35 states participated. The agenda included discussion of the ways in which open primaries allow independents to fully exercise their franchise. Representatives from several states reported on local campaigns to expand such opportunities.

7.      Responding to across-the-board concern by 70% of Americans that our country is "on the wrong track" and the widespread belief that partisanship has promoted the decay of our democracy, CUIP seeks to change the culture of politics so that it is less partisan and more conducive to serious dialogue on important issues of public policy.

8.      CUIP supports such reforms as open primaries, initiative and referendum, non-partisan administration of elections, non-partisan redistricting, and the lowering of barriers to ballot access.

9.      Independents, now more than 40 percent of the electorate, are playing an increasingly important role in the political process.

10.     In the recent round of presidential primaries and caucuses, independents were allowed to participate in some 33 states.

11.     Observers and analysts generally agree that independents were key to the success of the presumptive nominees of both major parties.

12.     This lawsuit seeking to close Idaho's primary elections and institute partisan registration may be a response to the increasing influence of independent voters.

13.     Along with the other individual proposed defendants-intervenors, CUIP seeks to join in this litigation so that the state and national interests of independents can be represented.

14.     Independents have a direct and immediate interest in the outcome of this litigation.

DECLARATION OF JACQUELINE SALIT - 2

15.     If the plaintiffs are successful, independents in Idaho will be denied participation in primary elections unless they enroll in a political party.

16.     As independents we value our right to non-association with a political party.

17.     If the plaintiffs have their way, and the court directs that Idaho implement a system of partisan registration and closed primaries, independents will become second class citizens, denied the right to participate in primary elections.

18.     While we are confident that defendant Secretary of State will effectively articulate the interests of the State of Idaho in the current system of non-partisan registration and open primaries, he cannot reasonably be expected to articulate the particular interest that independents have in the litigation.

19.     CUIP believes that this litigation is of national significance and if plaintiffs prevail it will encourage partisans in other states with some form of open primary to seek to close them.

20.     Further, the extremist nature of the relief sought by plaintiffs – to compel the State of Idaho to institute partisan registration and closed primaries is, in my opinion, a threat to the right of all Americans.

21.     It goes far beyond what Republicans in Virginia, for example, sought and won, namely the right to be provided with some mechanism for ensuring that persons who vote in their primary, if challenged, pledge that they intend to vote Republican in the upcoming general election. *See*, *Miller v. Brown*, 503 F.3d 360 (4th Cir. 2007).

22.     For all of the above reasons and those set forth in the other moving papers, CUIP's application to intervene as a defendants-intervenors should be granted, as should that of the other proposed defendants-intervenors.

Pursuant to 28 U.S.C. Sec. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2008

/s/ Jacqueline Salit
JACQUELINE SALIT

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 1st day of July, 2008, I submitted this foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

John Eric Sutton                    jesutton@jesutton.com

Charles Crawford Crafts        idaholitigator@yahoo.com


/s/ Gary G. Allen
Gary G. Allen