## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE IDAHO REPUBLICAN PARTY, *et al.*, | Case No. 1:08-cv-00165-BLW |
| Plaintiffs, | |
| vs. | |
| BEN YSURSA, in his Official Capacity as Secretary of State of the State of Idaho, | |
| Defendants. | |

## DECLARATION OF MITCH CAMPBELL

I, MITCH CAMPBELL, swear and affirm under the penalties of perjury that I am over 18 years of age and otherwise competent to testify as to the matters herein, which are based on my personal knowledge.

1. I reside in Twin Falls, Idaho where I was born and raised.

2. I make my living as principal of Alternative Funding, LLC, a commercial and wholesale lender.

3. This declaration is submitted in support of the motion for intervention as defendant-intervenors by myself and a number of other independent voters in Idaho: John Haight, Andrew Logsdon, Launa Noble, LaMar Orton, Boyd Stokes, and Laura Pike Campbell (my wife) of Twin Falls; Calvin Leman of Salmon; Barbara Nelson and Jason Ramsey of Filer; and Joseph Britton of Jerome.

4. Intervention is also sought by the American Independent Movement of Idaho, LLC ("AIM") of which I am the founder and managing member.

5. I have been politically aware for most of my adult life and ran for the state legislature in 1978 as a Democrat.

**DECLARATION OF MITCH CAMPBELL - 1**

6.     I subsequently oriented towards the Republican Party, until the mid-1990's when I realized that I was an independent, someone who believed that partisanship was bad for Idaho and bad for America.

7.     In September, 2007, I founded AIM.

8.     AIM speaks for independent voters who are not aligned with any political party and assert their right to vote for candidates they believe are the best qualified for office.

9.     Along with others in AIM, I believe that the two major parties have evolved into the political equivalent of huge corporations that place their interests and those of the special interests they serve before the good of our state and country.

10.    Along with others in AIM, I believe that an open primary, non-partisan registration system such as that in Idaho provides the best opportunity for non-aligned voters to influence the choice of candidates who run for public office.

11.    Along with others in AIM, I believe that the introduction of partisan registration and closed primaries would increase the control of the major parties over the political process and our government by preventing independents from voting for the candidate of their choice unless they join that candidate's political party.

12.    The intervenor-defendants seek to join in this litigation so that the voice of Idaho's independents, now 28 percent of the electorate[1], can be heard.

13.    Independents have a direct and immediate interest in the outcome of this litigation.

14.    If the plaintiffs are successful independents will be denied participation in primary elections unless we enroll in a political party.

15.    As independents we value our right to non-association with a political party.

---

[1] *Idaho Statesman*, "Our View: Open primaries respect Idahoan's independence", June 17, 2008.

**DECLARATION OF MITCH CAMPBELL - 2**

16. Under the current system, we are on an equal footing with all the citizens of Idaho.

17. If the plaintiffs have their way and the court directs that Idaho implement a system of partisan registration, we will become second class citizens, denied the right to participate in primary elections.

18. In most elections in Idaho, moreover, the winner of the Republican Party primary is the likely winner of the general election.

19. Therefore, to be barred from the primary is to be barred from meaningful participation in the electoral process.

20. While we are sure that defendant Secretary of State will effectively articulate the interests of the State of Idaho in the current system of non-partisan registration and open primaries, he cannot reasonably be expected to articulate the particular interest that independents have in the litigation.

21. The claims and defenses of proposed intervenors are based on facts and legal issues that are, in part, common with the main action.

22. For all of the above reasons and those set forth in the other moving papers, this motion to intervene as defendants-intervenors should be granted.

Pursuant to 28 U.S.C. Sec. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2008

/s/ Mitch Campbell
MITCH CAMPBELL

**DECLARATION OF MITCH CAMPBELL - 3**

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 1st day of July, 2008, I submitted this foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

| | |
|---|---|
| John Eric Sutton | jesutton@jesutton.com |
| Charles Crawford Crafts | idaholitigator@yahoo.com |

    /s/ Gary G. Allen
    Gary G. Allen