JOHN ERIC SUTTON
J. E. Sutton & Associates
200 N. 3rd St., Ste. 2 & 3
Boise, Idaho 83701
Telephone: (208) 336-4444
Facsimile: (208) 336-4494
ISB # 1891

Attorney for Idaho Republican Party

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO REPUBLICAN PARTY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BEN YSURSA, In his Official Capacity as the Secretary of State of the State of Idaho, <br><br> Defendant. | Case No. 1:08-CV-00165-BLW <br><br> **PLAINTIFF'S MOTION TO DISMISS MOTION FOR INTERVENTION AS DEFENDANTS- INTERVENORS** |

COMES NOW Plaintiff Idaho Republican Party, by and through their counsel of record, John Eric Sutton, and hereby moves this court to dismiss this case as a matter of law, Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, due to Defendant Intervenors lack of standing. This motion is supported by the Response to the Memorandum of Law in Support of Defendant's Motion to Intervene as Defendant-Intervenors, filed herewith.

Dated this 25th day of July, 2008

_____
John Eric Sutton

PLAINTIFF'S MOTION TO DISMISS MOTION FOR INTERVENTION AS DEFENDANTS-INTERVENORS - 1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2008, I served a true and correct copy of the foregoing Plaintiff Idaho Republican Party's MOTION TO DISMISS MOTION FOR INTERVENTION AS DEFENDANTS-INTERVENORS upon the following:

| | |
|---|---|
| Lawrence G. Wasden<br>Attorney General<br>OFFICE OF THE ATTORNEY GENERAL<br>650 W. State Street<br>P.O. Box 83720<br>Boise, ID 83720-0010 | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Certified Mail<br>_____ Overnight Mail<br>_____ Facsimile<br>__X__ CM/ECF |
| Brian P. Kane<br>Deputy Attorney General<br>OFFICE OF THE ATTORNEY GENERAL<br>650 W. State Street<br>P.O. Box 83720<br>Boise, ID 83720-0010 | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Certified Mail<br>_____ Overnight Mail<br>_____ Facsimile<br>__X__ CM/ECF |
| Gary Allen<br>GIVENS PURSLEY<br>P.O. Box 2720<br>Boise, ID 83701-2720 | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Certified Mail<br>_____ Overnight Mail<br>_____ Facsimile<br>__X__ CM/ECF |
| Harry Kresky<br>LAW OFFICES OF HARRY KRESKY<br>250 W. 57th Street, Suite 2017<br>New York, NY 10107<br>(212)581-1516 | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Certified Mail<br>_____ Overnight Mail<br>_____ Facsimile<br>__X__ CM/ECF |

/s/ John Eric Sutton
John Eric Sutton