# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| THE IDAHO REPUBLICAN PARTY, *et al.*, | Case No. 1:08-cv-00165-BLW |
|---|---|
| Plaintiffs, | |
| vs. | |
| BEN YSURSA, in his Official Capacity as Secretary of State of the State of Idaho, | |
| Defendants. | |

### DEFENDANT-INTERVENORS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. PRO. 56(b)

COME NOW, Defendant-Intervenors, by and through their attorneys of record, Givens Pursley LLP, and move this Court for entry of Summary Judgment dismissing the complaint in the above-captioned matter. This motion is made and based upon Rule 56(b) of the Federal Rules of Civil Procedure, the pleadings and documents filed and lodged in this case, and such pleadings and documents as may be filed and lodged hereafter.

DATED this 24th day of October, 2008.

/s/ Gary G. Allen
GARY G. ALLEN (Idaho SB # 4366)
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720
Telephone: 208-388-1200
Facsimile: 208-388-1300
Email: GaryAllen@givenspursley.com
S:\CLIENTS\Motion for Intervention.doc

/s/ Harry Kresky  
HARRY KRESKY  
LAW OFFICE OF HARRY KRESKY  
250 W. 57th Street, Ste. 2017  
New York, NY 10107  
Telephone: 212-581-1516  
Facsimile: 212-581-1352  

Attorneys for Defendants-Intervenors THE COMMITTEE FOR A UNITED INDEPENDENT PARTY, INC.; the AMERICAN INDEPENDENT MOVEMENT OF IDAHO; its Chairman MITCH CAMPBELL; JOHN HAIGHT; CALVIN LEMAN; ANDREW LOGSDON; BARBARA NELSON; LAUNA NOBLE; LaMAR ORTON; JASON RAMSEY; BOYD STOKES; LAURA PIKE CAMPBELL and JOSEPH BRITTON

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of October, 2008, I submitted this foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

| | |
|---|---|
| John Eric Sutton | jesutton@jesutton.com |
| Charles Crawford Crafts | idaholitigator@yahoo.com |

/s/ Gary G. Allen
Gary G. Allen