## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE IDAHO REPUBLICAN PARTY, *et al.,* | Case No. 1:08-cv-00165-BLW |
| Plaintiffs, | |
| vs. | |
| BEN YSURSA, in his Official Capacity as Secretary of State of the State of Idaho, | |
| Defendants. | |

## AFFIDAVIT OF JACQUELINE SALIT

STATE OF NEW YORK    )
                             )ss.
County of New York     )

COMES NOW, your affiant, JACQUELINE SALIT, being first duly sworn upon oath, deposes, states and avers as follows:

1.      I am over 18 years of age and otherwise competent to testify as to the matters herein, which are based on my personal knowledge. I reside in New York, NY and am the President of the Committee for a Unified Independent Party, Inc. ("CUIP") a defendant-intervenor herein.

2.      I am also the Executive Editor of *The Neo-Independent* magazine that uniquely features commentary on and coverage of the independent political movement.

3.      CUIP is a not for profit corporation organized and chartered in New York and exempt from income taxes under Section 501(c)(4) of the Internal Revenue Code.

4.      CUIP's mission is to seek political recognition for independent voters and to respond to any efforts to marginalize their participation in the political process, including efforts to downgrade their access to all phases of electoral activity.

5.      CUIP is in regular contact by telephone, e-mail and through its website with tens of thousands of independents across the country.  Its website, *IndependentVoting.org*, is a recognized clearinghouse and nerve center for ideas and information about independent politics.

6.       Contrary to some public perception, the independent movement is not oriented toward the creation of or expansion of alternative parties. While we respect those endeavors and often rise to their defense when major party bias threatens to undermine them, the majority of America's independents want the right to participate in the whole of the political process without having to become a member of a political party. At this point in time, independents take parties, and the partisanship they invariably generate, to be an impediment to social and economic progress for our country.

7.      CUIP supports such reforms as open primaries, initiative and referendum, non-partisan administration of elections, non-partisan redistricting, and the lowering of barriers to ballot access. These reforms, taken together and along with others, would create a more non-partisan framework for campaigns and elections and would encourage new alliances and coalitions among disparate groups with common interests. This changed environment would help to reduce polarization and develop, in positive ways, the political culture of our country.

8.      Independents, now more than 40 percent of the electorate, are playing an increasingly important role in the political process.[1]

9.      In the recent round of presidential Democratic and/or Republican primaries and caucuses, independents were allowed to participate in some 33 states.[2] Significantly more states allowed independents to participate in the presidential primary in part, I believe, because the party

---

[1] As reported in a Wall Street/NBC poll in 2006. Rogers, David, "For Many Swing Voters, Decision Turns on a Few Tough Questions," *Wall Street Journal*, November 6, 2006.
[2] *www.cnn.com/ELECTION/2008/primaries/*

leadership recognized the importance of the independent vote in a general election that was likely to be close.

10.     Observers and analysts generally agree that independents were key to the success of the nominees of both major parties. In a *Wall Street Journal* opinion piece on October 20, 2008, author John P. Avlon writes that independent voters "are now the largest and fastest growing segment of the American electorate."  He further explains, "This shift led to the nomination of two candidates who ran against the polarizing establishments of their own parties while preaching the need to reach across the red state/blue state divide."

11.     Since the granting of the motion to intervene by CUIP, the American Independent Movement of Idaho and eleven non-aligned voters there, this lawsuit has been a regular topic of discussion among CUIP's network of independent voters and activists.

12.     Many independents feel this Republican lawsuit seeking to close Idaho's primary elections and institute partisan registration may be a response to the increasing influence of independent voters and an attempt to reassert certain partisan, even ideological principles.

13.     Independents fear that if the Idaho Republican Party is able to force the state to bar independents from primary elections, other such efforts will be made in the 20 remaining states with non-partisan registration and open primaries.[3]

14.     Likewise it will become more difficult, if not impossible, to bring open primary elections to the 30 states that currently have partisan registration and closed primaries.

15.     As I see it, closing primaries in Idaho would place the federal courts in opposition to a growing trend among voters, particularly younger voters.

---

[3] Annexed as Exhibit A is a table from the March 1, 2008 issue of *Ballot Access News*. It lists party registration figures in the 30 states that have partisan registration. It can be inferred that 20 states do not have partisan registration systems.

