IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| THE IDAHO REPUBLICAN PARTY, *et al.,* | Case No. 1:08-cv-00165-BLW |
|---|---|
| Plaintiffs, | |
| vs. | |
| BEN YSURSA, in his Official Capacity as Secretary of State of the State of Idaho, | |
| Defendants. | |

**DECLARATION OF MITCH CAMPBELL**

I, MITCH CAMPBELL, swear and affirm under the penalties of perjury that I am over 18 years of age and otherwise competent to testify as to the matters herein, which are based on my personal knowledge.

1. For the past 57 years I have resided in Twin Falls County, Idaho, and am a Defendant-Intervenor in this lawsuit.

2. I am the founder and current director of The American Independent Movement of Idaho which is registered in the State of Idaho.

3. The purpose of this non-profit organization is to educate and organize Independent voters (those who are disillusioned or feel they are not represented by the two major political parties), to participate in the political process, and to select and elect competent and qualified candidates for public office.

4. As the representative of the American Independent Movement I support and agree with the statements made in the accompanying Affidavit of Jacqueline Salit who is recognized as the national spokesperson for the independent movement.

5. For the last two years I have maintained an "independent movement" booth at the Twin Falls County fair over a six day period.

6. At the booth I had a petition which people could sign expressing their opposition to the Republican Party's attempt to initiate partisan registration and closed primaries. I collected over 800 signatures.

7. In addition, many Republicans told me privately that they didn't support partisan registration but wouldn't sign the petition because they didn't want their Republican friends to find out they did not support the party position.

8. I estimate that close to 90% of all people I talked with, including declared Republicans, did not support or want partisan registration.

9. Prior to the last Republican primary in May, 2008, I placed door hangers on all of the homes in the legislative precinct of Republican candidate Edith Ward.

10. During the four-day canvass of neighborhoods in the precinct I had an opportunity to personally talk to about 50 people. Most were Republicans.

11. When I asked them how they felt about partisan registration, all but one said they were opposed to it. They said they believe, as independents do, that every person, regardless of party affiliation, should have the right to vote for the candidate of his or her choice in every election.

12. For all of the above reasons and those set forth in other moving papers, Defendants-Intervenors motion for summary judgment dismissing this lawsuit should be granted.

13. Pursuant to 28 U.S.C. Sec. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2008.

                                                                                     /s/ Mitch Campbell
                                                                                     MITCH CAMPBELL

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 24th day of October, 2008, I submitted this foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

| | |
|---|---|
| John Eric Sutton | jesutton@jesutton.com |
| Charles Crawford Crafts | idaholitigator@yahoo.com |

                                                  /s/ Gary G. Allen
                                                  Gary G. Allen