# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE IDAHO REPUBLICAN PARTY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> BEN YSURSA, in his Official Capacity as Secretary of State of the State of Idaho, <br><br> Defendants. | Case No. 1:08-cv-00165-BLW |

## RULE 7.1(b)(1) STATEMENT

Pursuant to Local Civil Rule 7.1(b)(1), Defendants-Intervenors make the following statement of material facts that they contend are not in dispute:

1. 28 percent of registered voters in Idaho self identify as independents, that is, as not aligned with any political party.[1]

2. At present, all of them are permitted to vote in Idaho Republican Party (hereinafter "IRP") primaries along with every other registered voter in Idaho.[2]

3. Plaintiffs seek to compel the State of Idaho to conduct the IRP primary in accordance with the following Party rule:

> Only persons who have registered as a Republican prior to the Primary Election will be allowed to vote on an Idaho Republican Party ballot in that Primary Election.[3]

4. Plaintiffs reject any other means of addressing the IRP's claimed infringement on its right to freedom of association.[4]

---

[1] "19th Annual Idaho Public Policy Survey," College of Social Sciences and Public Affairs, Boise State University, http://ppa.boisestate.edu/ssrc/archive/annualpolicysurvey.pdf, p. 24.)
[2] Complaint, para. 26.
[3] Deposition of Norman Semanko (hereinafter "Dep."), pp. 144-151.

5. If plaintiffs are successful the 11 individual defendants-itnervenors and other non-aligned voters will no longer be able to vote in the IRP primary unless they register into the IRP.[5]

6. The IRP is the dominant party in the State of Idaho, holding all statewide elected offices, all four Congressional seats, and 79 of 105 seats in the state legislature.[6]

7. The winner of its primary is usually the winner of the general election.[7]

8. Plaintiffs are unable to point to a single Republican candidate nominated in an open primary who would not have been nominated had the primary been held on accordance with the above rule.[8]

9. Plaintiffs are unable to point to a single candidate who diluted his or her message because of the present system.[9]

10. The Idaho IRP does not maintain a membership list.[10]

11. The State of Idaho does not have a system of partisan registration and, therefore, voters are not identified by party affiliation, membership or presence.[11]

12. 19 other states also do not have partisan registration.[12]

13. Under Idaho's system, a voter in a primary election may choose to vote on the ballot line of any one party and that party only.[13]

14. The platform of the IRP is adopted at the IRP's sate convention. Delegates' to the convention are chosen by committee persons elected in the open primary being challenged in this action.[14]

---

[4] Dep. pp. 144-51, 153-56, 176-77.
[5] Dep. pp. 144-151.
[6] Table taken from Idaho Secretary of State's website, annexed to the brief of Defendants-Intervenors.
[7] Table taken from Idaho Secretary of State's website, annexed to the brief of Defendants-Intervenors.
[8] Dep. pp. 18-20, 27-32.
[9] Dep. pp. 18-20, 27-32.
[10] Dep. pp. 95-97.
[11] Complaint, paras. 32, 50.
[12] Declaration of Jacqueline Salit, submitted herewith, para. 13.
[13] I.C.Sec. 34-904.

DATED this 24th day of October, 2008.

/s/ Gary G. Allen
GARY G. ALLEN (Idaho SB # 4366)
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720
Telephone: 208-388-1200
Facsimile: 208-388-1300
Email: GaryAllen@givenspursley.com
S:\CLIENTS\10240\1\Mem in Reply to Response to Mot to Intervene.doc

/s/ Harry Kresky
HARRY KRESKY
LAW OFFICE OF HARRY KRESKY
250 W. 57th Street, Ste. 2017
New York, NY 10107
Telephone: 212-581-1516
Facsimile: 212-581-1352

Attorneys for Defendants-Intervenors THE COMMITTEE FOR A UNIFIED INDEPENDENT PARTY, INC.; the AMERICAN INDEPENDENT MOVEMENT OF IDAHO; its Chairman MITCH CAMPBELL; JOHN HAIGHT; CALVIN LEMAN; ANDREW LOGSDON; BARBARA NELSON; LAUNA NOBLE; LaMAR ORTON; JASON RAMSEY; BOYD STOKES; LAURA PIKE CAMPBELL and JOSEPH BRITTON

---

[14] Dep. pp. 24-25, 87-91.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 24th day of October, 2008, I submitted this foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

| | |
|---|---|
| John Eric Sutton | jesutton@jesutton.com |
| Mike Gilmore | mike.gilmore@ag.idaho.gov |

    /s/ Gary G. Allen
    Gary G. Allen