JOHN ERIC SUTTON
J.E. SUTTON & ASSOCIATES
200 N. 3rd St., Ste 2 & 3
Boise, Idaho 83701
Ph: (208) 336-4444
Fax: (208) 336-4494

**Attorney for Plaintiff Idaho Republican Party**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| **IDAHO REPUBLICAN PARTY, et.al.,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> **BEN YSURSA, In his Official Capacity as** ) <br> **Secretary of State of the State of Idaho,** ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:08-CV-00165-BLW <br><br> STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

COME NOW PLAINTIFFS, by and through their attorney, John Eric Sutton, and submit the following Statement of Material Facts in Support of Plaintiff's Motion for Summary Judgment.

| MATERIAL FACT | EVIDENCE |
|---|---|
| 1. The Idaho Republican Party is an unincorporated association that is qualified under Title 34 of the Idaho Code. | Aff. Norm Semanko, Par. 2 |

2. The Republican State Central Committee is the governing body of the Idaho Republican Party.  Aff. Norm Semanko, Par. 3

3. Ben Ysursa is the duly acting Idaho Secretary of State. The Idaho Secretary of State is Idaho's chief election officer.  Admitted. Answer, Par. 8.

4. The statutory duties of Idaho's Secretary of State include the administration of all Idaho elections, including party primary elections.  Admitted. Answer, par. 9.

5. Idaho law provides that the selection of party nominees for Idaho and national public office may be made through the Idaho Primary Election process established under Idaho Code §34-101 et.seq.  Aff. Norm Semanko, Par. 4

6. Primary elections in Idaho are established and administered pursuant to state law.  Admitted, Answer, par. 11.

7. On June 17, 2006, the Idaho Republican Party held its State Convention. Pursuant to Article III, §4(b) of the Idaho Republican Party Rules of the Convention, the following Rule was proposed and passed by the Convention for presentation to the State Central Committee for final adoption.  Aff. Norm Semanko, Par. 5

> **"Article I Section 24:**
> **Party Registration Required to Vote in a**
> **Republican Primary Election.**
>
> "Primary elections in the Idaho Republican Party shall be open to all people who     have registered as a

Republican prior to the Primary election."

8. On June 17, 2006, the Idaho Republican Party held its State Convention. The following Resolution was adopted at the 2006 State Convention:   Aff. Norm Semanko, Par. 6

**"Resolution to De-Regulate the Idaho Republican Party"**

Whereas, the Idaho Republican Party is a private political party and not an agent for the state of Idaho; and

Whereas, the State of Idaho has passed certain laws to regulate and dictate to the Idaho Republican Party the rules for candidate selection and other matters; and

Whereas, the Idaho Republican Party believes the best way to achieve its' goals and objectives as represented by the Party Platform and Party Resolutions is to have as much self determination as possible and the least amount of state interference and regulation as practicable; and

Whereas, recent U.S. Supreme Court rulings provide that state regulation of private political parties deprives such parties and their members of the rights of free speech and free association guaranteed by the First and Fourteenth Amendments to the U.S. Constitution;

NOW THEREFORE, BE IT RESOLVED that the

Idaho Republican Party petition the Governor of the State of Idaho and members of the Idaho legislature to repeal laws that regulate political parties and enact such laws that will provide for maximum self-determination, including, but not limited to methods of candidate selection, and access to Republican Party primary ballots.

BE IT FURTHER RESOLVED that the Idaho Republican Party should use all means available to provide for such maximum self-determination.

9. On June 2, 2007, the members of the Idaho Republican Party State Central Committee formally adopted the Closed Republican Party Primary Rule, previously passed by the General Assembly of the Idaho Republican Party at its Convention on June 17, 2006. — Aff. Norm Semanko, Par. 7

10. The following Platform Position was also adopted at the 2006 State Convention. — Aff. Norm Semanko, Par. 8

"**XXIV. CITIZEN INVOLVEMENT IN GOVERNMENT**

The Idaho Republican Party believes that Primary elections in the Idaho Republican Party should be open to all people who have registered as a Republican prior to the Primary election and that the Idaho Legislature should pass legislation that would provide for the same. To allow those who have no loyalty or allegiance to the Idaho Republican Party or its' Platform and Resolutions to select our candidates is simply not proper."

