JOHN ERIC SUTTON
J.E. SUTTON & ASSOCIATES
200 N. 3rd St., Ste 2 & 3
Boise, Idaho 83701
Ph: (208) 336-4444
Fax: (208) 336-4494

Attorney for Plaintiff Idaho Republican Party

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO REPUBLICAN PARTY, et.al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:08-CV-00165-BLW |
| ) | |
| vs. ) | AFFIDAVIT OF NORM |
| ) | SEMANKO IN SUPPORT OF |
| BEN YSURSA, In his Official Capacity as ) | PLAINTIFF'S MOTION FOR |
| Secretary of State of the State of Idaho, ) | SUMMARY JUDGMENT |
| ) | |
| Defendant. ) | |
| _____ ) | |

STATE OF IDAHO    )
                 ) ss.
COUNTY OF ADA    )

Norm Semanko, being first duly sworn upon oath, deposes and states:

1. I am the Chairman of the Idaho Republican Party, the Plaintiff in the above entitled action. Each of the matters set forth herein is known to me of my own personal knowledge, and if sworn as a witness I could testify competently thereto. This Affidavit is made in support of the Plaintiffs' Motion for Summary Judgment.

2. The Idaho Republican Party is an unincorporated association that is qualified under Title 34 of the Idaho Code.

3. The Republican State Central Committee is the governing body of the Idaho Republican Party.

4. Idaho law provides that the selection of party nominees for Idaho and national public office may be made through the Idaho Primary Election process established under Idaho Code §34-101 et.seq. In accordance with its right under Idaho law, the Idaho Republican Party has chosen to participate in the Idaho Primary Election process for the purpose of selecting its Party nominees for public office at the local, state, and federal levels of government.

5. On June 17, 2006, the Idaho Republican Party held its State Convention. Pursuant to Article III, §4(b) of the Idaho Republican Party Rules of the Convention, the following Rule was proposed and passed by the Convention for presentation to the State Central Committee for final adoption.

> **"Article I Section 24:**
> **Party Registration Required to Vote in a Republican Primary Election.**
>
> Primary elections in the Idaho Republican Party shall be open to all people who have registered as a Republican prior to the Primary election."

6. On June 17, 2006, the Idaho Republican Party held its State Convention. The following Resolution was adopted at the 2006 State Convention:

**"Resolution to De-Regulate the Idaho Republican Party"**

Whereas, the Idaho Republican Party is a private political party and not an agent for the state of Idaho; and

> Whereas, the State of Idaho has passed certain laws to regulate and dictate to the Idaho Republican Party the rules for candidate selection and other matters; and
>
> Whereas, the Idaho Republican Party believes the best way to achieve its' goals and objectives as represented by the Party Platform and Party Resolutions is to have as much self determination as possible and the least amount of state interference and regulation as practicable; and
>
> Whereas, recent U.S. Supreme Court rulings provide that state regulation of private political parties deprives such parties and their members of the rights of free speech and free association guaranteed by the First and Fourteenth Amendments to the U.S. Constitution;
>
> NOW THEREFORE, BE IT RESOLVED that the Idaho Republican Party petition the Governor of the State of Idaho and members of the Idaho legislature to repeal laws that regulate political parties and enact such laws that will provide for maximum self-determination, including, but not limited to methods of candidate selection, and access to Republican Party primary ballots.
>
> BE IT FURTHER RESOLVED that the Idaho Republican Party should use all means available to provide for such maximum self-determination.

7. On June 2, 2007, the members of the Idaho Republican Party State Central Committee formally adopted the Closed Republican Party Primary Rule, previously passed by the General Assembly of the Idaho Republican Party at its Convention on June 17, 2006.

8. The following Platform Position was also adopted at the 2006 State Convention.

"XXIV. CITIZEN INVOLVEMENT IN GOVERNMENT

The Idaho Republican Party believes that Primary elections in the Idaho Republican Party should be open to all people who have registered as a Republican prior to the Primary election and that the Idaho Legislature should pass legislation that would provide for the same. To allow those who have no loyalty or allegiance to the Idaho Republican Party or its' Platform and Resolutions to select our candidates is simply not proper."

