Gary G. Allen (Idaho SB # 4366)
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720
Telephone: 208-388-1200
Facsimile: 208-388-1300
Email: GaryAllen@givenspursley.com
S:\CLIENTS\10240\1\Def-Intervenors Rule 7-1c2 Statement.doc

Harry Kresky
LAW OFFICE OF HARRY KRESKY
250 W. 57th Street, Ste. 2017
New York, NY 10107
Telephone: 212-581-1516
Facsimile: 212-581-1352
Email: HarryKres@aol.com

Attorneys for Defendants-Intervenors

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE IDAHO REPUBLICAN PARTY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> BEN YSURSA, in his Official Capacity as Secretary of State of the State of Idaho, <br><br> Defendants. | Case No. 1:08-cv-00165-BLW <br><br> **DEFENDANT/INTERVENORS' RULE 7.1(c)(2) STATEMENT** |

Pursuant to Local Civil Rule 7.1(c)(2), Defendants-Intervenors make the following statement of material facts which they contend are in dispute:

1.  The statement in paragraph 5 of Plaintiffs' Rule 7.1(b)(1) statement that selection of party nominees "may be made through the Idaho Primary Election process…." appears to contradict the statement in paragraph 6 of Defendant Ysursa's Rule 7(b)(1) statement which states that "political parties' nominees for office for the general election are chosen at the Idaho

Primary Election…." The former suggests that participation in the primary is discretionary, the latter that it is mandatory.

2. The statement in paragraph 13 of Plaintiffs' Rule 7.1(b)(1) statement that Idaho's open primary election law forces the Idaho Republican Party (hereinafter "IRP") to include supporters of other parties and political interests in the process of selecting its nominees and that the IRP has a constitutional right to limit participation to its own members. Defendants-Intervenors note, as well, that this statement contains legal conclusions as well as facts, which legal conclusions and their significance remain to be determined by this Court. Defendants-Intervenors further note that that the IRP does not maintain a list of members as was stated in paragraph 10 of Defendants-Intervenors' Rule 7.1(b)(1) statement.

3. The statement in paragraph 14 of Plaintiffs' Rule 7.1(b)(1) statement concerning Plaintiffs' rights and core freedoms is a legal conclusion, not a statement of fact. The legal conclusion and its significance remain to be determined by this Court.

4. The statement in paragraph 15 of Plaintiffs' Rule 7.1(b)(1) statement that selection of party nominees "may be made through the primary election process…." appears to contradict the statement in paragraph 6 of Defendant Ysursa's Rule 7(b)(1) statement which states that "political parties' nominees for office for the general election are chosen at the Idaho Primary Election…." Paragraph 15 also contains a legal conclusion concerning constitutionally protected activity. The legal conclusion and its significance remain to be determined by this Court.

5. The statement in paragraph 16 of Plaintiffs' Rule 7.1(b)(1) statement that the enactment of the IRP's "Closed Primary Rule" creates "an immediate and irreconcilable conflict" with Idaho's open primary laws is a mixed conclusion of law and fact and remains for

this Court to determine. The remainder of the paragraph concerning irreparable harm to the IRP and its (and its members') freedom of association, and that of all Idaho voters, is a legal conclusion whose validity and significance remain to be determined by this Court. Further, it is noted that the IRP does not maintain a list of members as was stated in paragraph 10 of Defendant-Intervenors' Rule 7.1(b)(1) statement.

DATED this 17th day of November, 2008.

        GIVENS PURSLEY LLP


/s/ Gary G. Allen
GARY G. ALLEN


LAW OFFICE OF HARRY KRESKY


/s/ Harry Kresky
HARRY KRESKY

Attorneys for Defendants-Intervenors THE COMMITTEE FOR A UNITED INDEPENDENT PARTY, INC.; the AMERICAN INDEPENDENT MOVEMENT OF IDAHO; its Chairman MITCH CAMPBELL; JOHN HAIGHT; CALVIN LEMAN; ANDREW LOGSDON; BARBARA NELSON; LAUNA NOBLE; LaMAR ORTON; JASON RAMSEY; BOYD STOKES; LAURA PIKE CAMPBELL and JOSEPH BRITTON

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of November, 2008, I submitted this foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

  John Eric Sutton    jesutton@jesutton.com

  Charles Crawford Crafts  idaholitigator@yahoo.com


             /s/ Gary G. Allen
             Gary G. Allen