LAWRENCE G. WASDEN
ATTORNEY GENERAL

BRIAN KANE (ISB No. 6264)
Assistant Chief Deputy Attorney General

STEVEN L. OLSEN (ISB NO. 3586)
Chief of Civil Litigation Division

MICHAEL S. GILMORE (ISB NO. 1625)
CLAY R. SMITH (ISB NO. 6385)
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 West Jefferson, Second Floor
P. O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-4130
Fax:  (208) 854-8073
mike.gilmore@ag.idaho.gov
clay.smith@ag.idaho.gov

      Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE IDAHO REPUBLICAN PARTY, *et al.*, | ) |
| Plaintiffs, | ) Case No. 1:08-CV-00165-BLW |
| | ) |
| vs. | ) **STIPULATION AND MOTION TO** |
| | ) **VACATE TRIAL AND PRESENT** |
| BEN YSURSA, In his Official Capacity as | ) **THE MATTER TO THE COURT** |
| Secretary of State of the State of Idaho, | ) **UPON WRITTEN SUBMISSIONS** |
| | ) |
| Defendant. | ) |

### STIPULATION AND MOTION OF THE PARTIES

      The Parties to this Stipulation and Motion are Plaintiffs Idaho Republican Party *et al.*, Defendant Secretary of State Ben Ysursa, and Intervenors Mitch Campbell *et al.*  There are no other Parties to this case.  These Parties hereby stipulate to the following and move the Court to accept their Stipulation.

**1.      Vacation of Trial.**  The Parties stipulate that the Court may vacate the trial scheduled to begin on Tuesday, October 12, 2010, and that the Court may decide the case upon the written evidence, objections and briefing that the Parties will submit to the Court.

**2.      Evidence to Be Presented.**  The Parties stipulate that the Exhibits and Affidavits already identified in the Parties' Exhibit Lists previously filed with the Court and the Depositions of witnesses that the parties will file with the Court will constitute the Parties' evidentiary record. The Parties have completed all but one Deposition at this time and will complete the last deposition if the Court approves this Stipulation.  The Parties will file all Exhibits, Affidavits and Depositions with the Court before they file their Initial Briefs.

**3.      Evidentiary Objections.**  The Parties stipulate that all evidentiary objections are preserved and that a Party may object to any evidence submitted by any other Party either through objections appearing in the Depositions themselves or by Objections filed with the Court concurrently with the filing of Initial Briefs.

**4.      Initial Briefs.**  The Parties stipulate that they will file Initial Briefs addressing the facts and law of the case on or before Tuesday, November 2, 2010.  These Initial Briefs may be up to 50 pages in length and may direct the Court to parts of the evidentiary record that the Party asks the Court to take into consideration.  In addition to the ECF filing, the Parties may provide the Court and other parties a CD in which the Initial Brief is hyperlinked to an Appendix of the evidentiary record referred to in the Brief.

**5.      Response Briefs.**  The Parties stipulate that they will file Response Briefs on or before Tuesday, November 23, 2010.  The Response Briefs may also be up to 50 pages in length. The Parties may also provide the Court and the other Parties a CD with a hyperlinked Response Brief.  No further briefs will be allowed unless requested by the Court.

**6.      Court's Examination of Witnesses.**  The Parties stipulate that the Court on its own motion may decide to examine any witness whose Affidavits, Depositions or Exhibits have been submitted to the Court as evidence.  Notice will be provided to all parties, who may be present at such examination, which may occur either in person, by telephone or video-confer-

encing, at the discretion of the Court.  If the Court wishes to examine a witness, only the Court and none of the Parties may ask questions of the witness.  The Court may decide to examine a witness at any time after receiving the Initial and Response Briefs.

      **7.**      **Oral Argument.**  The Parties stipulate that the Court may decide this case with or without oral argument.  The Parties will be available to provide oral argument concerning the evidentiary record and the law at the Court's convenience.


DATED this 23rd day of September, 2010    OFFICE OF THE ATTORNEY GENERAL

By:   */s/ Michael S. Gilmore*
      Michael S. Gilmore
      Deputy Attorney General
      Attorney for Defendant

DATED this 23rd day of September, 2010    TROUPIS LAW OFFICE P.A.

By:   */s/ Chrst T. Troupis*
      Christ T. Troupis
      Attorney for Plaintiffs

DATED this 23rd day of September, 2010    GIVENS PURSLEY

By:   */s/ Gary Allen*
      Gary Allen
      Attorney for Intervenors

DATED this 23rd day of September, 2010    LAW OFFICE OF HARRY KRESKY

By:   */s/ Harry Kresky*
      Harry Kresky
      Attorney for Intervenors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of September, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

J E SUTTON & ASSOCIATES
200 N. 3rd St., Ste. 2 & 3
Boise, ID 83701
(208) 336-4444
Fax: (208) 336-4444
Email: jesutton@jesutton.com

☐ U.S. Mail
☐ Hand Delivery
☐ Certified Mail, Return Receipt Requested
☐ Overnight Mail
☐ Facsimile: _____
☒ CM/ECF

Gary Allen
GIVENS PURSLEY
P.O. Box 2720
Boise, ID 83701-2720
garyallen@givenspursley.com

☐ U.S. Mail
☐ Hand Delivery
☐ Certified Mail, Return Receipt Requested
☐ Overnight Mail
☐ Facsimile: _____
☒ CM/ECF

Harry Kresky
LAW OFFICE OF HARRY KRESKY
250 W. 57th Street, Suite 2017
New York, NY 10107
212-581-1516
harrykres@aol.com

☐ U.S. Mail
☐ Hand Delivery
☐ Certified Mail, Return Receipt Requested
☐ Overnight Mail
☐ Facsimile: _____
☒ CM/ECF

Christ T. Troupis
TROUPIS LAW OFFICE P.A.
1299 E. Iron Eagle, Ste. 130
P.O. box 2408
Eagle, ID  83616
Fax: (208) 938-5482
ctroupis@troupislaw.com

☐ U.S. Mail
☐ Hand Delivery
☐ Certified Mail, Return Receipt Requested
☐ Overnight Mail
☐ Facsimile: _____
☒ CM/ECF

_____/s/ Michael S. Gilmore_____
Michael S. Gilmore
Deputy Attorney General