# Exhibit 2001

## Prepared by Ben Ysursa, Idaho Secretary of State

## Statewide Idaho Data for 2010 Primary Election

| | |
|---|---:|
| Number of Registered Voters for Primary Election (Includes Election Day Registration) | 749,900 |
| Number of Voters Who Registered on Election Day | 10,513 |
| Number of Ballots Cast in Primary Election | 203,015 |
| Number of Votes Cast for Republican Candidates for Governor | 163,111 |
| Number of Registered Voters Who Requested Absentee Ballots | 23,037 |
| Number of Precincts in State of Idaho | 921 |

## Statewide Idaho Data for 2008 Primary Election

| | |
|---|---:|
| Number of Registered Voters for Primary Election (Includes Election Day Registration) | 721,669 |
| Number of Voters Who Registered on Election Day | 10,334 |
| Number of Ballots Case in Primary Election | 182,627 |
| Number of Votes Cast Ballots for Republican Candidates for President (Including "None of the Names Shown") | 125,570 |
| Number of Registered Voters Who Requested Absentee Ballots | 22,660 |
| Number of Precincts in State of Idaho | 921 |

## Closed Primary Election with Blanket Re-Registration
## Appropriation Breakdown

| | |
|---|---|
| Mail Out New Cards to Every Registered Voter from Secretary of State's Office — 750,000 at 15.7¢ each | $117,750 |
| Postage for Completed Cards to be Returned to County Clerks (Business Reply rate), Assuming 60% Return Rate 420,000 at 44¢ each | $184,800 |
| AutoSort Mailing Fee | $ 12,000 |
| Cost to Print New Registration Cards | $ 15,000 |
| One-half $490,000 Cost to Counties for Updating Voter Registration Records — Data Entry of 420,000 Cards | $245,000 |
| ==One-half $100,000 Cost to County for Registration Change Notifications== | $ 50,000 |
| Voter Education Efforts (Radio and Television) | $200,000 |
| Total | $824,550 |

## Closed Primary Election Costs with Party Affiliation Determined at the Polls

| | |
|---|---|
| Additional Poll Workers | $ 90,000 |
| Data Entry of Information for Poll Books | $ 33,000 |
| Absentee Ballot Data Entry | $ 13,000 |
| Mail Ballot Precincts | $  2,000 |
| Ballot Printing Costs for Additional Ballots | $ 22,000 |
| New Registration Cards with Party Designation | $ 15,000 |
| Voter Education | |
|    State | $100,000 |
|    County | $100,000 |
|    Total | $375,000 |