# Exhibit 2002

**Prepared by**     **Kristina Glascock,**
**Twin Falls County Clerk**

## Data for 2010 Primary Election, Twin Falls County

| | |
|---|---|
| Number of Registered Voters for Primary Election (Includes Election Day Registration) | 33,226 |
| Number of Voters Who Registered on Election Day | 247 |
| Number of Voters in Primary Election | 8,835 |
| Number of Voters Who Cast Ballots for a Republican Candidate or Candidates in Primary Election | 7,966 |
| Number of Registered Voters Who Requested Ballots Under Uniformed and Overseas Citizens Absentee Voting Act | 10 |
| Number of Precincts in County | 45 |
| Number of Paid Election Officials for Primary Election | 200 |

## Data for 2008 Primary Election, Twin Falls County

| | |
|---|---|
| Number of Registered Voters for Primary Election (Includes Election Day Registration) | 32,450 |
| Number of Voters Who Registered on Election Day | 191 |
| Number of Voters in Primary Election | 6,218 |
| Number of Voters Who Cast Ballots for a Republican Candidate or Candidates in Primary Election | 4,928 |
| Number of Registered Voters Who Requested Ballots Under Uniformed and Overseas Citizens Absentee Voting Act | 19 |
| Number of Precincts in County | 45 |
| Number of Paid Election Officials for Primary Election | 200 |

**Estimated Costs for Re-registering Voters to Provide Option to Declare Affiliation with Republican Party**

**Costs of Processing Registration Cards Estimated at Quartiles for 25%, 50%, 75% and 100% of Voters Re-registering with Complete Registration Information, Twin Falls County**

| One Employee | | 3 minutes | | |
|---|---|---|---|---|
| Percent Re-registering | Number of Voters | Minutes to Enter Data | Election Worker's Salary + Benefits | Total Costs |
| 25% | 8,307 | 24,921 min =    415.35 hr | $19.50/hr | $  8,100 |
| 50% | 16,613 | 49,839 min =    830.65 hr | $19.50/hr | $16,198 |
| 75% | 24,920 | 74,760 min = 1,246.00 hr | $19.50/hr | $24,297 |
| 100% | 33,226 | 99,678 min = 1,661.30 hr | $19.50/hr | $32,396 |

**Costs of Processing Registration Card Estimated at Quartiles for 25%, 50%, 75% and 100% of Voters Re-registering with Incomplete Registration Information, Twin Falls County**

| One Employee | | 10 minutes | | |
|---|---|---|---|---|
| Percent Re-registering | Number of Voters | Minutes to Enter Data and Gather More Information | Election Worker's Salary + Benefits | Total Costs |
| 25% | 8,307 | 83,070 min = 1,384.50 hr | $19.50/hr | $  26,998 |
| 50% | 16,613 | 166,130 min = 2,768.83 hr | $19.50/hr | $  53,993 |
| 75% | 24,920 | 249,200 min = 4,153.33 hr | $19.50/hr | $  80,990 |
| 100% | 33,226 | 332,260 min = 5,537.67 hr | $19.50/hr | $107,985 |

**Costs of Printing and Mailing New Voter Registration Cards, Twin Falls County**

| Number of Registered Voters | Printing Cost per Card | Mailing Cost per Card –**w/o return postage** | Total Cost per Card | *Total Costs |
|---|---|---|---|---|
| 33,226 | $ .09/ card | $.44/ card | $ .53/ card | $17,610 |

*does not include return postage
* does not include toner/labels to address the cards
*does not include any preparing/printing of instructions to the voter
*does not include staff wages/benefits to prepare mailing

## Kinds of Elections That Can Be Held on Day of May Primary Election in Even Numbered Years, Twin Falls County

Contested Party Primaries (Mandatory)

Judicial Elections (Mandatory)

8 Cities

11 School Districts

1 Ambulance District

1 Cemetery District

8 Fire Districts

4 Highway Districts

1 Library District

1 Abatement District

2 Recreation Districts

3 Soil Conservation Districts

## Costs of Printing Additional Ballots for Persons Who Decline to Identify with a Political Party and Wish to Vote in Other Elections, Twin Falls County

| Number of Ballots to Be Printed **estimation 10% of registered voters** | Cost per Ballot | Total Costs |
|---|---|---|
| 3,323 | $ .28/ ballot | *$931 |

**\*does not include ballot layout and coding charges from ES&S just printing charges**

**Costs of Training Election Officials to Acquaint Them
with Requirement to Declare Affiliation with Republican
Party in Order Obtain Ballot with Republican
Candidates in Primary Election,
Twin Falls County**

| Number of Persons to be Trained | Training Time Per Person | Election Worker's Salary Plus Benefits – **no benefits** | Total Costs |
|---|---|---|---|
| 45 Chief Judges | 30 minutes | $9.00/hr. | $202.50 |
| 155 Poll Workers | 30 minutes | $8.50 /hr. | $658.75 |
| **Total Cost every election** | | | **$861.25** |