# Exhibit 2003

**Prepared by    Abbie Mace,**
               **Fremont County Clerk**

## Data for 2010 Primary Election, Fremont County

| | |
|---|---|
| Number of Registered Voters for Primary Election (Includes Election Day Registration) | 6,780 |
| Number of Voters Who Registered on Election Day | 123 |
| Number of Voters in Primary Election | 3,076 |
| Number of Voters Who Cast Ballots for a Republican Candidate or Candidates in Primary Election | Approx. 2,839 |
| Number of Registered Voters Who Requested Ballots Under Uniformed and Overseas Citizens Absentee Voting Act | 9 |
| Number of Precincts in County | 14 |
| Number of Paid Election Officials for Primary Election | 100 |

## Data for 2008 Primary Election, Fremont County

| | |
|---|---|
| Number of Registered Voters for Primary Election (Includes Election Day Registration) | 6,592 |
| Number of Voters Who Registered on Election Day | 202 |
| Number of Voters in Primary Election | 2,761 |
| Number of Voters Who Cast Ballots for a Republican Candidate or Candidates in Primary Election | Approx. 2,554 |
| Number of Registered Voters Who Requested Ballots Under Uniformed and Overseas Citizens Absentee Voting Act | 13 |
| Number of Precincts in County | 14 |
| Number of Paid Election Officials for Primary Election | 104 |

## Estimated Costs for Re-registering Voters to Provide Option to Declare Affiliation with Republican Party

## Costs of Processing Registration Cards Estimated at Quartiles for 25%, 50%, 75% and 100% of Voters Re-registering with Complete Registration Information, Fremont County

| Percent Re-registering | Number of Voters | Minutes to Enter Data | Election Worker's Salary + Benefits | Total Costs |
|---|---|---|---|---|
| 25% | 1,695 | 8,475 min = 141.25 hr | $23.90/hr | $ 3,375.88 |
| 50% | 3,390 | 16,950 min = 282.50 hr | $23.90/hr | $ 6,751.75 |
| 75% | 5,085 | 25,425 min = 423.75 hr | $23.90/hr | $10,127.63 |
| 100% | 6,780 | 33,900 min = 565.00 hr | $23.90/hr | $13,503.50 |

I estimated 5 minutes per card.

## Costs of Processing Registration Card Estimated at Quartiles for 25%, 50%, 75% and 100% of Voters Re-registering with Incomplete Registration Information, Fremont County

| Percent Re-registering | Number of Voters | Minutes to Enter Data and Gather More Information | Election Worker's Salary + Benefits | Total Costs |
|---|---|---|---|---|
| 25% | 1,695 | 16,950 min =    282.5 hr | $23.90/hr | $ 6,751.75 |
| 50% | 3,390 | 33,900 min =    565.0 hr | $23.90/hr | $13,503.50 |
| 75% | 5,085 | 50,850 min =    847.5 hr | $23.90/hr | $20,255.25 |
| 100% | 6,780 | 67,800 min = 1,130.0 hr | $23.90/hr | $27.007.00 |

I estimated 10 minutes per card.

## Costs of Printing and Mailing New Voter Registration Cards, Fremont County

| Number of Registered Voters | Printing Cost per Card | Mailing Cost per Card | Total Cost per Card | Total Costs |
|---|---|---|---|---|
| 6780 | $ .07/ card | $ 1.15/ card | $ 1.22/ card | $8,271.60 |

I estimated the mailing cost at $.44 to send and $.44 to return postage.  I estimated the two envelopes to mail them in at $.10 and $.15 and the labels for mailing at $.02

## Kinds of Elections That Can Be Held on Day of May Primary Election in Even Numbered Years, Fremont County

Contested Party Primaries (Mandatory)

Judicial Elections (Mandatory)

School Levy Elections (Possible)

All Fremont County Taxing District could have a Levy Election or a Recall Election. They are as follows:

Fremont County
8 Cities
2 School Districts
1 Ambulance District
6 Cemetery Districts
4 Fire Districts
1 Hospital District
2 Library Districts
1 Mosquito Abatement District

## Costs of Printing Additional Ballots for Persons Who Decline to Identify with a Political Party and Wish to Vote in Other Elections, Fremont County

| Number of Ballots to Be Printed | Cost per Ballot | Total Costs |
|---|---|---|
| 1550 | $ .45/ ballot | $697.50 |

- 4 -

# Costs of Training Election Officials to Acquaint Them with Requirement to Declare Affiliation with Republican Party in Order Obtain Ballot with Republican Candidates in Primary Election, Fremont County

| Number of Persons to be Trained | Training Time Per Person | Election Worker's Salary Plus Benefits | Total Costs |
|---|---|---|---|
| 100 | 30 minutes | $10.00 | $500.00 |
| Mileage | | $ | $621.00 |

We hold an annual training each year that lasts approximately 2 hours. The poll workers get paid $10.00 to attend that training plus mileage at the federal rate $.50. I estimate of that 2 hour meeting it will take approximately 30 minutes to train.

- 4 -