# Exhibit 2004

**Prepared by    JoMeta Spencer,
                Ada County Deputy Clerk**

## Data for 2010 Primary Election, Ada County

| | |
|---|---|
| Number of Registered Voters for Primary Election (Includes Election Day Registration) | 201,313 |
| Number of Voters Who Registered on Election Day | 3,011 |
| Number of Voters in Primary Election | 43,958 |
| Number of Voters Who Cast Ballots for a Republican Candidate or Candidates in Primary Election | 36,255 |
| Number of Registered Voters Who Requested Ballots Under Uniformed and Overseas Citizens Absentee Voting Act | 708 |
| Number of Precincts in County | 141 |
| Number of Paid Election Officials for Primary Election | 660 |

## Data for 2008 Primary Election, Ada County

| | |
|---|---|
| Number of Registered Voters for Primary Election (Includes Election Day Registration) | 187,045 |
| Number of Voters Who Registered on Election Day | 2,562 |
| Number of Voters in Primary Election | 39,518 |
| Number of Voters Who Cast Ballots for a Republican Candidate or Candidates in Primary Election | 29,181 |
| Number of Registered Voters Who Requested Ballots Under Uniformed and Overseas Citizens Absentee Voting Act | 890 |
| Number of Precincts in County | 141 |
| Number of Paid Election Officials for Primary Election | 812 |

# Estimated Costs for Re-registering Voters to Provide Option to Declare Affiliation with Republican Party

## Costs of Processing Registration Cards Estimated at Quartiles for 25%, 50%, 75% and 100% of Voters Re-registering with Complete Registration Information, Ada County

| Percent Re-registering | Number of Voters | Minutes to Enter Data | Election Worker's Salary + Benefits | Total Costs |
|---|---|---|---|---|
| 25% | 50,014 | 250,068.75 min =   4,167.81 hr | $22.31/hr | $ 92,983.90 |
| 50% | 100,028 | 500,137.50 min =   8,335.63 hr | $22.31/hr | $185,967.79 |
| 75% | 150,042 | 750,206.25 min = 12,503.44 hr | $22.31/hr | $278,951.69 |
| 100% | 200,055 | 1,000,275.00 min = 16,671.25 hr | $22.31/hr | $371,935.59 |
|  |  | Based on 5 mins per card |  |  |

## Costs of Processing Registration Card Estimated at Quartiles for 25%, 50%, 75% and 100% of Voters Re-registering with Incomplete Registration Information, Ada County

| Percent Re-registering | Number of Voters | Minutes to Enter Data and Gather More Information | Election Worker's Salary + Benefits | Total Costs |
|---|---|---|---|---|
| 25% | 50,014 | 300,082.50 min =   5,001.38 hr | $22.31/hr | $111,580.68 |
| 50% | 100,028 | 600,165.00 min = 10,002.75 hr | $22.31/hr | $223,161.35 |
| 75% | 150,042 | 900,247.50 min = 15,004.13 hr | $22.31/hr | $334,742.03 |
| 100% | 200,055 | 1,200,330.00 min = 20,005.50 hr | $22.31/hr | $446,322.71 |
|  |  | Based on 6 mins per card |  |  |

## Costs of Printing and Mailing New Voter Registration Cards, Ada County

| Number of Registered Voters | Printing Cost per Card | Mailing Cost per Card | Total Cost per Card | Total Costs |
|---|---|---|---|---|
| 200,055 | $ .09/ card | $ .44/ card | $ .53/ card | $106,029.15 |

This cost is for 1st class postage. If a mailing house is used, bulk mail rates may be applied, reducing the costs somewhat.

## Kinds of Elections That Can Be Held on Day of May Primary Election in Even Numbered Years, Ada County

Contested Party Primaries (Mandatory)

Judicial Elections (Mandatory)

5 School Districts

7 Cemetery Districts

7 Fire Districts

3 Library Districts

5 Sewer Districts

6 Cities

1 Highway District

1 Soil Conservation District

1 Auditorium District

1 Recreation District

## Costs of Printing Additional Ballots for Persons Who Decline to Identify with a Political Party and Wish to Vote in Other Elections, Ada County

| Number of Ballots to Be Printed | Cost per Ballot | Total Costs |
|---|---|---|
| 30,000 | $ .28/ ballot | $ 8,400.00 |

- 4 -

## Costs of Training Election Officials to Acquaint Them with Requirement to Declare Affiliation with Republican Party in Order Obtain Ballot with Republican Candidates in Primary Election, Ada County

| Number of Persons to be Trained | Training Time Per Person | Election Worker's Salary Plus Benefits | Total Costs |
|---|---|---|---|
| 735 | 30 minutes | $22.61/hr | $ 282.63 |
| Prep Time | 4 hours | $22.61/hr | $  90.44 |

We conduct approximately 25 group trainings, so the total time spent and cost is reduced significantly.