# Exhibit 2005

**Prepared by**     **Patty Weeks,**
                                **Nez Perce County Clerk**

## Data for 2010 Primary Election, Nez Perce County

| | |
|---|---:|
| Number of Registered Voters for Primary Election (Includes Election Day Registration) | 20,557 |
| Number of Voters Who Registered on Election Day | 118 |
| Number of Voters in Primary Election | 4,126 |
| Number of Voters Who Cast Ballots for a Republican Candidate or Candidates in Primary Election | 2,356 |
| Number of Registered Voters Who Requested Ballots Under Uniformed and Overseas Citizens Absentee Voting Act | 69 |
| Number of Precincts in County | 37 |
| Number of Paid Election Officials for Primary Election | 155 |

## Data for 2008 Primary Election, Nez Perce County

| | |
|---|---:|
| Number of Registered Voters for Primary Election (Includes Election Day Registration) | 21,957 |
| Number of Voters Who Registered on Election Day | 158 |
| Number of Voters in Primary Election | 3,827 |
| Number of Voters Who Cast Ballots for a Republican Candidate or Candidates in Primary Election | 1,817 |
| Number of Registered Voters Who Requested Ballots Under Uniformed and Overseas Citizens Absentee Voting Act | 17 |
| Number of Precincts in County | 37 |
| Number of Paid Election Officials for Primary Election | 156 |

# Estimated Costs for Re-registering Voters to Provide Option to Declare Affiliation with Republican Party

## Costs of Processing Registration Cards Estimated at Quartiles for 25%, 50%, 75% and 100% of Voters Re-registering with Complete Registration Information, Nez Perce County

| Percent Re-registering | Number of Voters | Minutes to Enter Data | Election Worker's Salary + Benefits | Total Costs |
|---|---|---|---|---|
| 25% | 5,139.25 | 3 min = 265.9 hr | $23.29/hr | 5,984.59 |
| 50% | 10,278.50 | 3 min = 513.9 hr | $23.29/hr | 11,969.19 |
| 75% | 15,417.75 | 3 min = 770.9 hr | $23.29/hr | 17,953.79 |
| 100% | 20,557 | 3 min = 1,027.9 hr | $23.29/hr | 23,938.62 |

## Costs of Processing Registration Card Estimated at Quartiles for 25%, 50%, 75% and 100% of Voters Re-registering with Incomplete Registration Information, Nez Perce County

| Percent Re-registering | Number of Voters | Minutes to Enter Data and Gather More Information | Election Worker's Salary + Benefits | Total Costs |
|---|---|---|---|---|
| 25% | 5,139.25 | 8 min = 518.7 hr | $23.29/hr | 15,959.08 |
| 50% | 10,278.50 | 8 min = 1,037.5 hr | $23.29/hr | 31,918.01 |
| 75% | 15,417.75 | 8 min = 1,556.2 hr | $23.29/hr | 47,877.25 |
| 100% | 20,557 | 8 min = 2,074.9 hr | $23.29/hr | 63,836.25 |

## Costs of Printing and Mailing New Voter Registration Cards, Nez Perce County

| Number of Registered Voters | Printing Cost per Card | Mailing Cost per Card | Total Cost per Card | Total Costs |
|---|---|---|---|---|
| 20,557 | $ 0.07/ card | $ 0.854/ card | $ 2.98/ card | $61,259.86 |

Envelopes $10,278.50 (2 @ .25 ea)
Processing $31,918.15 (4 min ea, @ 23.29/hr)
Notices $66.15

## Kinds of Elections That Can Be Held on Day of May Primary Election in Even Numbered Years,
## Nez Perce County

Contested Party Primaries (Mandatory)

Judicial Elections (Mandatory)

School Levy Elections (Possible)

Recall for taxing districts (Possible)

[Add all other taxing district elections that your County must or might conduct at the same time as a May Primary, e.g., Regional Airport Elections, City General or Special Elections, Port District Primary Elections]

## Costs of Printing Additional Ballots for Persons Who Decline to Identify with a Political Party and Wish to Vote in Other Elections,
## Nez Perce County

| Number of Ballots to Be Printed | Cost per Ballot | Total Costs |
|---|---|---|
| 20,557 | $ 0.52/ ballot | $ 10,689.64 |

## Costs of Training Election Officials to Acquaint Them with Requirement to Declare Affiliation with Republican Party in Order Obtain Ballot with Republican Candidates in Primary Election,
## Nez Perce County

| Number of Persons to be Trained | Training Time Per Person | Election Worker's Salary Plus Benefits | Total Costs |
|---|---|---|---|
| 155 | 1 hr | $ 20.00 | $3,100 |