*Exhibit A: Introduction and Table of Contents*

**Report of Andrew D. Martin, Ph.D. and Kyle L. Saunders, Ph.D.**

**May 14, 2010**

*Idaho Republican Party, et al., v. Ben Ysursa*

**Response to Report of Michael C. Munger, Ph.D.**

We were asked to prepare a report that responded to the materials reviewed by Professor Munger in his report of January 21, 2010.  The report is co-authored, attributing each relevant section or paragraph using the initials [ADM] for Professor Martin and [KLS] for Professor Saunders.  We have broken our analyses into a series of free-standing exhibits.  The Table of Contents that follows provides a description of the content of each exhibit.

Andrew D. Martin is Professor and Chair, Department of Political Science, and Professor of Law, Washington University in St. Louis.  Dr. Martin is an expert on applied statistical inference, American politics, and research design.

Kyle L. Saunders is Associate Professor of Political Science, Colorado State University.  Dr. Saunders is an expert on American politics, political parties, public opinion, voting behavior, survey research, and research design.

*Table of Contents*

I.  Exhibit A [ADM & KLS]

    A.  Introduction

    B.  Table of Contents

    C.  Executive Summary

II.  Exhibit B – Politics and Elections in Idaho [KLS]

    A.  Summary Points, page 1

    B.  Introduction, page 2

    C.  Politics and Elections in Idaho, page 2

III.  Exhibit C – Parties and Primary Elections in Idaho [KLS]

    A.  Summary Points, page 1

    B.  Introduction, page 2

    C.  Political Parties, page 2

    D.  Elections in Idaho, page 4

    E.  Primary Elections, page 5

    F.  The Role of Parties, and Their "Parts," in Democracy, page 8

    G.  Competition and Polarization, page 11

IV.  Exhibit D – Critique of the Moore Information Survey [KLS, except D.6]

    A.  Summary Points, page 1

    B.  Introduction, page 2

    C.  Concerns about the Conduct of the Study, page 3

    D.  Other Structural Issues for the Survey, page 11

    E.  Measuring Concepts: Key Questions in the Survey, page 15

    F.  Validity of the Survey and Results, page 19

V.  Exhibit E - Understanding Party Identification, Crossover Voting, and Strategic Voting in the Idaho Context  [KLS]

    A.  Summary Points, page 1

    B.  Introduction, page 2

    C.  The Funnel of Causality in Voting Behavior, page 2

    D.   The Variation of Partisanship in Voting Behavior, page 4

    E.   The Attitudinal Measure of Partisanship, page 5

    F.   Party Identification and the Crossover Voting Literature, page 7

    G.   Strategic Crossover Voting, page 9

    H.   Strategic Voting in the Literature, page 11

    I.   Party Organization in Crossover Voting, page 14

    J.   Measuring Crossover Voting, page 14

    K.   Conclusion and Summary to This Point in the Exercise, page 16

VI.  Exhibit F – The Evidence for Trojan Horse Crossover Voting in Idaho [ADM]

    A.  Summary Points, page 1

    B.  The Theory of Trojan Horse Crossover Voting, page 2

    C.  The Evidence for Trojan Horse Crossover Voting, page 3

    D.  Additional Evidence About the Consequences of Crossover Voting, page 5

VII.  Exhibit G – Analysis of the 57th-59th Idaho Senate and House [ADM]

    A.  Summary Points, page 1

    B.  Introduction, page 2

    C.  The Data, page 2

    D.  The Model, page 2

    E.  The Findings, page 3

VIII.  Exhibit H – The Evidence of Crossover Voting in Ripley's Second Affidavit [ADM]

    A.  Summary Points, page 1

    B.  Introduction, page 2

    C.  Methodological Deficiencies, page 2

    D.  Facts About the Idaho Electoral Context, page 4

    E.  Latah County Analysis, page 4

    F.  Canyon County Analysis, page 6

    G.  Ada County Analysis, page 6

    H.  Conclusion, page 7

IX.  Exhibit I – Works Cited [ADM and KLS]