***Exhibit B: Politics and Elections in Idaho***

***Summary Points***

1.  Statewide, Republicans have substantially more identifiers with their political party than Democrats; Independents are the second largest political identity in Idaho, followed by Democrats.

2.  Republican candidates contested many more direct primary elections than Democratic candidates.

3.  Republican candidates contested a majority of federal and statewide direct primary elections in Idaho, but contested many fewer state legislative races; few of the Republican primary contests are competitive.

4.  There is variation across Idaho with regard to differences in partisanship, ideology, and general election outcomes.

5.  Federal and statewide general elections in Idaho have been dominated by Republican candidates since 1994.

6.  Both houses of the Idaho Legislature have been controlled by the Republican Party since 1959, and that control has routinely been with remarkably large majorities, especially since 1994.

7.  Idaho has been classified as the least competitive state, by a considerable margin, with regard to a lack of interparty competition in the United States since 1994 on the Ranney Party Control Index.

*Introduction*

Many facts are not in evidence with regard to Idaho's politics and electoral system. This section represents an elaboration of these facts for the Court, and will be referred to throughout our exhibits.

Many of the analyses that follow were conducted by Saunders using publicly available data from the Idaho Secretary of State's Office, except where noted. These data can be found at this site: http://www.sos.idaho.gov/elect/results.htm, and were accessed April 1, 2010, except where otherwise noted.[1]

*Politics and Elections in Idaho*

1. ***Statewide, Republicans have substantially more identifiers with their political party than with Democrats; Independents are the second largest political identity in Idaho, followed by Democrats.***

According to the Boise State University Social Science Research Center's (SSRC) *19th Annual Idaho Public Policy Survey*, conducted in 2008, party identification in Idaho was estimated at 40% Republican, 28% Independent, and 25% Democrat, with 7% of respondents giving an answer of another party or a nonresponse ("don't know," etc.)

The state of Idaho is a conservative-leaning state. 16% of respondents of the same SSRC survey described themselves as "very conservative," 36% as "conservative," 28% as "middle of the road," 14% as "liberal," and 5% as "very liberal," while 1% gave a nonresponse.

Using the SSRC's data mentioned above, the Boise State Public Policy Center published *Nineteen Years of Public Opinion: The Boise State University Annual Public Policy Survey* in 2009 (p. 3). The SSRC report contained a summary of the same measure of party identification noted above, but presented the party identification survey data each year from 1998-2008 (p. 10).[2] That figure is presented below (Figure B-1). From this time series, we see that over those ten years, the trend in statewide attitudinal party identification in Idaho was relatively stable.[3]

(Sources: 2008 Partisanship and 2008 Ideology can be found at http://ppa.boisestate.edu/ssrc/archive/2008-annualsurvey19.pdf, accessed April 1, 2010, pp. 24-25; 1998-2008 Partisanship can be found at http://sspa.boisestate.edu/publicpolicycenter/publications/2009-annualsurvey20.pdf, accessed April 1, 2010, p. 10)

---

[1] In certain Exhibits in this report, where data sources are cited, those sources and weblinks will be left in text for ease of access.
[2] Due to funding cuts, the last year a survey was conducted by the SSRC was in 2008; as such, this report contains the most recent data available from the collection. These data seem to represent the most recent publicly available estimates of Idaho's partisan balance. We do not claim that these data are representative of the time period between the execution of the survey and the present; however, it is the best existing estimate.
[3] Measurement of partisanship and the question used here will be discussed in much greater detail in Exhibits C, D, and E.

**Figure B-1**: Idaho Political Party Identification, 1998-2008



PARTY AFFILIATION

Respondents to the Annual Idaho Public Policy Survey have been asked the question "Do you consider yourself to be a…?" every year since 1998, with possible answers being Republican, Independent, or Democrat.

(Source: http://sspa.boisestate.edu/publicpolicycenter/publications/2009-annualsurvey20.pdf, p. 10)

2. ***Republican candidates contested many more direct primary elections than Democratic candidates.***

Republican candidates contested (defined as having more than one candidate running for a particular office) many more primary elections for federal and statewide offices in Idaho than Democrats from 1994-2008; Democratic candidates contested 18 of 53 (34%) primary elections for federal and statewide offices, while Republicans contested 32 of 53 (60.4%).

Over the same time period, Republicans contested a much greater number of primary elections for state legislative offices (including both Senate and House) than Democrats. *By an order of magnitude less*, Democrats contested 26 of 840 (3.1%) Idaho legislative primary elections, while Republicans contested 260 of 840 (31%) of the Idaho legislative primary elections.

