***Exhibit F: The Evidence for Trojan Horse Crossover Voting in Idaho***

***Summary Points***

1.  The Trojan Horse voting strategy is only possible given certain ideological distributions of voters, and is most likely to be successful in cases when it is not necessary.

2.  A successful Trojan Horse candidate should be "one-and-done" and lose in the next primary or general election.  It is, thus, not in a candidate's or party's long-term interest to pursue the strategy.

3.  There is no scientific evidence that any Trojan Horse candidate has been successful in Idaho, or that a pattern of sustained crossover voting has affected Idaho state politics.

4.  Moving to a closed primary system would not eliminate the possibility of Trojan Horse crossover voting.

*The Theory of Trojan Horse Crossover Voting*

Exhibit E provides a comprehensive review of the literature about strategic crossover voting. As reviewed in that exhibit, there is very little empirical evidence of negative strategic crossover voting, and no evidence whatsoever of Trojan Horse crossover voting. The purpose of this exhibit is to take Professor Munger's idea of Trojan Horse crossover voting on its face theoretically, and examine whether it is likely to occur in the Idaho context.

Professor Munger's report provides a description of Trojan Horse crossover voting. This type of crossover voting occurs when "[a] candidate with core ideological beliefs more appropriate for one party signs up as a candidate in a primary for the other party" (p. 4). Professor Munger's Figure 3 shows how this could play out in a hypothetical electorate. In this set-up there are two parties—a Left party and a Right party—each with a distinct ideological distribution of partisans. The overall electorate is centrist. In the hypothetical, there is no Right party candidate. Instead, a "real" Right party candidate enters the Left party primary, and wins because of significant crossover. Because she is unopposed, the winner of the Left party primary wins the general election.

This is an interesting hypothetical, but theoretically, Trojan Horse crossover voting is rarely sustainable, especially across multiple elections. For the sake of this discussion, assume that a "real" Democratic candidate is attempting to Trojan Horse in the Republican primary.

First, Trojan Horse crossover voting would only be possible in districts with particular ideological distributions. Figure F-1 (page 6) presents the ideological distribution of the Idaho electorate in 2008 from the Boise State University Annual Public Policy survey. What is striking from these data is the ideological distribution in the State of Idaho does not exhibit the bell-shaped, symmetric curve shown in Professor Munger's hypothetical. Rather, the distribution exhibits a significant left skew, *with most voters identifying as conservatives (more than 50%)*. As discussed below, in order to understand the possibility of Trojan Horse crossover voting, the relevant distribution of ideology is at the district level. However, suppose a district showed an ideological distribution similar to that in Figure F-1. Would a Trojan Horse strategy be viable for a Democratic candidate? Likely not. Indeed, even if all twenty percent of the Liberal voters voted for their Trojan Horse candidate in the Republican primary, so long as forty percent of the conservatives voted in the primary, the Trojan Horse candidate would lose. Indeed, the crossover voters would have to vote at a rate two-and-a-half times as great as the conservative voters. This is an incredibly unlikely ratio.

Second, the situations in which Trojan Horse crossover voting would be most likely would be the situations when it would not be necessary. Suppose that the Republicans in Figure F-1 chose to run a Trojan Horse candidate in the Democratic primary. It would be easy for the Republicans to do and win, because of the few number of liberals. However, Republicans would never have the incentive to run a Trojan Horse candidate in this situation because they enjoy an overwhelming electoral majority, and as such, can expect their nominated candidate to win the general election.

Third, while Trojan Horse candidates could be successful in winning a general election—especially if they are unopposed—there is no reason to expect the strategy to be viable for more than one election cycle. If a "real" Democrat was able to win the Republican primary and was unopposed in the general election, in the next cycle the Greek army would have emerged from the Trojan Horse and the electorate would know. The Republican Party could vigorously contest the Trojan Horse candidate in the Republican primary, or alternatively, could run a Trojan Horse candidate of their own in the Democratic primary. In either of these scenarios, the Trojan Horse candidate would lose

in either primary or general election. As such, this strategy is not consistent with a long-term political equilibrium.

