***Exhibit I: Works Cited***

Abramowitz, Alan, John McGlennon, and Ronald Rapoport.  1981.  "A Note on Strategic Voting in a Primary Election."  *Journal of Politics* 43(3):899-904.

Abramowitz, Alan I. and Kyle L. Saunders. 1998. "Ideological Realignment in the US Electorate." *Journal of Politics* 60(3):634-652.

Abramowitz, Alan I. and Kyle L. Saunders. 2008. "Is Polarization Really a Myth?" *Journal of Politics* 70(2):542-555.

Abramson, Paul R., John H. Aldrich, Phil Paolino, David W. Rohde 1992. "'Sophisticated' Voting in the 1988 Presidential Primaries" *American Political Science Review* 86(1):55-69.

Abramson, Paul R., John H. Aldrich, and David W. Rohde.  2009.  *Change and Continuity in the 2008 Elections* Washington DC: Congressional Quarterly Press.

Adamany, David.  1976.  "Communications: Cross-over Voting and the Democratic Party's Reform Rules."  *American Political Science Review* 70(2): 536-541.

Agresti, Alan and Barbara Finlay. 2009.  *Statistical Methods for the Social Sciences (4th Edition).*  Boston: Allyn & Bacon.

Alvarez, R. Michael, and Jonathan Nagler. 1997. "Analysis of Crossover and Strategic Voting." *Expert Witness Report, California Democratic Party v. Jones.*

Alvarez, R. Michael, and Jonathan Nagler.  2002.  "Should I Stay or Should I Go?  Sincere and Strategic Crossover Voting in California Assembly Races." in *Voting at the Political Fault Line, California's Experiment with the Blanket Primary* by Cain, Bruce E. and Elisabeth R. Gerber, eds. Berkeley, CA: University of California Press, 107-123.

American Association for Public Opinion Research. 2008a. *Response Rates - An Overview*. Deerfield, IL: AAPOR, available at http://www.aapor.org/Response_Rates_An_Overview.htm. Accessed March 15, 2010.

American Association for Public Opinion Research. 2008b. *Standard Definitions: Final Dispositions of Case Codes and Outcome Rates for Survey, 5th edition*. Deerfield, IL: AAPOR, available at: http://www.aapor.org/Resources_for_Researchers.htm. Accessed March 15, 2010.

American National Election Studies. 2008. *The ANES 2008 Time Series Study*. Stanford University and the University of Michigan [producers], available at: http://www.electionstudies.org/studypages/2008prepost/2008prepost.htm. Accessed March 29, 2010.

American Political Science Association Committee on Political Parties. 1950. "Toward a More Responsible Two-Party System: A Report of the Committee on Political Parties." *American Political Science Review* 44(3):Part 2, Supplement.

Ansolabehere, Stephen, and James M. Snyder, Jr. 2002. "The Incumbency Advantage in U.S. Elections: An Analysis of State and Federal Offices, 1942-2000." *Election Law Journal: Rules, Politics and Policy*. 1(3): 315-338.

Asher, Herbert. 2007. *Polling and the Public: What Every Citizen Should Know*, 7th Edition. Congressional Quarterly Press: Washington DC.

Atkeson, Lonna Rae. 1999. "'Sure, I voted for the Winner!' Over Report of the Primary Vote for the Party Nominee in the American National Election Studies." *Political Behavior* 21(3): 197-215.

Babbie, Earl. 2009. *The Practice of Social Research*, 12th Edition. Belmont, CA: Wadsworth.

Besley, Timothy and Anne Case. 2003. "Political Institutions and Policy Choices: Evidence from the United States." *Journal of Economic Literature* 41(1):7–73.

Bishop, George F., Tuchfarber, A.J., and Oldendick, R.W. 1986. "Opinions on Fictitious Issues: The Pressure to Answer Survey Questions." *Public Opinion Quarterly* 50(2):240-250.

Boyd, Richard. W. 1989. "The Effects of Primaries and Statewide Races on Voter Turnout." *Journal of Politics* 51(3):730–739.

Bradburn, Norman, Seymour Sudman, and Brian Wansink. 2004. *Asking Questions: The Definitive Guide to Questionnaire Design for Market Research, Political Polls, and Social and Health Questionnaires* Revised Edition. San Francisco, CA: Jossey-Bass.

