*Curriculum Vitae of Prof. Saunders*

*Curriculum Vitae*
# KYLE L. SAUNDERS

May 1, 2010

Department of Political Science
1782 Campus Delivery
Colorado State University
Fort Collins, CO 80523-1782

Office: 970.491.5751
Fax: 970.491.2490
Email: Kyle.Saunders@ColoState.EDU
Website: http://lamar.colostate.edu/~ksaun

*Academic and Service Positions*
AY 2007-present. Associate Professor of Political Science, Colorado State University
- AY 2009-present. Director of Undergraduate Studies, Department of Political Science, Colorado State University

AY 2004-2006. Assistant Professor of Political Science, Colorado State University
AY 2001-2003. Assistant Professor of Political Science, Northern Illinois University

*Education*
Ph.D., 2001, EMORY UNIVERSITY, Political Science—Areas of Concentration: American Politics; Political Methodology; Elections, Public Opinion and Voting Behavior; American Institutions and Public Policy
B.A., THE OHIO STATE UNIVERSITY, Political Science

*Areas of Teaching and Research Expertise*
American Politics (Elections, Political Parties, Public Opinion & Political Psychology, Political Behavior, Public Policy)
Political Methodology (Scope and Methods/Research Design, OLS/GLM Regression Modeling, Maximum Likelihood Estimation, Categorical Data Analysis)
Comparative Politics (Parties, Voting Behavior and Elections)

RESEARCH
*Journal Articles*
Atkeson, Lonna Rae, Alex N. Adams, Lisa A. Bryant, Luciana Zilberman, and Kyle L. Saunders. 2010 (in press). "Considering Mixed Mode Surveys for Questions in Political Behavior: Using the Internet and Mail to Get Quality Data at Reasonable Costs" *Political Behavior* 32(4)
Atkeson, Lonna Rae, Lisa A. Bryant, Thad E. Hall, Kyle L. Saunders and R. Michael Alvarez. 2009. "A New Barrier to Participation: Heterogeneous Application of Voter Identification Policies" *Electoral Studies* 28(4):66-73.
Abramowitz, Alan I. and Kyle L. Saunders. 2008. "Is Polarization Really a Myth?" *Journal of Politics* 70(2):542-555.
Atkeson, Lonna Rae and Kyle L. Saunders. 2007. "The Effect of Election Administration on Voter Confidence: A Local Matter?" *PS: Political Science and Politics* 40(4):655-660.
Abramowitz, Alan I. and Kyle L. Saunders. 2006. "Exploring the Bases of Partisanship in the American Electorate: Social Identity vs. Ideology." *Political Research Quarterly* 59(2):175-187.
Saunders, Kyle L., Alan I. Abramowitz, and Jonathan Williamson. 2005. "A New Kind of Balancing Act: Electoral Certainty and Ticket-Splitting in the 1996 and 2000 Elections." *Political Research Quarterly* 58(1):68-77.

Knotts, H. Gibbs, Alan I. Abramowitz, Susan H. Allen, and Kyle L. Saunders. 2005. "Issues, Ideology, and the Rise of Republican Identification." *American Review of Politics* 26(4):291-304.

Saunders, Kyle L. and Alan I. Abramowitz. 2004. "Ideological Realignment and Active Partisans in the American Electorate." *American Politics Research* 32(3):285-309.

Schmidt, Gregory and Kyle L. Saunders. 2004. "Effective Quotas, Relative Party Magnitude, and the Success of Female Candidates: Peruvian Municipal Elections in Comparative Perspective." *Comparative Political Studies* 37(6):704-734.

Abramowitz, Alan I. and Kyle L. Saunders. 1998. "Ideological Realignment in the US Electorate." *Journal of Politics* 60(3):634-652.

*Book Chapters and Other Contributions*

Alan I. Abramowitz and Kyle L. Saunders. 2010 (in press). "Is Polarization a Myth?" in *Controversies in Voting Behavior*, 5th Edition by Richard G. Niemi, Herbert F. Weisberg and David Kimball (eds.). Congressional Quarterly Press: Washington, DC.