16.     Thirty-six percent of voters under the age of 30 consider themselves independents. [4] According to a 2008 survey by Harvard University's Institute of Politics, over 40% of college undergraduates now consider themselves independents.[5]

17.     This is the case even among such a core Democratic Party constituency as African Americans. In 2002, 34 percent of African American voters under the age of 25 self-identified as independents.[6]

18.     New York is a closed primary state with a large African American population, particularly in New York City.

19.     On "Super Tuesday," the day of the New York presidential primary, CUIP received reports of hundreds of persons who had come out to vote but were turned away from the polls because they were not enrolled in a political party. This suggests that the new generation of voters, who are not practiced in the prevailing exclusionary model of politics that exists in closed primary states, expect to be able to exercise a basic right without encumbrance. Their expectation is that if there is an election, and one has met the state qualifications to be a voter, one has the right to vote.

20.     In reviewing the deposition of Norman Semanko, the Chairperson of the Idaho Republican Party, I am impressed by the fact that the effort to institute partisan registration and close primary elections in Idaho is premised on the belief that allowing it to promote ideological coherence within the Party is a responsibility of the state.

21.     I find this problematic for several reasons.

---

[4] Page, Susan, *USA Today*, Oct. 5, 2008, citing Gallup Poll.
[5] This number is taken from the Avalon column cited in paragraph 10 above.
[6] *Joint Center for Political and Economic Studies* "2002 National Opinion Poll on Politics"

22.     First, as an independent I have worked to build electoral collations that cross traditional ideological boundaries and focus on issues of common concern such as reforming our political system, restoring accountability to government and working on practical solutions to real problems. Second, it would seem that the primary responsibility of the state is to its citizens. Promoting ideological coherence is a private function, not a state function. That was a fundamental principle of the American Revolution and remains a fundamental principle of American democracy.

23.     At his deposition, Mr. Semanko conceded that a majority of delegates to the most recent Republican State Convention favored the continuation of open primaries. In this regard, it would appear that the activist base of the Republican Party favors maintaining its partnership with independent voters, while the top leadership opposes it.

24.     Insofar as Republican leaders persist in attempting to close primaries, it is burdensome to independent voters.

25.     We would be forced to join parties that are increasingly ideological and may even be at odds with our core values as the "entry fee" for participating in the primaries that often determine election outcomes and, at the very least, determine our choices in the general election.

26.     It remains the case that despite the growing numbers of independents, elected officials across the country are mainly either Republicans or Democrats.[7]

27.     This anomaly is in part a result of the control the parties exert over the electoral apparatus itself.

---

[7] Of 7,282 state legislators in the U.S., 7 are members of minor parties and 8 are independents. National Conference of State Legislatures; *Ballot Access News*, vol. 22, nos. 8 (http://www.ballot-access.org/2006/120106.html, Dec. 1, 2006) and 10 (http://www.ballot-access.org/2007/020107.html#14, Feb. 1., 2007), vol. 23, no. 8 (http://www.ballot-access.org/2007/020107.html#14, Dec 1 2007). Of 535 Members of Congress, two are not members of one the two major parties. Of the 50 states, all have governors that are Democrats or Republicans. w*ww.thegreenpaeprs.com*.
.

28. In most states the chief election officials, elected or appointed, are members of the major political parties. In many states with appointed boards of elections, commissioners are chosen on the basis of party affiliation.

29. In fact, there has been only one independent to serve on a state election board since states began administering elections in the late nineteenth century.[8]

30. The push to close the Idaho and other open primaries may be an effort to maintain that control in the face of the parties' weakening allegiance from the electorate.

31. This is not a healthy situation for a democracy.

32. As independents we value our right to non-association with a political party and we value full participation in the electoral process and firmly believe that our right to non-association is protected by the constitution.

33. For all of the above reasons and those set forth in the other moving papers, defendants-intervenors motion for summary judgment should be granted. Pursuant to 28 U.S.C. Sec. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2008

/s/ Jacqueline Salit
JACQUELINE SALIT


SUBSCRIBED AND SWORN to before me this 23rd day of October, 2008.


/s/ Cathy L. Stewart
Notary Public for New York
Residing at
My commission expires:

---

[8] *Ballot Access News*, Vol. 18, No. 12 (http://www.ballot-access.org/2003/0401.html#4, April 1, 2003), pp. 6.

<u>CERTIFICATE OF SERVICE</u>

 I HEREBY CERTIFY that on the 24th day of October, 2008, I submitted this foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

| | |
|---|---|
| John Eric Sutton | jesutton@jesutton.com |
| Charles Crawford Crafts | idaholitigator@yahoo.com |