11. On June 2, 2007, at its meeting in Burley, Idaho, the Idaho Republican Party State Central Committee adopted Section 4 — Aff. Norm Semanko,

of the following Rule, which requires persons to register as a Republican prior to the Primary Election in order to vote on an Idaho Republican Party ballot in that Primary Election. That rule, hereinafter referred to as the "Closed Republican Party Primary Rule" states (at §4):

Par. 9

**"ARTICLE IX. CENTRAL COMMITTEE ENDORSEMENT AND REPUBLICAN PARTY REGISTRATION REQUIRED TO VOTE IN A REPUBLICAN PRIMARY ELECTION.**

Section 1: County Central Committees may determine the political affiliation of candidates filing or declaring an intent to file as Republican candidates for county political offices and may endorse Republican candidates for their respective positions.

Section 2: The Legislative District Central Committees may determine the political affiliation of candidates filing or declaring an intent to file as Republican Party Candidates for the State Legislature, and the Committee may endorse Republican candidates for legislative positions.

Section 3: The State Central Committee may determine the political affiliation of candidates filing or declaring intent to file as Republican Party Candidates for state political offices and U.S. Congressional offices, and may endorse Republican Party candidates for the various positions. Endorsement of

Congressional District Candidates shall be by voting members from the respective Congressional Districts.

Section 4. Only persons who have registered as a Republican prior to the Primary Election will be allowed to vote on an Idaho Republican Party ballot in that Primary Election."

12. Section 4, hereinafter "the Closed Republican Party Primary Rule," directly conflicts with Idaho's Open Primary Election system. Idaho statutes require open primary elections and do not provide for voter party registration. Idaho Code § 34-904 provides for a single primary election ballot to be provided to all electors, whether or not the elector is affiliated with any political party. Any elector can then choose which party candidates for whom they will cast a vote. — Aff. Norm Semanko Par. 10

13. Idaho's Open Primary Election law permits any voter to vote in an Idaho Republican Primary Election. By operation of this law and acting under color of law, as a condition of using the primary election process in Idaho, Idaho State election officials force the Idaho Republican Party and its members to include supporters of other parties and political interests in the process of selecting its Republican nominees. No mechanism is provided under Idaho law for the Idaho Republican Party to exercise its — Aff. Norm Semanko Par. 11

| | | |
|---|---|---|
| | right to limit participation in the nomination process to its own members, thereby protecting its members' right of freedom of political association. | |
| 14. | Plaintiffs' rights of political association, political expression and the right to vote are guaranteed against abridgement by the State of Idaho and those acting under color of its laws by the First and Fourteenth Amendments to the United States Constitution. The right to select candidates to represent the Idaho Republican Party in Idaho public offices is a core constitutional freedom held by the Idaho Republican Party. | Aff. Norm Semanko, Par. 12 |
| 15. | Idaho law provides that the selection may be made through the primary election process and therefore the use of that process by the Idaho Republican Party is a constitutionally protected activity. | Aff. Norm Semanko, Par. 13 |
| 16. | By enactment of the Closed Republican Party Primary Rule, the Idaho Republican Party made a policy decision to close its candidate selection process to all non-party members. As a result of enactment of this rule, an immediate and irreconcilable conflict has been created with Idaho's Open Primary Election laws. The State of Idaho's continued enforcement of the Idaho Open Elections Law with respect to the Idaho Republican Party Primary | Aff. Norm Semanko Par. 14, 15 |

Statement of Material Facts in Support of
Plaintiffs' Motion for Summary Judgment    7

will unconstitutionally infringe upon the right of Republican Party members to freely associate with their political party with respect to the selection of candidates for public office, and will cause immediate and irreparable harm to the Idaho Republican Party, its members, and all Idaho voters.

Dated: October 23, 2008                                    J.E. SUTTON & ASSOCIATES


                                                           By_____/S/_____
                                                              John Eric Sutton
                                                              Attorney for Plaintiffs

Statement of Material Facts in Support of
Plaintiffs' Motion for Summary Judgment            8