9. On June 2, 2007, at its meeting in Burley, Idaho, the Idaho Republican Party State Central Committee adopted Section 4 of the following Rule, which requires persons to register as a Republican prior to the Primary Election in order to vote on an Idaho Republican Party ballot in that Primary Election. That rule, hereinafter referred to as the "Closed Republican Party Primary Rule" states (at §4):

"**ARTICLE IX. CENTRAL COMMITTEE ENDORSEMENT AND REPUBLICAN PARTY REGISTRATION REQUIRED TO VOTE IN A REPUBLICAN PRIMARY ELECTION.**

Section 1: County Central Committees may determine the political affiliation of candidates filing or declaring an intent to file as Republican candidates for county political offices and may endorse Republican candidates for their respective positions.

Section 2: The Legislative District Central Committees may determine the political affiliation of candidates filing or declaring an intent to file as Republican Party Candidates for the State Legislature, and the Committee may endorse Republican candidates for legislative positions.

Section 3: The State Central Committee may determine the political affiliation of candidates filing or declaring intent to file as Republican Party Candidates for state political offices and U.S. Congressional offices, and may endorse Republican Party candidates for the various positions. Endorsement of Congressional District Candidates shall be by voting members from the respective Congressional Districts.

Section 4. Only persons who have registered as a Republican prior to the Primary Election will be allowed to vote on an Idaho Republican Party ballot in that Primary Election."

10. Section 4, hereinafter "the Closed Republican Party Primary Rule," directly conflicts with Idaho's Open Primary Election system. Idaho statutes require open primary elections and do not provide for voter party registration. Idaho Code § 34-904 provides for a single primary election ballot to be provided to all electors, whether or not the elector is affiliated with any political party. Any elector can then choose which party candidates for whom they will cast a vote.

11. Idaho's Open Primary Election law permits any voter to vote in an Idaho Republican Primary Election. By operation of this law and acting under color of law, as a condition of using the primary election process in Idaho, Idaho State election officials force the Idaho Republican Party and its members to include supporters of other parties and political interests in the process of selecting its Republican nominees. No mechanism is provided under Idaho law for the Idaho Republican Party to exercise its right to limit participation in the nomination process to its own members, thereby protecting its members' right of freedom of political association.

12. Plaintiffs' rights of political association, political expression and the right to vote are guaranteed against abridgement by the State of Idaho and those acting under color of its laws by the First and Fourteenth Amendments to the United States Constitution. The right to select candidates to represent the Idaho Republican Party in Idaho public offices is a core constitutional freedom held by the Idaho Republican Party.

13. Idaho law provides that the selection may be made through the primary election process and therefore the use of that process by the Idaho Republican Party is a constitutionally protected activity.

14. By enactment of the Closed Republican Party Primary Rule, the Idaho Republican Party made a policy decision to close its candidate selection process to all non-party members. As a result of enactment of this rule, an immediate and irreconcilable conflict has been created with Idaho's Open Primary Election laws. The State of Idaho's continued enforcement of the Idaho Open Elections Law with respect to the Idaho Republican Party Primary will unconstitutionally infringe upon the right of Republican Party members to freely associate with their political party with respect to the selection of candidates for public office, and will cause immediate and irreparable harm to the Idaho Republican Party, its members, and all Idaho voters.

15. To my knowledge, no statistical study has been conducted in the State of Idaho to determine the precise amount of voter cross-over that has occurred in Republican Party primary elections. Insofar as the Secretary of State conducts all primary elections in Idaho and does not record the party affiliation of any primary voter, the information necessary to conduct such a study has not been collected. However, there have been scientific studies conducted that have concluded that voter cross-over does occur in open and modified open primary elections and that this cross-over voting has an effect on the candidates' message and the types of candidates selected to act as the party nominee in the general election. One of those studies is the Gerber & Morton study, entitled, Primary Election Systems and Representation, and published in the Journal of Law, Economics &

Organization, v. 14, N.2 p. 304 (Oxford Univ. Press 1998) That study was cited by Justice Scalia in the opinion in *Democratic Party v. Jones.* A true and accurate copy of that study is attached hereto as Exhibit A.

Dated: ~~July 11, 2007~~ October 23, 2008.

_____
Norm Semanko

SUBSCRIBED AND SWORN TO before me this 23rd day of October, 2008.

_____
Notary Public of the State of Idaho
Residing at:
Commission expires: 8-22-14

[Notary seal: MARIANNE HUDSON, NOTARY PUBLIC, STATE OF IDAHO]