3. ***Republican candidates contested a majority of federal and statewide direct primary elections in Idaho, but contested many fewer state legislative races; few of the Republican primary contests are competitive.***

As mentioned above, a majority of Republican primary elections for federal and statewide office in Idaho between the years 1994 and 2008 were contested (32 of 53, 60.4%), but very few of them were competitive (see Table B-1). Of the 53 total federal and statewide primary elections, only 5 (9.4%), were contested and competitive ("competitive" being conservatively defined in these data as when contested races were decided by a margin of victory of less than 10%), which amounts to 5 of 32 (15.6%) of total contested federal and statewide primary elections. Further, a majority of the

contested primary federal and statewide elections had a margin of victory of over 20% (19 of 32, 59.4%).  The proportion of total federal and statewide primary elections that had a margin of victory of over 20% or were uncontested was 40 of 53 (75.5%).

A lower percentage of primary elections for state legislative seats in Idaho (both Senate and House) were contested between the years 1994 and 2008 (see Table B-2)—only 31% (260 of 840) of the Idaho legislative primary elections were contested.  Of the total 840 state legislative elections, only a small portion, 67 (or 8%), were contested and competitive; (again "competitive" is defined in this table as a particular race being decided by a margin of victory of less than 10%), which amounts to 67 of 260 (25.8%) of total contested state legislative primary elections.  Further, a majority of those primary elections that were contested had a margin of victory of over 20% (132 of 260, 50.8%).  The proportion of total Idaho legislative primary elections that had a margin of victory of over 20% or were uncontested was 692 of 840 (or 82.4%).

 (Source: Idaho Secretary of State, *Idaho Election Results*, http://www.sos.idaho.gov/ELECT/results.htm)

Points 2 and 3 are included to demonstrate that the universe of contested primary elections in Idaho is a small one.  Additionally, a relatively small percentage of those primary elections are competitive.  When discussing crossover voting, it is important to remember that the number of races that might be influenced by negative strategic voting behavior is very small.  We will discuss this further in Exhibit E, the crossover voting section of our report.

**Table B-1**: Contested and Competitive Idaho Federal (Presidential and Congressional) and Statewide Republican Primary Elections, 1994-2008

| Year | Average Margin | Contested | Total | <5% | >=5% and <10% | >=10% and <15% | >=15% and <20% | >=20% |
|---|---|---|---|---|---|---|---|---|
| | | | | | Primary Margins | | | |
| 2008 | 48.7% | 4 | 4 | 0 | 0 | 0 | 0 | 4 |
| 2006 | 24.6% | 5 | 9 | 1 | 1 | 0 | 1 | 2 |
| 2004 | 57.0% | 1 | 4 | 0 | 0 | 0 | 0 | 1 |
| 2002 | 18.3% | 5 | 10 | 1 | 2 | 0 | 0 | 2 |
| Totals (2002-2008) | | 15 | 27 | 2 | 3 | 0 | 1 | 9 |
| 2000 | 37.5% | 2 | 3 | 0 | 0 | 0 | 0 | 2 |
| 1998 | 33.0% | 7 | 10 | 1 | 1 | 1 | 0 | 4 |
| 1996 | 49.3% | 3 | 4 | 0 | 0 | 0 | 0 | 3 |
| 1994 | 11.6% | 5 | 9 | 1 | 1 | 1 | 1 | 1 |
| Totals (1994-2000) | | 17 | 26 | 2 | 2 | 2 | 1 | 10 |
| Overall (1994-2008) | | 32 | 53 | 4 | 5 | 2 | 2 | 19 |
| Percentages of Total (cumulative) | | | 60.4% | 7.6% | 17.0% | 20.8% | 24.5% | 60.4% |

Source: Idaho Secretary of State, http://www.sos.idaho.gov/ELECT/results.htm, accessed April 8, 2010