Fourth, the Trojan Horse strategy requires a great deal of coordination among candidates and voters. This is a generic problem of electoral systems (see, for example, Cox 1997). For a sophisticated and coordinated strategy such as this to be effective, a significant numbers of voters must all pursue the same strategy and potential candidates must sit on the sidelines. Solving coordination problems is exceedingly difficult, especially the larger the group of people who need to coordinate in order to achieve a goal (Olson 1965). As such, providing a mechanism to resolve this problem would be necessary to establish Trojan Horse crossover voting. Moreover, because of the open primary system, parties and potential candidates would need to coordinate across multiple races. If, for example, a Democratic Senate candidate ran in the Republican primary and drew many crossover voters, a modest number of crossover Republican voters could dictate the results of the Democratic primaries for the House. This coordination would also need to take place with sophisticated voting strategies. The literature is mixed as to whether partisan voters in primaries sincerely vote for their preferred candidate or vote in a sophisticated manner for the candidate most likely to win the general election (Southwell 1991; Wekkin 1991; Cox 1997). It is far more complicated for voters to pursue the Trojan Horse strategy.

Finally, Trojan Horse crossover voting depends crucially on the assumption that the spatial model is an appropriate model for voting in elections. The spatial model, first proposed by Downs (1957), is a model that assumes that voters and candidates can be located in a policy space, and that voters cast votes solely based on the relative distance to each candidate. The policy space is usually of low dimension; one can think of the left-right continuum in American politics as a one-dimensional spatial model. This spatial model relies on many assumptions which may or may not hold in the Idaho electoral context. What we do know, as detailed in Exhibit E, that models that rely on party identification are those that are empirically strongest. While spatial voting theory is theoretically elegant and useful for understanding behavior in legislatures and some multiparty systems, its support in the American voting behavior literature is sparse.

At the theoretical level, Professor Munger's report does not demonstrate that Trojan Horse crossover voting is a viable political equilibrium. Indeed, if a Democratic candidate is going run a Trojan Horse campaign in the Republican primary, the best response would be for the Republican party to run a Trojan Horse candidate in the Democratic primary, which would be functionally equivalent to each party running its candidates in its own primaries. Because it is more costly for voters to crossover in an open primary system compared to a blanket primary system, the equilibrium becomes all the more complicated.

### *The Evidence for Trojan Horse Crossover Voting*

There is no doubt Trojan Horse crossover voting would be detrimental to Party Organizations. It is also the case, as theory suggests, that Trojan Horse crossover voting would be vanishingly rare. It might be the case, however, that Trojan Horse crossover voting does occur, and candidates are successful. Before discussing specific evidence in the Idaho context, it is important to discuss what evidence to consider.

Professor Munger suggests there are four predictions that can be used to ascertain whether Trojan Horse voting is occurring in a particular race (p. 10). First, there should be ideological differences between the "real" partisan voters and the crossover voters supporting the candidate. To demonstrate this adequately would require an understanding of the ideological distribution of

voters in an electoral district, a measure of partisan identification of each voter so that the distribution of ideology within each party could be determined, and an indication for whom each individual voted.  Moreover, it would be necessary to show that Trojan Horse crossover voting is a viable strategy given the distributions in the overall district and within the parties.  This could be successfully demonstrated using survey data.

Second, Professor Munger claims that turnout in primaries should increase markedly in the face of Trojan Horse crossover voting.  For a Trojan Horse strategy to be successful, the party using the strategy would typically have to participate at a higher rate than usual, which would result in an increase in overall turnout.  *However, this rationale does not account for the many other explanations for increase in turnout,* including the number of contested races, the number of high profile races, the amount of campaign spending, and contextutal factors like the strength of the economy and the weather on election day (e.g., Wolfinger and Rosenstone 1980).  Moreover, because the open primary system forces voters to choose one party ballot, the effects of a single Trojan Horse strategy in a single race might be neglible.  As such, observing an increase in the turnout in a primary is evidence for an increase in the turnout for a primary.  To reach a scientifically valid conclusion about the the *cause* of the turnout would require examining these other explanations.