Brady, David. W., Han, H., and Pope, Jeremy. C. 2007. "Primary Elections and Candidate Ideology: Out of Step with the Primary Electorate?" *Legislative Studies Quarterly* 32(1):79–106.

Cahalan, Donald. 1968. "Correlates of Respondent Accuracy in the Denver Validity Survey." *Public Opinion Quarterly* 32(3):607–621.

Calcagno, Peter T. and Christopher Westley. 2008. "An Institutional Analysis of Voter Turnout: The Role of Primary Type and the Expressive and Instrumental Voting Hypotheses." *Constitutional Political Economy* (2008) 19:94–110.

Campbell, Angus, Philip E. Converse, Warren E. Miller, and Donald E. Stokes. 1960. *The American Voter*. New York: John Wiley & Sons, Inc.

Cialdini, Robert B., *Influence: Science and Practice.* 5th edition. Englewood Cliffs, NJ: Prentice Hall.

Clinton, Joshua, Simon Jackman, and Douglas Rivers. 2004. "The Statistical Analysis of Roll Call Data." *American Political Science Review*. 98:355-370.

Converse, Philip E. 1964. "The Nature of Belief Systems in Mass Publics" in David Apter, ed. *Ideology and Discontent*. New York: Free Press, pp. 206-61.

Converse, Philip E. 1966. "The Concept of a Normal Vote." in *Elections and the Political Order* by Angus Campbell, Philip E. Converse, Warren E. Miller, and Donald E. Stokes (eds.) New York: Wiley, pp. 9-39.

Converse, Philip E. 1970. "Attitudes and Non-Attitudes: Continuation of a Dialogue" in Edward R. Tufte, ed., *The Quantitative Analysis of Social Problems*. Reading, MA: Addison-Wesley, pp. 168-90.

Converse, Philip E. 1974. "Comment: The Status of Non-Attitudes." *American Political Science Review* 68(2):650-60.

Cox, Gary W. 1997. *Making Votes Count: Strategic Coordination in the World's Electoral Systems*. New York: Cambridge University Press.

Dalton, Russell J. 2008. *Citizen Politics*. Washington DC: Congressional Quarterly Press.

David, Paul T. 1992. "The APSA Committee on Political Parties: Some Reconsiderations of its Work and Significance." *Perspectives on Political Science* 21(2):70-79.

De Leeuw, Edith and J. Van der Zouwen. 1988. "Data Quality in Telephone and Face to Face Surveys: A Comparative Meta-Analysis" in *Telephone Survey Methodology*, R. Groves, P.P. Bimer, L. Lyberg, I.T. Massey, W.L. Nicholls, and J. Waksberg. New York: John Wiley & Sons.

Dillman Don A., Glenn Phelps, Robert Tortora, Karen Swift, Julie Kohrell, Jodi Berck and Benjamin L. Messer. 2009. "Response Rate and Measurement Differences in Mixed-Mode Surveys Using Mail, Telephone, Interactive Voice Response (IVR) and the Internet." *Social Science Research* 38(1): 1-18

Dillman, Don A., Jolene D. Smyth, and Leah M. Christian. 2009. *Internet, Mail, and Mixed-Mode Surveys: The Tailored Design Method, Third Edition*. New York: John Wiley & Sons.

Downs, Anthony. 1957. *An Economic Theory of Democracy*. New York: Harper and Row.

Duncan, Otis Dudley and Beverly Davis. 1953. "An Alternative to Ecological Correlation." *American Sociological Review.* 18:665–666.

Eagly, A. H. and Chaiken, S., 1998. "Attitude Structure and Function." in D. T. Gilbert, S. T. Fiske and G. Lindzey (eds), *The Handbook of Social Psychology* 4th edition, Vol. 1, pp. 269-322. New York: McGraw-Hill.

Fiorina, Morris P., with Samuel J. Abrams and Jeremy C. Pope. 2006. *Culture War? The Myth of a Polarized America*. 2nd ed. New York: Pearson Longman.

Fox, Richard J., Melvin R. Crask, and Jonghoon Kim. 1988. "Mail Survey Response Rate: A Meta-analysis of Selected Techniques for Inducing Response." *Public Opinion Quarterly* 52(4):467–91.

Gelman, Andrew, and Gary King. 2004. "Estimating Incumbency Advantage without Bias." *American Journal of Political Science* 34(4):1142-64.