Robert J. Duffy, Kyle L. Saunders, and Joshua Dunn. 2010 (in press). "The 2008 Election in Colorado: A Blueprint for Democratic Success in Red States" in *Unnamed Manuscript* by David Magleby (ed.) Temple Press: Philadelphia, PA.

John Straayer, Robert J. Duffy, and Kyle L. Saunders. 2010 (in press). "State of Change: Colorado Politics in the Twenty-First Century" in *State of Change: Colorado Politics in the Twenty-first Century* by Courtenay Daum, Robert Duffy and John Straayer (eds.). University of Colorado Press: Boulder, CO.

Robert J. Duffy and Kyle L. Saunders. 2010 (in press). "What's Going On? The Shifting Terrain of Federal Elections in Colorado" in *State of Change: Colorado Politics in the Twenty-first Century* by Courtenay Daum, Robert Duffy and John Straayer (eds.). University of Colorado Press: Boulder, CO.

Robert J. Duffy, Kyle L. Saunders, and Andrew Kear. 2010 (in press). "The 2008 Colorado Senate Race" in *Roads to the Congress 2008* by Robert Dewhirst and Robert P. Watson (eds.). Lexington Books: Lanham, MD.

Robert J. Duffy, Kyle L. Saunders, and Joshua Dunn. 2009. "The 2008 Election in Colorado: A Blueprint for Democratic Success in Red States" in *The Change Election: Money, Mobilization and Persuasion in the 2008 Federal Elections* by David Magleby (ed.). BYU Press: Provo, UT.

Atkeson, Lonna R., Luciana Zilberman, Alex N. Adams, and Kyle L. Saunders. 2009. "Using Mixed-Mode Surveys (Internet and Mail) to Examine General Election Voters" in *Elections and Exit Polling* by Wendy Alvey and Fritz Scheuren (eds.), John Wiley and Sons: New York.

Atkeson, Lonna R. and Kyle L. Saunders. 2008. "The Effect of Election Administration on Voter Confidence: A Local Matter?" in *Democracy in the States: Experiments in Elections Reform* by Caroline Tolbert, Todd Donovan, and Bruce Cain (eds.), Brookings Institution Press: Washington, D.C.

Saunders, Kyle L. and Robert J. Duffy. 2008. "Volatility and Volition: The Pendulum Swings High and Hard in Colorado's 7th District" in *War Games: Issues and Resources in the Battle for Control of Congress* by David Magleby and Kelly Patterson (eds.) Paradigm Publishing: Boulder, CO.

Saunders, Kyle L. and Robert J. Duffy. 2007. "Money, Moderation, and Mobilization in the 2004 Colorado Senate Race: A Blueprint for Democratic Success in Red States" in *The Dawning of a New Day? Congressional Elections in the Wake of the Bipartisan Campaign Reform Act* by David Magleby, Kelly Patterson, and Quin Monson (eds.) Prentice-Hall: Upper Saddle River, NJ.

Saunders, Kyle L. and Alan I. Abramowitz. 2006. "The Rise of the Ideological Voter: The Changing Bases of Partisanship in the American Electorate" in *The State of the Parties: The Changing Role of Contemporary American Parties* by John Green and Daniel Coffey (eds.) 5th edition. Rowman and Littlefield: Lanham, MD.

Abramowitz, Alan I. and Kyle L. Saunders. 2005. "Why Can't We All Just Get Along? The Reality of a Polarized America" *The Forum: A Journal of Applied Research in Contemporary Politics*. Vol. 3: No. 2, Article 1. UC-Berkeley Electronic Press: Berkeley, CA. http://www.bepress.com/forum/vol3/iss2/art1

Saunders, Kyle L. and Robert Duffy. 2005. "The 2004 Colorado US Senate Race" in *Dancing without Partners: How Candidates, Parties, and Interests Groups Interact in the New Campaign Finance Environment* by David Magleby, Kelly Patterson, and Quin Monson (eds.) BYU Press: Provo, UT.

Saunders, Kyle L. and Robert Duffy. 2005. "The 2004 Colorado 7th District Congressional Race" in *Dancing without Partners: How Candidates, Parties, and Interests Groups Interact in the New Campaign Finance Environment* by David Magleby, Kelly Patterson, and Quin Monson (eds.) BYU Press: Provo, UT.