       /s/ Gary G. Allen _____
       Gary G. Allen

# EXHIBIT "A"

# EARLY 2008 REGISTRATION TOTALS

| | Dem. | Rep. | Indp. misc. | Constitut. | Green | Libt | Ref,Indpc | other (1) | other(2) |
|---|---|---|---|---|---|---|---|---|---|
| Alaska | 68,856 | 118,932 | 261,446 | ? | 3,448 | 8,072 | ? | 13,867 | 6,904 |
| Arizona | 904,741 | 1,042,294 | 746,920 | ? | 1,411 | 17,704 | ? | - - | - - |
| Calif. | 6,749,406 | 5,229,425 | 3,114,103 | 328,261 | 127,042 | 80,435 | 26,899 | 57,182 | - - |
| Colorado | 880,761 | 1,011,152 | 999,208 | 426 | 4,667 | 6,817 | 308 | - - | - - |
| Conn. | 665,223 | 406,203 | 842,719 | 297 | 1,881 | 1,042 | 303 | 56 | - - |
| Delaware | 253,157 | 179,084 | 133,101 | 250 | 601 | 729 | 431 | 751 | 380 |
| Dt. Col. | 279,411 | 28,502 | 64,562 | ? | 4,532 | ? | ? | - - | - - |
| Florida | 4,137,067 | 3,825,727 | 2,214,268 | 745 | 5,844 | 14,842 | 3,659 | 583 | 377 |
| Iowa | 664,658 | 583,192 | 692,979 | - - | 34 | 58 | - - | - - | - - |
| Kansas | 434,852 | 743,853 | 449,662 | - - | - - | 9,097 | 1,392 | - - | - - |
| Kentucky | 1,622,541 | 1,043,591 | 187,357 | 74 | 282 | 642 | 34 | 23 | - - |
| Louis'na | 1,497,485 | 706,699 | 634,776 | ? | 924 | 1,975 | 1,566 | - - | - - |
| Maine | 309,525 | 279,641 | 375,235 | ? | 29,347 | ? | ? | - - | - - |
| Maryland | 1,731,900 | 889,600 | 499,257 | ? | 8,045 | 5,275 | ? | - - | - - |
| Mass. | 1,476,133 | 486,188 | 2,022,574 | 58 | 7,555 | 15,499 | 576 | 2,760 | 208 |
| Nebraska | 365,855 | 552,922 | 184,419 | 8,863 | 731 | ? | ? | - - | - - |
| Nevada | 407,420 | 395,942 | 146,622 | 38,098 | 2,725 | 5,858 | ? | - - | - - |
| N. Hamp. | 258,556 | 270,967 | 356,023 | ? | ? | ? | ? | - - | - - |
| N. Jersey | 1,170,644 | 874,752 | 2,798,817 | 91 | 796 | 645 | 70 | 32 | - - |
| N. Mex. | 527,067 | 350,449 | 178,279 | 74 | 5,243 | 1,839 | ? | - - | - - |
| N. York | 5,336,241 | 2,997,508 | 2,356,763 | ? | 25,037 | 930 | 343,824 | 148,589 | 36,326 |
| No. Car. | 2,511,446 | 1,919,575 | 1,173,399 | ? | ? | ? | ? | - - | - - |
| Okla. | 1,012,594 | 790,713 | 219,230 | ? | ? | ? | ? | - - | - - |
| Oregon | 764,255 | 687,898 | 467,630 | 2,967 | 11,104 | 14,285 | 12,597 | 1,588 | 238 |
| Pennsyl. | 3,877,496 | 3,280,831 | 921,998 | 2,967 | 17,778 | 36,079 | ? | - - | - - |
| Rhode Is. | 236,621 | 75,923 | 350,752 | ? | ? | ? | ? | - - | - - |
| So. Dak. | 186,117 | 234,732 | 75,982 | 336 | ? | 1,055 | ? | - - | - - |
| Utah | 99,304 | 463,876 | 665,138 | 1,215 | 1,807 | 2,118 | 256 | 339 | 206 |
| W. Va. | 652,994 | 348,182 | 160,272 | ? | 920 | ? | ? | - - | - - |
| Wyo. | 57,327 | 136,844 | 22,004 | ? | ? | 533 | ? | - - | - - |
| TOTAL | | | | 384,722 | 261,754 | 225,529 | 391,915 | 225,770 | 44,639 |
| Percent | 41.66% | 31.89% | 24.82% | .41% | .28% | .24% | .42% | .24% | .05% |

Parties in the "Other(1)" column are: Alaska, Alaskan Independence; Calif., Peace & Freedom; Ct., Working Families; Del., Working Families; Fla., Socialist; Ky., Socialist Workers; Mass., Working Families; N.J., Natural Law; N.Y., Conservative; Ore., Working Families; Utah, Personal Choice. Parties in the "Other(2)" column are: Alaska, Republican Moderate 4,649 and Veterans 2,255; Del., Socialist Workers; Fla., Socialist Workers 331 and Prohibition 46; N.Y., Working Families 36,321 and Socialist Workers 5; Ore., Socialist; Utah, Socialist Workers.