Note: Margins are percentage differences between top two finishers in each race

Table B-2: Contested and Competitive Idaho State Legislative Republican Primary Elections, 1994-2008

| Year | Avg Margin | Contested | Total | Contested State Senate | Contested State House | Seat Margins <5% | >=5% and <10% | >=10% and <15% | >=15% and <20% | >=20% |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | 23.9% | 28 | 105 | 10 | 18 | 4 | 4 | 2 | 2 | 16 |
| 2006 | 21.6% | 28 | 105 | 8 | 20 | 2 | 3 | 5 | 6 | 12 |
| 2004 | 18.8% | 37 | 105 | 12 | 25 | 9 | 6 | 3 | 5 | 14 |
| 2002 | 18.1% | 52 | 105 | 20 | 32 | 11 | 9 | 4 | 9 | 19 |
| Average/Totals | 20.6% | 145 | 420 | 50 | 95 | 26 | 22 | 14 | 22 | 61 |
| 2000 | 29.3% | 33 | 105 | 11 | 22 | 2 | 2 | 4 | 5 | 20 |
| 1998 | 24.4% | 31 | 105 | 12 | 19 | 2 | 4 | 2 | 5 | 18 |
| 1996 | 26.7% | 33 | 105 | 13 | 20 | 3 | 2 | 1 | 5 | 22 |
| 1994 | 25.8% | 18 | 105 | 7 | 11 | 2 | 2 | 0 | 3 | 11 |
| Average/Totals | 26.6% | 115 | 420 | 43 | 72 | 9 | 10 | 7 | 18 | 71 |
| Overall Avg/Totals | | 260 | 840 | 93 | 167 | 35 | 32 | 21 | 40 | 132 |
| Percentages of Total (cumulative) | | 31.0% | | | | 4.2% | 8.0% | 10.5% | 15.2% | 31.0% |

Source: Idaho Secretary of State, http://www.sos.idaho.gov/ELECT/results.htm, accessed April 8, 2010
Note: Margins are percentage differences between top two finishers in each race

4. ***There is variation across Idaho with regard to differences in partisanship, ideology, and general election outcomes.***

The Boise State University SSRC survey noted above sampled across the state, breaking the state into six regions to assure a representative sample (pp. 5-6).  Tables 29 and 31 (pp. 40-41) from that report present the party identification and ideology data noted above, but also demonstrate how those measures vary across their regional boundaries in Idaho.  While the sample sizes are too small to argue that this variation is definitive, we offer it as evidence that there is indeed variation across the state with regard to partisan identification and ideology.  Idaho is not uniform in nature.

(Source: http://ppa.boisestate.edu/ssrc/archive/2008-annualsurvey19.pdf, accessed April 1, 2010)

Despite the strong Republican advantage in Idaho, there is a reasonable amount of regional variation and pockets of Democratic strength.  While Republicans dominate the state in general election outcomes, some areas of Idaho tend to support Democratic candidates in Idaho general elections.  Professor Martin generated Figures B-2 and B-3 below, using available county-level election data (Source: http://www.sos.idaho.gov/ELECT/results.htm) and a mapping program to illustrate the variation of voting in the 2006 gubernatorial general election and 2008 presidential general election.  Note that the shading in the two figures for the two elections is highly correlated.

**Figure B-2.** Percent Republican (two-party vote) for the 2006 Idaho gubernatorial election, by county.  Key offers base shades for comparison and is not comprehensive of all shades.  Data source: Idaho Secretary of State, *Idaho Election Results*, http://www.sos.idaho.gov/elect/results.htm.



**Figure B-3.** Percent Republican (two-party vote) for the 2008 presidential election in Idaho, by county.  Key offers base shades for comparison and is not comprehensive of all shades.  Data source: Idaho Secretary of State, *Idaho Election Results*, http://www.sos.idaho.gov/elect/results.htm.



5. ***Federal and statewide general elections in Idaho have been dominated by Republican candidates since 1994.***

Republicans have won an overwhelming majority of statewide federal and state general elections (49 of 53, 92.5%) since 1994, including the presidential vote in each election. The exceptions are: Marilyn Howard in 1998 and 2002 running for Superintendent of Public Instruction, and J.D. Williams running for State Auditor/Controller in 1994 and 1998.  These exceptions amount to 4 out of 53 elections.

Republicans have won every election for the US House of Representatives save one (15 of 16, 93.8%) since 1994. The exception is Walt Minnick (D), winning ID-1 in 2008.  This exception is of 1 out of 16 elections.

(Sources: Idaho Secretary of State, *Idaho Blue Book, "Executive Branch,"* 2010, accessed April 27, 2010, http://www.sos.idaho.gov/elect/bluebook/2010/03_executive.pdf, Idaho Secretary of State, *Idaho Blue Book, "Congressional Delegation,"* 2010, accessed April 27, 2010, http://www.sos.idaho.gov/elect/bluebook/2010/02_congressional.pdf, and http://www.sos.idaho.gov/ELECT/results.htm)

6. ***Both houses of the Idaho Legislature have been controlled by the Republican Party since 1959, and that control has routinely been with large majorities, especially since 1994***.