Third, Professor Munger suggests that we should expect to see bullet voting—with some voters choosing only to vote in a small handful of races—if a Trojan Horse strategy is being employed.  Again, this does not account other explanations for bullet voting, including the competiveness and importance of other races on the ballot, and the amount (or lack of) campaign advertising in the other races on the ballot.  Bullet voting itself is not evidence of Trojan Horse crossover voting because it is quite difficult to show using aggregate election data who was failing to vote in a particular primary race.  Indeed, ballot data would be necessary to show bullet voting, and other explanations would need to be considered before one could conclude that crossover voting was the cause.  I discuss this methodological point in great detail when discussing the Ripley affidavit.

Finally, Professor Munger suggests that we should expect to see reverse "roll-off"—or individuals voting for "lower" offices in a race while not casting votes fan candidates of higher office.  Just as with bullet voting, there are other explanations for this, including non-competitive "higher" office races, and cases when "lower" office elections are more salient due to campaign spending.  Exhibit H contains a discussion of this issue in the Idaho context.

Professor Munger's report discusses other types of crossover voting as well, including sincere crossover voting, hedge voting, impact voting, and raiding.  Many of these strategies could be happening at the same time, and could happen coincidentally with Trojan Horse crossover voting.  Just as with Trojan Horse crossover voting, survey data about party identification, ideology, and voting behavior at the district level could provide evidence of crossover voting. Electoral data about primary turnout, bullet voting, and reverse "roll-off" could only be used successfully if other plausible explanations are dismissed.  Demonstrating one or more of these is not sufficient evidence for the presence of crossover voting.

In his report, Professor Munger relies on two types of scientific evidence about the presence of crossover voting and its consequences.  First are data from the 2004, 2006, and 2008 Idaho primaries, along with the affidavit of David Ripley.  Professor Munger presents no specifics about what analyses he performed with the Idaho election data, rather than claiming there are "strong patterns consistent with crossover voting" (p. 11).  Just comparing vote totals without considering alternative explanations does not pass scientific muster.  Without specifics as to the particular races and candidates considered, it is impossible to draw sound conclusions from these data.  Moreover,

even if there is evidence of increased turnout, some bullet balloting, or reverse rolloff, that itself does not demonstrate the presence of crossover voting. I will discuss Mr. Ripley's specific analyses later in this report. Second, Professor Munger relies on survey data from Moore Information which is used to gauge the amount of crossover voting, as discussed extensively in Exhibit D. It is important to note that Professor Munger's report does not provide one example of Trojan Horse candidate who was successful, or that the level of crossover voting in the State of Idaho has been consequential to governance in the state.

Would moving to a closed primary system with party registration eliminate crossover voting generally, or Trojan Horse crossover voting specifically? The pedantic answer to this question is "yes," because only registered party voters could participate in the primary election, so any candidate that won would be the choice of the partisans. (Of course, one could view the act of choosing a party ballot in an open primary as a declaration of one's partisanship at that particular point in time, so by this definition any vote in the current system could not be considered a crossover vote either.) The concern about crossover voting is "real" Democrats posing as Republicans and voting in the Republican primary. A closed primary system would not eliminate people who identify as Democrats registering as Republicans before the primary so they could participate the the primary of their choice. Without a mechanism to keep "real" Democrats from registering and participating as Republicans, changing the electoral system will not eliminate crossover voting.

### *Additional Evidence About the Consequences of Crossover Voting*

The discussion of crossover voting so far has considered the Party Organization and the Party in Electorate. For crossover voting to be substantively important, it is necessary to ascertain the extent to which it affects the party in government. The analysis we perform looks at two types of evidence. First, who wins and who loses in the current primary system? Have crossover voters affected candidates, and if so, by how much? This evidence, from Idaho electoral data, is presented by Professor Saunders in Exhibit B. Second, we will look at the data from the legislature. Is the Republican Party disadvantaged by the current system? Are "real" Democrats elected to the Idaho legislature as Republicans? If the answer to those questions are no, then one can conclude that the impact of crossover voting is negligible. We present that evidence in Exhibit G.



**Figure F-1.** Barplot of ideology in the State of Idaho.  *Source:* 2008 Boise State University Annual Public Policy survey, 2008 Partisanship and 2008 Ideology can be found at http://ppa.boisestate.edu/ssrc/archive/2008-annualsurvey19.pdf, accessed April 1, 2010, pp. 24-25