Gerber, Elizabeth, and Rebecca Morton. 1998. "Primary Election Systems and Representation." *Journal of Law Economics & Organization* 14(2):304–324.

Goodman, L. 1953. "Ecological Regression and the Behavior of Individuals." *American Sociological Review*. 18:663–666.

Greene, Steven. 2000. "The Psychological Sources of Partisan-Leaning Independence." *American Politics Quarterly* 28:511-537.

Groves, Robert M., Floyd J. Fowler, Mick Couper, James M. Lepkowski, Eleanor Singer, and Roger Tourangeau. 2009. *Survey Methodology*, Second Edition. Hoboken, New Jersey: Wiley.

Hedlund, Ronald D. 1978. "Cross-Over Voting in a 1976 Open Presidential Primary." *Public Opinion Quarterly* 41 (4):498-514.

Hedlund, Ronald D., Meredith W. Watts, and David M. Hedge. 1982. "Voting in an Open Primary." *American Politics Quarterly* 10:197-218.

Hedlund, Ronald D. and Meredith W. Watts. 1986. "The Wisconsin Open Primary." *American Politics Quarterly* 14:55-74.

Heeringa, Steven G., Brady T. West and Patricia A. Berglund. 2010. *Applied Survey Data Analysis*. London: Chapman and Hall.

Hembroff, Larry A., Debra Rusz, Ann Rafferty, Harry McGee, and Nathaniel Ehrlich. 2005. "The Cost-Effectiveness of Alternative Advance Mailings in a Telephone Survey." *Public Opinion Quarterly* 69(2):232-245.

Hershey, Marjorie Randon. 2010. *Party Politics in America* 14th Edition, New York: Longman.

Hetherington, Marc. J. 2001. "Resurgent Mass Partisanship: The Role of Elite Polarization." *American Political Science Review*. 95:619-631.

Hetherington, Marc J., and Bruce Larson. 2008. *Parties, Politics, and Public Policy in America*, 11th Edition. Washington DC: Congressional Quarterly Press.

Hetherington, Marc J., and Jonathan D. Weiler. 2009. *Authoritarianism and Polarization in American Politics* London: Cambridge Press.

Hetherington, Marc J. 2009. "Putting Polarization in Perspective." *British Journal of Political Science* 39:413-448.

Holbrook, Thomas and Raymond La Raja. 2008. "Parties and Elections," in *Politics in the American States: A Comparative Analysis,* 9th edition, Virginia Gray and Russell L. Hanson, eds., Washington DC: CQ Press, p. 84

Jacobson, Gary. 2008. *The Politics of Congressional Elections*. New York: Longman.

Jewell, Malcolm. 1984. *Parties and Primaries: Nominating State Governors*. New York: Praeger.

Jewell, Malcolm E., and David Breaux. 1988. "The Effect of Incumbency on State Legislative Elections." *Legislative Studies Quarterly.* 13(4): 495-514.

Jones, Jeffrey M. "More Americans See Democratic Party as 'Too Liberal'" at http://www.gallup.com/poll/121307/more-americans-see-democratic-party-too-liberal.aspx. (accessed April 29, 2010).

Kanthak, Kristen and Rebecca Morton. 2001. "The Effects of Electoral Rules on Congressional Primaries" in P. F. Galderisi, M. Ezra, & M. Lyons (eds.) Congressional Primaries and the Politics of Representation Oxford: Rowman & Littlefield Publishers, Inc., pp. 116-131.

Kanthak, Kristen and Rebecca Morton. 2003. Primaries and turnout. Political Methodology Working Paper, accessed at http://polmeth.wustl.edu/mediaDetail.php?docId=61.

Kaufman, Karen M., James G. Gimpel, and Adam H. Hoffman. 2003. "A Promise Fulfilled? Open Primaries and Representation." *Journal of Politics* 65(2): 457-476.

Keith, Bruce E., David B. Magleby, Candice J. Nelson, Elizabeth Orr, Mark C. Westlye, and Raymond E. Wolfinger. 1992. *The Myth of the Independent Voter* Berkeley, CA: University of California Press.

Kenney, Patrick. J. 1986. "Explaining Primary Turnout: The Senatorial Case." *Legislative Studies Quarterly* 11(1): 65–73.

King, Gary. 1997. *A Solution to the Ecological Inference Problem: Reconstructing Individual Behavior from Aggregate Data*. Princeton: Princeton University Press.