Saunders, Kyle L. 2004. "Sampling in American Public Opinion" in *Public Opinion and Polling around the World: An Historical Encyclopedia* by John G. Geer (ed.) ABC-Clio: Santa Barbara, CA.

Saunders, Kyle L. 2004. "Ideology in American Public Opinion" in *Public Opinion and Polling around the World: An Historical Encyclopedia* by John G. Geer (ed.) ABC-Clio: Santa Barbara, CA.

Schmidt, Gregory and Kyle L. Saunders. 2003. "Effective Quotas, Relative Party Magnitude, and the Success of Female Candidates: Peruvian Municipal Elections in Comparative Perspective." *(this is an early monograph version of the piece in Comparative Political Studies 37(6):704-734 noted above, printed by Manuela Ramos Publishing in Peru).*

Abramowitz, Alan I. and Kyle L. Saunders. 2002. "Ideological Realignment and US Congressional Elections" in *Understanding Public Opinion*, 2nd edition by Barbara Norrander and Clyde Wilcox (eds.). Congressional Quarterly: Washington, DC.

Abramowitz, Alan I. and Kyle L. Saunders. 2000. "Ideological Realignment in the US Electorate" in *Political Parties, Campaigns and Elections. 2000. 1st edition* by Robert E. DiClerico (ed.). Prentice-Hall: Upper Saddle River, NJ. *(this is a reprinted version of Journal of Politics 60(3):634-652 noted above.)*

Abramowitz, Alan I. and Kyle L. Saunders. 1998. "Party Polarization and Ideological Realignment in the US Electorate, 1976-1994" in *The Parties Respond*, 3rd edition by L. Sandy Maisel (ed.). Westview: Boulder, CO.

*Grants in Process, Received and Executed*
*External Grants*

Saunders, Kyle L. (PI) and Robert J. Duffy. 2008-09. "Indirect Campaign Expenditures in the 2008 Colorado Presidential, Senatorial, and 4th Congressional District Race." Funded by the Center for the Study of Elections and Democracy, Brigham Young University and the Pew Charitable Trusts. ($5000)

Saunders, Kyle L. (PI) and Robert J. Duffy. 2006-07. "Indirect Campaign Expenditures in the 2006 Colorado 7th Congressional District Race." Funded by the Center for the Study of Elections and Democracy, Brigham Young University and the Pew Charitable Trusts. ($2700)

Saunders, Kyle L. (PI) and Kevin M. Scott. 2005-06. "A Study of the Role of Supreme Court Cases in Shaping Public Opinion." Funded by the National Science Foundation (NSF Award No. SES-0519608). ($64900)

Saunders, Kyle L. (PI) and Robert J. Duffy. 2004-05. "Indirect Campaign Expenditures in the 2004 Colorado Senate and Colorado 7th Congressional District Races." Funded by the Center for the Study of Elections and Democracy, Brigham Young University and the Pew Charitable Trusts. ($4300)

*Internal Grants and Awards*

Saunders, Kyle L. (PI), Michele Betsill, Michael Carolan, and Robert Kling. 2008. "Establishing the Institute for the Study of Energy and Our Future." Funded by the Clean Energy Supercluster Granting Program, Colorado State University. ($15000)

Atkeson, Lonna R. and Kyle L. Saunders (co-PI). 2006. "The 2006 Election Administration Survey." Funded by the Research Allocation Committee Grant, University of New Mexico. ($6500)

Daum, Courtenay W. and Kyle L. Saunders (co-PI). 2006. "Organized Interest Activity and the Supreme Court: Data Collection Project." Funded by the Academic Enrichment Program, Colorado State University. ($8300)

*Manuscripts in Process*
*Working Papers*
"A Question of Identity: The Effects of Partisan v. Ideological ID" (with Steven Greene and Melinda Jackson)
"Campaign Finance in the Presidential, Senatorial, and Congressional Races of Colorado" (with Robert Duffy)
"Explaining State Level Variation in the Gender Gap in the 2004 Election" (with Steven Greene and Laurel Elder)
"The Effect of Redistricting on Candidate Emergence in U.S. House Elections" (with Jonathan Williamson)
"Courting Public Opinion: Supreme Court Impact on Public Opinion Reconsidered" (with Kevin M. Scott)