Over the past ten years, margins have held relatively stable in the Idaho State Senate from a maximum of 31-4 in 1998 to a minimum 28-7 in the session that just concluded (See Table B-3 below).  In the Idaho State House, the maximum margin was 61-9 in 2000 ranging to a minimum of 51-19 in 2006; in the 2008-09 session, the margin was 52-18 in favor of the Republicans.

Prior to this, the most recent show of strength by the Democratic Party at the state legislative level was in 1990, when there was an evenly split Idaho Senate (21-21; the Idaho Senate had 42 seats from 1985-1992), Republicans held the Idaho House at a 42-28 margin.  Republicans gained the majority in the Idaho Senate back the next session and have held it since.

(Sources: Idaho Secretary of State, *Idaho Blue Book, "Legislative Branch,"* 2010, accessed 27 APR 2010, http://www.sos.idaho.gov/elect/bluebook/2010/04_legislative.pdf, p. 196-97; Idaho Secretary of State, *Make-Up of Legislature*, http://www.sos.idaho.gov/elect/legstat.htm, accessed April 4, 2010)

Martin & Saunders Report, Exhibit B—Page 11 of 13

**Table B-3**: The Political Party Breakdown of the Idaho Legislature, 1961-2009

| Year | Number of Senate Seats | Republican | Democrat | Number of House Seats | Republican | Democrat |
|---|---|---|---|---|---|---|
| 1961 | 44 | 23 | 21 | 59 | 31 | 28 |
| 1963 | 44 | 23 | 21 | 63 | 34 | 29 |
| 1965 | 44 | 25 | 19 | 79 | 42 | 37 |
| 1967 | 35 | 22 | 13 | 70 | 38 | 32 |
| 1969 | 35 | 20 | 15 | 70 | 38 | 32 |
| 1971 | 35 | 19 | 16 | 70 | 41 | 29 |
| 1973 | 35 | 23 | 12 | 70 | 51 | 19 |
| 1975 | 35 | 21 | 14 | 70 | 43 | 27 |
| 1977 | 35 | 20 | 15 | 70 | 48 | 22 |
| 1979 | 35 | 19 | 16 | 70 | 50 | 20 |
| 1981 | 35 | 23 | 12 | 70 | 56 | 14 |
| 1983 | 35 | 21 | 14 | 70 | 51 | 19 |
| 1985 | 42 | 28 | 14 | 84 | 67 | 17 |
| 1987 | 42 | 26 | 16 | 84 | 64 | 20 |
| 1989 | 42 | 23 | 19 | 84 | 64 | 20 |
| 1991 | 42 | 21 | 21 | 84 | 56 | 28 |
| 1993 | 35 | 23 | 12 | 70 | 50 | 20 |
| 1995 | 35 | 27 | 8 | 70 | 57 | 13 |
| 1997 | 35 | 30 | 5 | 70 | 59 | 11 |
| 1999 | 35 | 31 | 4 | 70 | 58 | 12 |
| 2001 | 35 | 32 | 3 | 70 | 61 | 9 |
| 2003 | 35 | 28 | 7 | 70 | 54 | 16 |
| 2005 | 35 | 28 | 7 | 70 | 57 | 13 |
| 2007 | 35 | 28 | 7 | 70 | 51 | 19 |
| 2009 | 35 | 28 | 7 | 70 | 52 | 18 |
| Average since 1993 | | 28.33 | 6.67 | | 55.44 | 14.56 |

Source: Idaho Secretary of State, Idaho Blue Book, 2010, accessed April 27, 2010, http://www.sos.idaho.gov/elect/bluebook/2010/04_legislative.pdf
Note: The number of seats changed in both the Senate and House over time, so comparison in averages over the entirety of 1961-2009 was invalid.

7. ***Idaho was classified as the least competitive state, by a considerable margin, with regard to a lack of interparty competition in the United States since 1994 on the Ranney Party Control Index.***

The political science literature relies on a measure called the Ranney Index to gauge the amount of party competition in a state. The Ranney Index (or Ranney Party Control Index, Table B-4, but labeled "Table 3-4" in its original text below) averages three indicators of the degree of interparty competition during a particular time period across all 50 US states. The index is calculated by comparing the percentage of the popular vote for the parties' gubernatorial candidates, the percentages of seats held by the parties in each house of the legislature, and the length of time plus the percentage of the time that the parties held both the governorship and a majority in the state legislature. This measure has been consistently measured since 1965 and has been used extensively in comparative state analyses throughout the political science literature.