Krosnick, Jon. A. 1999. "Maximizing Measurement Quality: Principles of Good Questionnaire Design" in J. P. Robinson, P. R. Shaver, & L. S. Wrightsman (eds.), *Measures of Political Attitudes*. New York: Academic Press.

Layman, Geoffrey C., and Thomas M. Carsey. 2002. ''Party Polarization and ''Conflict Extension'' in the American Electorate.'' *American Journal of Political Science* 46(4):786–802.

Layman, Geoffrey C., Thomas M. Carsey, and Juliana Menasce Horowitz. 2006. "Party Polarization in American Politics: Characteristics, Causes, and Consequences." *Annual Review of Political Science* (9):83-110.

McCarty, Nolan, Keith T. Poole, and Howard Rosenthal. 2006. *Polarized America: The Dance of Ideology and Unequal Riches*. Cambridge, MA: The MIT Press.

Martin, Andrew D., Kevin M. Quinn, and Jong Hee Park. 2009. *MCMCpack: Markov chain Monte Carlo (MCMC) Package*. R Package Version 1.0-5.

Mondak, Jeffrey J. 1993a. "Public Opinion and Heuristic Processing of Source Cues." *Political Behavior* 15(2):167-92.

Mondak, Jeffrey J. 1993b. "Source Cues and Policy Approval: The Cognitive Dynamics of Public Support for the Reagan Agenda." *American Journal of Political Science* 37(1):186-212.

Norrander, Barbara. 1986. "Measuring Primary Turnout in Aggregate Analysis." *Political Behavior* 8 (4): 356-373.

Norpoth, Hemlut and Milton Lodge. 1985. "The Difference between Attitudes and Nonattitudes in the Mass Public: Just Measurements?" *American Journal of Political Science* 29(2):291-307.

Olson, Mancur. 1965. *The Logic of Collective Action*. Cambridge: Harvard University Press.

Oskamp, Stuart, and P. Wesley Schultz. 2004. *Attitudes and opinions.* 3rd Edition. London: Psychology Press.

Pew Research Center for the People and the Press. 2010. *Distrust, Discontent, Anger and Partisan Rancor: The People and Their Government*. April 18, 2010, available at: http://pewresearch.org/pubs/1569/trust-in-government-distrust-discontent-anger-partisan-rancor. Accessed April 24, 2010.

Presser, Stanley. Mick P. Couper, Judith T. Lessler, Elizabeth Martin, Jean Martin, Jennifer M. Rothgeb, and Eleanor Singer. 2004. "Methods for Testing and Evaluating Survey Questions." *Public Opinion Quarterly* 68(1):109-130.

Pomper, Gerald M. 1971. "Toward a More Responsible Two-Party System? What, Again?" *Journal of Politics* 33(3):916-940.

Poole, Keith T.  2005.  *Spatial Models of Parliamentary Voting.* New York: Cambridge University Press.

Ranney, Austin. 1965. "Parties in State Politics," in *Politics in the American States* by Herbert Jacob and Kenneth Vines, eds., Boston: Little, Brown, 1965, p. 65

Ranney, Austin, and Leon D. Epstein.  1966.  "The Two Electorates: Voters and Non-Voters in a Wisconsin Primary."  *The Journal of Politics* 28(3): 598-616.

Ranney, Austin. 1975. *Curing the Mischiefs of Faction* Berkeley: University of California Press.

Ranney, Austin. 1976. "Parties in State Politics." in Herbert Jacob and Kenneth N. Vines, *Politics in the American States*, 3rd ed. Boston: Little, Brown.

Schaffner, Brian F. and Matthew J. Streb. 2002. "The Partisan Heuristic in Low-Information Elections." *Public Opinion Quarterly* 66(4):559-581.

Sides, John, Jonathan, Cohen, and Jack Citrin. 2002. "The Causes and Consequences of Crossover Voting in the 1998 California Elections." in *Voting at the Political Fault Line: California's Experiment with the Blanket Primary* Cain, Bruce E. and Elisabeth R. Gerber, eds.  Berkeley, CA: University of California Press, 77-106.