*Recent Presentations of Research (2004-2010 only)*
"A Lost Opportunity? Term Limits, Partisanship, and Female State Representation" (Paper to be presented at the Annual Meeting of the American Political Science Association. September 2010, Washington, DC; with Courtenay Daum)
"Disparate Impact?: Term Limits, Partisanship and Female State Representation" (Paper presented at the Annual Meeting of the Western Political Science Association. March 2010, San Francisco, CA; with Courtenay Daum)
"The 2009 Election in Colorado" (Paper presented at the Pew Charitable Trusts, facilitated by the Center for the Study of Elections and Democracy, June 2009, Washington DC; with Robert Duffy and Joshua Dunn)
"A Comparison of the Effects of Ideological and Partisan Identity" (Paper presented at the Annual Meeting of the Midwest Political Science Association. April 2008, Chicago, IL; with Steven Greene and Melinda Jackson)
"Who Shows Voter Identification?" (Paper presented at the American Political Science Association Annual Meeting, September 2007, Chicago, Illinois; with Lonna Rae Atkeson, Lisa A. Bryant, Thad E. Hall, and R. Michael Alvarez)
"Using Mixed-Mode Surveys (Internet and Mail) to Examine General Election Voters" (Paper presented at the American Association for Public Opinion Research 2007 Annual Conference. May 17-20, 2007, Anaheim, California; with Lonna Rae Atkeson, Luciana Zilberman, and Alex Adams)
"Volatility and Volition: The Pendulum Swings High and Hard in Colorado's Seventh District" (Paper presented at the Annual Meeting of the Midwest Political Science Association. April 2007, Chicago, IL; with Robert Duffy)
"The Effect of Election Administration on Voter Confidence: A Local Matter?" (Paper presented at the Annual Meeting of the Midwest Political Science Association. April 2007, Chicago, IL; with Lonna R. Atkeson)
"Volatility and Volition: The Pendulum Swings High and Hard in Colorado's Seventh District" (Invited paper presented at the Pew Charitable Trusts Event, Washington DC, as facilitated by the Center for the Study of Elections and Democracy, Brigham Young University. February 2007; with Robert Duffy)
"The Effect of Election Administration on Voter Confidence: A Local Matter?" (Invited paper presented at the "The Future of Election Reform and Ethics in the States," hosted by Kent State University, Department of Political Science, January 2007, Columbus, Ohio; with Lonna R. Atkeson)
"The Courts and the Salience of Issues" (Paper presented at the Annual Meeting of the American Political Science Association. September 2006, Phildelphia, PA; with Kevin M. Scott)

"Explaining State Level Variation in the Gender Gap in the 2004 Election" (Paper presented at the 2006 State Politics and Policy Conference, Texas Tech University, Lubbock, TX, May 19-20, 2006; with Laurel Elder and Steven Greene)

"Courting Public Opinion: Supreme Court Impact on Public Opinion Reconsidered" (Paper presented at the Annual Meeting of the Midwest Political Science Association. April 2006, Chicago, IL; with Kevin Scott)

"Political Engagement and Polarization in the American Electorate" (Paper presented at the Annual Meeting of the Western Political Science Association. March 2006, Albuquerque, NM; with Alan I. Abramowitz)

"Rational Partisans?: Social Identity, Ideology, and Party Identification in the American Electorate" (Paper presented at the Annual Meeting of the Southern Political Science Association. January 2006, Atlanta, GA; with Alan I. Abramowitz)

"The Changing Ideological Bases of the Democratic and Republican Parties: 1972-2004" (An invited paper presented at The Quadrennial State of the Parties: 2004 & Beyond Conference. Ray C. Bliss Institute, Akron, OH. October 2005; with Alan I. Abramowitz)

"The Politics of Realignment: Wattenberg Revisited" (Paper presented at Annual Meeting of the Midwest Political Science Association. April 2005, Chicago, IL; with Jonathan Williamson and Matthew Gunning)