The measure that results from the combination of the factors mentioned above is a scale that varies from 0 to 1. The midpoint of this scale is .5; this equals "perfect two party competition," meaning that both parties are vibrant, competitive, and hold office to an equal extent over the time period under study. The second column in the table below is the Ranney Competition Index. To compute this index, the Ranney Party Control Index is merely "folded" and the midpoint moved to a value of 1, which now represents "perfect two party competition." This means that the lower the number, the further away the state is from perfect two-party competition.

Idaho ranks as the most extreme state on these indices and is the furthest away from perfect two-party competition of any state in the US over multiple rankings conducted over the time period from 1994 to 2006 (2006 is the most recent measure available). In short, given that there is no evidence of any substantive change in statewide elections since 2006, Idaho has presented the most extreme example of one-party domination, in this case Republican, of any state in the Union over the past decade and a half.

Table B-4: The Ranney Party Control Indices, 2003-2006

**Table 3-4** States Classified According to Degree of Interparty Competition for Control of Government, 2003–2006

| State | Ranney party control index | Ranney competition index | State | Ranney party control index | Ranney competition index |
|---|---|---|---|---|---|
| *Modified one-party Democratic* | | | | | |
| Massachusetts | 0.776 | 0.724 | Louisiana | 0.692 | 0.808 |
| West Virginia | 0.770 | 0.730 | Hawaii | 0.672 | 0.828 |
| Arkansas | 0.742 | 0.758 | North Carolina | 0.665 | 0.835 |
| New Mexico | 0.735 | 0.765 | Illinois | 0.656 | 0.844 |
| Rhode Island | 0.727 | 0.773 | Alabama | 0.655 | 0.845 |
| Maryland | 0.715 | 0.785 | Washington | 0.653 | 0.847 |
| New Jersey | 0.692 | 0.808 | | | |
| *Two-party competition* | | | | | |
| Tennessee | 0.641 | 0.859 | Pennsylvania | 0.498 | 0.998 |
| Vermont | 0.618 | 0.882 | Delaware | 0.478 | 0.978 |
| Maine | 0.611 | 0.889 | Montana | 0.473 | 0.973 |
| Oklahoma | 0.595 | 0.905 | Nevada | 0.472 | 0.972 |
| Colorado | 0.592 | 0.908 | Michigan | 0.471 | 0.971 |
| California | 0.590 | 0.910 | Wisconsin | 0.461 | 0.961 |
| New York | 0.583 | 0.917 | New Hampshire | 0.461 | 0.961 |
| Connecticut | 0.581 | 0.919 | Indiana | 0.450 | 0.950 |
| Oregon | 0.579 | 0.921 | Arizona | 0.419 | 0.919 |
| Mississippi | 0.565 | 0.935 | Virginia | 0.411 | 0.911 |
| Iowa | 0.532 | 0.968 | Wyoming | 0.387 | 0.887 |
| Minnesota | 0.529 | 0.971 | Kansas | 0.380 | 0.880 |
| Kentucky | 0.514 | 0.986 | Ohio | 0.360 | 0.860 |
| *Modified one-party Republican* | | | | | |
| Missouri | 0.341 | 0.841 | Nebraska | 0.245 | 0.745 |
| Georgia | 0.339 | 0.839 | South Dakota | 0.243 | 0.743 |
| South Carolina | 0.323 | 0.823 | North Dakota | 0.239 | 0.739 |
| Texas | 0.312 | 0.812 | Utah | 0.234 | 0.734 |
| Florida | 0.302 | 0.802 | Idaho | 0.217 | 0.717 |
| Alaska | 0.298 | 0.798 | | | |
| Fifty-state average | 0.510 | 0.863 | | | |

SOURCE: Calculated by the authors.

Source: Holbrook, Thomas and Raymond La Raja, "Parties and Elections," in Virginia Gray and Russell L. Hanson, eds., *Politics in the American States: A Comparative Analysis,* 9th edition (Washington DC: CQ Press, 2008, p. 84). Original measure: Ranney, Austin, "Parties in State Politics," in Herbert Jacob and Kenneth Vines, eds., *Politics in the American States* (Boston: Little, Brown, 1965, p. 65).