Silver, Brian D., Barbara Anderson, and P.R. Abramson. 1986a. "Who Overreports Voting?" *American Political Science Review* 80(2):613-24

Silver, Brian D., P.R. Abramson, and Barbara Anderson. 1986b. "The Presence of Others and Overreporting of Voting in American National Elections." *Public Opinion Quarterly* 50:228-39

Singer, Eleanor, John Van Hoewyk, and Mary P. Maher. 2000.  "Experiments with Incentives in Telephone Surveys." *Public Opinion Quarterly* 64:171-188.

Sivo, Stephen A.; Saunders, Carol; Qing Chang; Jiang, James J.  2006. "How Low Should You Go? Low Response Rates and the Validity of Inference in IS Questionnaire Research." *Journal of the Association for Information Systems* 7(6):351-413.

Southwell, Priscilla L.  1989.  "Strategic Voting in the 1984 Democratic Presidential Primaries." *Social Science Journal* 26(4): 445-453.

Southwell, Priscilla L.  1991.  "Open versus Closed Primaries: The Effect on Strategic Voting and Candidate Fortunes."  *Social Science Quarterly* 72(4): 789-796.

State of Idaho.  2003-2008.  *Journal of the House of Representatives (57th-59th Legislatures).*
http://legislature.idaho.gov/sessioninfo/2003/journals/hfinal.pdf,
http://legislature.idaho.gov/sessioninfo/2004/journals/hfinal.pdf,
http://legislature.idaho.gov/sessioninfo/2005/journals/hfinal.pdf,
http://legislature.idaho.gov/sessioninfo/2006/journals/hfinal.pdf,
http://legislature.idaho.gov/sessioninfo/2006/journals/hspecialsession.pdf,
http://legislature.idaho.gov/sessioninfo/2007/journals/hfinal.pdf,
http://legislature.idaho.gov/sessioninfo/2008/journals/hfinal.pdf.

State of Idaho.  2003-2008. *Senate Journal of the Idaho Legislature (57th-59th Legislatures).*
http://legislature.idaho.gov/sessioninfo/2003/journals/sfinal.pdf,

http://legislature.idaho.gov/sessioninfo/2004/journals/sfinal.pdf,
http://legislature.idaho.gov/sessioninfo/2005/journals/sfinal.pdf,
http://legislature.idaho.gov/sessioninfo/2006/journals/sfinal.pdf,
http://legislature.idaho.gov/sessioninfo/2006/journals/sspecialsession.pdf,
http://legislature.idaho.gov/sessioninfo/2007/journals/sfinal.pdf,
http://legislature.idaho.gov/sessioninfo/2008/journals/sfinal.pdf.

Sterngold, Arthur, Rex H. Warland, and Robert O. Herrmann. 1994. "Do Surveys Overstate Public Concerns?" *Public Opinion Quarterly* 58(2):255-263.

Stimson, James A. 1999. *Public Opinion in America: Moods, Cycles, and Swings*. Boulder, CO: Westview.

Tourangeau, Roger, Lance J. Rips, and Kenneth Rasinski. 2000. *The Psychology of Survey Response* New York: Cambridge University Press.

Turner, Julius. 1951. "Responsible Parties: A Dissent from the Floor." *American Political Science Review* 45:143-152.

Wakefield, J. 2004. "Ecological inference for 2x2 tables." *Journal of the Royal Statistical Society Series A-Statistics in Society.* 167:385–426.

Weisberg, Herbert F., and Steven Greene. 2003. "The Political Psychology of Party Identification." In *Electoral Democracy*. eds. Michael MacKuen and George Rabinowitz. Ann Arbor, MI: University of Michigan Press.

Wekkin, Gary D. 1988. "The Conceptualization and Measurement of Crossover Voting." *Western Political Quarterly* 41(1): 105-114.

Wekkin, Gary D. 1991. "Why Crossover Voters Are Not 'Mischievous Voters': The Segmented Partisan Hypothesis." *American Politics Quarterly* 19(2): 229-247.

Westley, Christopher, Calcagno, Peter T., and Ault, R. A. 2004. "Primary Election Systems and Candidate Shirking." *Eastern Economic Journal* 30(3):475–486.

Willimack, Diane K., Howard Schuman, Beth-Ellen Pennell, and James M. Lepkowski. 1995. "Effects of a Prepaid Nonmonetary Incentive on Response Rates and Response Quality in a Face-to-Face Survey." *Public Opinion Quarterly* 59(1):78-92.

Wolfinger, Raymond E., and Rosenstone, Steven J. 1980. *Who Votes?* New Haven: Yale University Press.