"Independent Spending, Beer, Activism, and Democratic Success: A Study of the Colorado Senate Race" (Paper presented at Annual Meeting of the Midwest Political Science Association. April 2005, Chicago, IL; with Robert Duffy)

"The Power of Incumbency and Scandal: A Study of the 2004 Race in Colorado's 7th District." (Paper presented at Annual Meeting of the Western Political Science Association. March 2005; with Robert Duffy)

"Indirect Spending, Beer, Activism, and Democratic Success: A Study of the Colorado Senate Race" and "The Power of Incumbency and Scandal: A Study of the 2004 Race in Colorado's 7th District" (Invited papers presented at the National Press Club Event, Washington DC, as facilitated by the Center for the Study of Elections and Democracy, Brigham Young University. February 2005; with Robert Duffy)

"Rational Partisans: Social Identity, Ideology, and Party Identification in the American Electorate" (Paper presented at "Political Parties and Partisanship: A Look at the American Electorate" panel at the Brookings Institution. September 2004. Washington, DC; with Alan I. Abramowitz)

"Rational Partisans: Social Identity, Ideology, and Party Identification in the American Electorate" (Paper presented at the Annual Meeting of the American Political Science Association. August 2004. Chicago, IL; with Alan I. Abramowitz)

"Insights into Undergraduate Methods Teaching" (Roundtable at the Annual Meeting of the Midwest Political Science Association. April 2004.)

*Advanced Research Experience and Training*

Program Scholar. Inter-University Consortium for Political and Social Research, University of Michigan. Courses completed: Matrix Algebra, Geographic Information Systems, Maximum Likelihood Estimation, and Multivariate Data Analysis (Summer 1996); Time Series Analysis and Categorical Data Analysis (Summer 1995).

Program Scholar (Undergraduate). Summer Institute of Political Psychology, Ohio State University. Courses completed in Political Psychology, Political Socialization, and Quasi-Experimental Design (Summer 1993).

TEACHING

*Graduate Courses Offered*

Graduate Scope and Research Methods
Introductory Graduate Statistics-Basic Statistics to Linear Regression
Intermediate Graduate Methods-Linear Model/Maximum Likelihood

    Graduate Seminar in Political Psychology
    Citizen Politics in the United States
  *Undergraduate Courses Offered*
    American Political Parties and Elections
    Undergraduate Research Methods
    Social Attitudes and Public Opinion
    Interest Groups and Social Movements
    The American Presidency
    Introduction to American Politics
    Energy Policy and Our Future
    Honors Seminar in Political Science

PROFESSIONAL, UNIVERSITY, AND DEPARTMENT ACTIVITIES
  *Professional Service*
  Peer Reviewer, (grant/research organizations) National Science Foundation, United States Geological Survey, Time-sharing Experiments for the Social Sciences (TESS), Corporation for National and Community Service; (journals) *American Political Science Review, American Sociological Review, Journal of Politics, American Journal of Political Science, Comparative Political Studies, British Journal of Political Science, Political Research Quarterly, American Politics Research, Social Science Quarterly, Political Behavior, Legislative Studies Quarterly, Public Choice, State Politics and Policy Quarterly, Policy Studies Journal, Social Science Journal, Politics & Policy, Illinois Political Science Review*; (publishing houses) Oxford Press, Sage Publishing, Westview Press, Wadsworth Publishing, McGraw-Hill Publishing
  Media Appearances and Contacts, ('04-'10)
    *Television*: C-SPAN, Deutsche-Welle (Germany), KCNC-TV 4 (CBS), KGWN-TV 5 (CBS), KMGH-TV 7 (ABC), KUSA-TV 9 (NBC), KDVR-TV 31 (FOX)
    *Radio*: National Public Radio, BBC Radio, Minnesota Public Radio, Wisconsin Public Radio, KUNC-FM, KCSU-FM, KCOL-AM
    *Print and Web Media: Roll Call, Time, Congressional Quarterly, Scientific American,* The Associated Press, Reuters, *The Weekly Standard, Bloomberg, Politico, CBS Marketwatch, Washington Post, The Wall Street Journal, The Globe and Mail (Canada), TheLocal.se (Sweden), Denver Post, Rocky Mountain News, 5280: Denver's Magazine, Fort Collins Coloradoan, Fort Collins Now, Boulder Daily Camera, Colorado Springs Gazette, Colorado Springs Independent, Greeley Tribune, Loveland Reporter-Herald, Vail Daily, Craig Daily Press, Summit Daily News, Cherry Creek News, Wyoming Tribune Eagle, Casper Star Tribune, Billings Gazette, Jackson Hole Star Tribune, Colorado Independent, Rocky Mountain Chronicle, Rocky Mountain Collegian, Rocky Mountain Bullhorn, Realclearpolitics.com, Bloomberg.com, 9news.com, cbs4denver.com, thedenverchannel.com*
    ('00-'04) WTVO-TV 17, WIFR-TV 23, CLTV, WGN-AM, WLS-AM, WLBK-AM, WDKB-FM, *Chicago Tribune, Chicago Sun-Times, Chicago Daily Herald, Northwest Herald, Northern Star*.
  Chair and Discussant, Panel on "Is Anybody Listening? Images, Issues, and Voting" Annual Meeting of the American Political Science Association. August 2010, Washington, DC.
  Member, Executive Council, Southwest Political Science Association, AY 2007 and AY 2008.
  Discussant, Panel on "The Influence of Party Identification on Turnout and Vote Choice" Annual Meeting of the American Political Science Association. August 2007, Chicago, IL.

Section Chair, Political Parties and Interest Groups Section. Annual Meeting of the Southwest Political Science Association. March 14-17, 2007, Albuquerque, NM.
Chair and Discussant, Panel on "Voting in Red and Blue States" Annual Meeting of the Midwest Political Science Association. April 2006, Chicago, IL.
Chair and Discussant, Panel on "Ideology and Values" Annual Meeting of the Midwest Political Science Association. April 2005, Chicago, IL.
Chair, Roundtable on "Insights into Undergraduate Methods Instruction" Annual Meeting of the Midwest Political Science Association. April 2004, Chicago, IL.
Chair and Discussant, Panel on "The Gender Gap Reconsidered" Annual Meeting of the Southern Political Science Association. January 2004, Chicago, IL.
Chair, Web Development Committee, Political Organizations and Parties Section of the American Political Science Association. AY 2002-04.
Webmaster, Political Organizations and Parties Section of the American Political Science Association. AY 2002-04.
Chair and Discussant, Panel on "Voting Reforms in the Aftermath of the 2000 Election" Annual Meeting of the Midwest Political Science Association. April 2003, Chicago, IL.
Discussant, Panel on "Trends in Ideology, Partisanship, and the Public Mood" Annual Meeting of the Midwest Political Science Association. April 2003, Chicago, IL.
Discussant, Panel on "Explaining Turnout in U.S. Elections" Annual Meeting of the American Political Science Association. August 2002, Boston, MA.
Discussant, Panel on "Considering Innovations in Voting Technology" Annual Meeting of the Midwest Political Science Association. April 2002, Chicago, IL.
Discussant, Panel on "Third Party Voting? Comparative Political Parties in Perspective" Annual Meeting of the Midwest Political Science Association. March 2001, Chicago, IL.
Discussant, Panel on "New Looks at Classic Theories in Voting Behavior" Annual Meeting of the Southern Political Science Association. November 2000, Atlanta, GA.
Chair, Panel on "The Structure and Constraint of Belief Systems" Annual Meeting of the American Political Science Association. September 2000, Washington, DC.

*University and Department Service*
Director of Undergraduate Studies, Department of Political Science, Colorado State University, AY 2009.
Member, College Scholarship Committee, College of Liberal Arts, Colorado State University, AY 2009.
Member, University Curriculum Committee, College of the Liberal Arts Section, Colorado State University, AY 2009.
Member, Executive Committee for the Clean Energy Supercluster (CES), Colorado State University, AY 2007-09.
Methods Field Convenor, Department of Political Science, Colorado State University, AY 2005-06 and 2008-09.
Member, *Ad Hoc* Website and Publications Committee, Department of Political Science, Colorado State University, AY 2004-AY 2007, AY 2009.
Member, Technology Steering Committee, College of Liberal Arts, Colorado State University, AY 2008-09.
Member, Public Policy Search Committee, Department of Political Science, AY 2008.
Chair, *Ad Hoc* Website and Publications Committee, Department of Political Science, Colorado State University, AY 2008.
Faculty Representative, Professional Development Program Award Committee, College of Liberal Arts, AY 2007.

Member, Public Policy Search Committee, Department of Political Science, AY 2007.
American Politics Field Convenor, Department of Political Science, AY 2007.
Member, Executive Committee, Department of Political Science, Colorado State University, AY 2006.
Faculty Representative (College of Liberal Arts, at-large), Faculty Council, Colorado State University, AY 2005 and AY 2006.
Member, Graduate Studies Committee, Department of Political Science, Colorado State University, AY 2005.
Member, International Relations Search Committee, Department of Political Science, Colorado State University, AY 2005.
Member, *Ad Hoc* Committee on Strategic Planning, Department of Political Science, Colorado State University, AY 2004.
Member, American Politics Search Committee (Public Law), Department of Political Science, Colorado State University, AY 2004.
Member, Undergraduate Studies Committee, Department of Political Science, Colorado State University, AY 2004.
Member, University Honors Committee, Northern Illinois University, AY 2001-AY 2003.
Member, Department Executive Committee, Department of Political Science, Northern Illinois University. AY 2002 and 2003.
Department Honors Coordinator, Department of Political Science, Northern Illinois University. AY 2002 and 2003.
American Government Field Convener, Department of Political Science, Northern Illinois University. AY 2002 and 2003.
Member, Graduate Studies Committee, Department of Political Science, Northern Illinois University. AY 2001 and 2002.
Member, American Politics Search Committee, Department of Political Science, Northern Illinois University. AY 2001.
Member, Undergraduate Studies Committee, Department of Political Science, Northern Illinois University. AY 2000.
Member, Political Science Department Undergraduate Mentoring Program, Department of Political Science, Northern Illinois University. AY 2000-03.
Webmaster and Developer, Department of Political Science, Northern Illinois University. AY 2000-03.

PhD Dissertation Committee Activity
　Emily Ruell (member)
　Andy Kear (member)
　James Matthew Gore (outside member (Anthropology))
　Michael John Berry (Ph.D., University of Colorado-Boulder, Political Science, Summer 2008)

MA Thesis Committee Activity:
　Colter Kinner (co-chair, pro-paper option, Spring 2010)
　Christina Farhart (chair, thesis option, Fall 2009)
　Greg DiCerbo (member, pro-paper option, Fall 2009)
　Joshua Whaley (outside reader (Sociology), thesis option, Summer 2009)
　Greg Boyle (member, pro-paper option, Summer 2009)
　Michelle Lueck (outside reader (Sociology), thesis option, Fall 2008)
　Matt Buttice (chair, thesis option, Summer 2006)

Tarah Luke (outside reader (History), thesis option, Summer 2006)
Brian Frederick (member, thesis option, Spring 2004)
Andrew Thomas (member, thesis option, Spring 2004)
Gerald Torrance (member, Starred paper option, Spring 2003)

Undergraduate Honors Thesis Direction:
Lisa Leishman (member, Fall 2007)
Maggie Cox (chair, Spring 2007)
Lindsey Deming (chair, Spring 2005)
Autumn Feldman (director, Spring 2004)
Jennifer Guon (director, Spring 2003)
Nicholas Kasmer (member, Spring 2003)
Genevieve Dame (co-director, Spring 2002)

*Professional Memberships*
American Political Science Association
Member, Political Organizations and Parties, Representation and Electoral Systems, Political Methodology, Political Psychology, Elections, Public Opinion and Voting Behavior sections
Midwest Political Science Association
Southern Political Science Association
Western Political Science Association
American Association of Public Opinion Research
International Society of Political Psychology
American Association of University Professors

*References available upon request*