# SENATE JOURNAL
### OF THE
# IDAHO LEGISLATURE

ORGANIZATIONAL SESSION
FIFTY-SEVENTH LEGISLATURE

---

**FIRST LEGISLATIVE DAY**
**THURSDAY, DECEMBER 5, 2002**

Senate Chamber

At the hour of 9 a.m. on Thursday, December 5, 2002, the time established for the convening of the Organizational Session of the Fifty-Seventh Idaho Legislature, the members elected to the Senate convened in the Senate Chamber of the Capitol in the city of Boise for an organizational session, President Jack Riggs presiding.

The following Certificate of Election was read by the Secretary of the Senate:

STATE OF IDAHO
OFFICE OF THE SECRETARY OF STATE

**CERTIFICATE OF ELECTION**

I, PETE T. CENARRUSA, Secretary of State of the State of Idaho and legal custodian of the records of elections held in the State of Idaho, do hereby certify that the following is a full, true, and complete list of those elected to serve as members of the Senate of the First Regular Session of the Fifty-seventh Legislature, as shown by official records on file in my office:

| DISTRICT | NAME |
|---|---|
| 1 | Shawn A. Keough(R) |
| 2 | Martha "Marti" Calabretta(D) |
| 3 | Kent M. Bailey(R) |
| 4 | John W. Goedde(R) |
| 5 | Dick Compton(R) |
| 6 | Gary J. Schroeder(R) |
| 7 | Joe Stegner(R) |
| 8 | R. Skipper "Skip" Brandt(R) |
| 9 | Monty J. Pearce(R) |
| 10 | Ron McWilliams(R) |
| 11 | Brad Little(R) |
| 12 | Curt McKenzie(R) |
| 13 | Patti Anne Lodge(R) |
| 14 | Hal Bunderson(R) |
| 15 | John C. Andreason(R) |
| 16 | Cecil D. Ingram(R) |
| 17 | Elliot Werk(D) |
| 18 | Sheila A. Sorensen(R) |
| 19 | Mike Burkett(D) |
| 20 | Gerry Sweet(R) |
| 21 | Jack Noble(R) |
| 22 | Fred Kennedy(D) |
| 23 | Tom Gannon(R) |
| 24 | Laird Noh(R) |
| 25 | Clint Stennett(D) |
| 26 | Dean L. Cameron(R) |
| 27 | Denton Darrington(R) |
| 28 | J. Stanley Williams(R) |
| 29 | Bert Marley(D) |
| 30 | Edgar J. Malepeai(D) |
| 31 | Robert L. Geddes(R) |
| 32 | Melvin "Mel" Richardson(R) |
| 33 | Bart M. Davis(R) |
| 34 | Brent Hill(R) |
| 35 | Don M. Burtenshaw(R) |

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Idaho. Done at Boise, the Capital of Idaho, this Twentieth day of November, in the year of our Lord, Two Thousand and Two, and of the Independence of the United States of America, the Two Hundred and Twenty-seventh.

/s/ PETE T. CENARRUSA
Secretary of State

The Certificate of Election was ordered filed in the office of the Secretary of the Senate.

Roll call showed all members present.

The Oath of Office was administered to the members of the Senate by President Riggs.

Prayer was offered by Senator J. Stanley Williams.

On request by Senator Davis, granted by unanimous consent, the Senate advanced to the Tenth Order of Business.

**Motions and Resolutions**

At this time, the Senators selected their seats pursuant to Senate Rule 3(B). On request by Senator Davis, granted by unanimous consent, the seats presently occupied by the Senators were permanently assigned to them for the Fifty-seventh Idaho Legislature.

On motion by Senator Davis, seconded by Senator Stennett, by voice vote the Rules of the Senate and the Joint Rules of the Senate and House as adopted by the Fifty-sixth Idaho Legislature were adopted as the temporary Rules of the First Regular Session of the Fifty-seventh Legislature of the State of Idaho.

Moved by Senator Davis, seconded by Senator Stennett, that Senator Robert L. Geddes be elected President Pro Tempore of the Senate for the Fifty-seventh Idaho Legislature. The question being, "Shall the motion prevail?"

Roll call resulted as follows:

25 ............................. Wendy Jaquet (D), Tim Ridinger (R)
26 ............. John A. "Bert" Stevenson (R), Maxine T. Bell (R)
27 ............................. Scott Bedke (R), Bruce Newcomb (R)
28 .......................... Dennis Lake (R), Joseph S. Cannon (R)
29 ........................ Allen Andersen (D), Elmer Martinez (D)
30 ................................. Donna Boe (D), Elaine Smith (D)
31 ............. Larry Bradford (R), Eulalie Teichert Langford (R)
32 .......................... Janice McGeachin (R), Ann Rydalch (R)
33 ............................. Jack Barraclough (R), Lee Gagner (R)
34 .................... Mack G. Shirley (R), Dell Raybould (R)
35 .................. JoAn E. Wood (R), Lenore Hardy Barrett (R)

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Idaho. Done at Boise, the Capital of Idaho, this Twentieth day of November, in the year of our Lord, two thousand and two, and of the Independence of the United State of America, the two hundred and twenty-seventh.

/s/     PETE T. CENARRUSA
Secretary of State

The Certificate of Election was ordered filed in the office of the Chief Clerk.

Roll call showed all 70 members present.

At this time, the Speaker administered the oath of office to all members-elect.

Prayer was offered by Representative Henbest.

The Pledge of Allegiance was led by Representative Henbest.

There being no objection, the House advanced to the Seventh Order of Business.

**Motions, Memorials and Resolutions**

Nominations were declared in order for the Speaker of the House.

Mr. Denney presented in nomination the name of Mr. Bruce Newcomb. Seconded by Ms. Jaquet.

Mr. Denney asked unanimous consent that nominations cease and that a unanimous ballot be cast for Mr. Newcomb. There being no objection, it was so ordered and Mr. Bruce Newcomb was elected Speaker of the House.

At this time, Mr. Denney and Ms. Jaquet escorted Mr. Newcomb to the podium where the oath of office was administered to him by Representative Wood.

At this time, Speaker Newcomb took the Chair.

Mr. Denney moved that the House adopt as Temporary Rules and Temporary Joint Rules for the First and Second

---

**ORGANIZATIONAL DAY
THURSDAY, DECEMBER 5, 2002**

House of Representatives

At the hour of 9 a.m., on Thursday, December 5, 2002, the members-elect of the House of Representatives convened in the House Chamber of the Capitol Building in the City of Boise, with the Honorable Bruce Newcomb, Speaker of the House of the Fifty-sixth Legislature presiding, assisted by Pamm Juker, Chief Clerk of the Fifty-sixth Legislature.

The Chief Clerk read the official proclamation as follows:

I, PETE T. CENARRUSA, Secretary of State of the State of Idaho and legal custodian of the records of elections held in the State of Idaho, do hereby certify that the following is a full, true and complete list of those elected to serve as members of the House of Representatives of the First Regular Session of the Fifty-seventh Legislature, as shown by official records on file in my office:

| DISTRICT | NAME |
|---|---|
| 1 .................... | John L. Campbell (R), George E. Eskridge (R) |
| 2 ........... | R.J. "Dick" Harwood (R), Mary Lou Shepherd, (D) |
| 3 ........................ | James W. Clark (R), Wayne R. Meyer (R) |
| 4 ............................... | Bonnie Douglas (D), George Sayler (D) |
| 5 ............................... | Hilde Kellogg (R), Charles Eberle (R) |
| 6 ............................... | TomTrail (R), Shirley G. Ringo (D) |
| 7 ............................. | Mike Mitchell (D), Mike Naccarato (D) |
| 8 ....................... | Ken A. Roberts (R), Charles D. Cuddy (D) |
| 9 .................. | Lawerence E. Denney (R), Clete Edmunson (R) |
| 10 ......................... | Robert "Bob" Ring (R), Darrell Bolz (R) |
| 11 ............................. | Kathy Skippen (R), Gary W. Bauer (R) |
| 12 .................... | Robert E. Schaefer (R), Gary E. Collins (R) |
| 13 .................... | Dolores J. Crow (R), W.W. "Bill" Deal (R) |
| 14 .................... | Mike Moyle (R), Henry Kulczyk (R) |
| 15 ............................. | Steve Smylie (R), Max C. Black (R) |
| 16 .................... | Margaret Henbest (D), David Langhorst (D) |
| 17 ............................. | Kathy Garrett (R), Janet J. Miller (R) |
| 18 ............................. | Debbie Field (R), Julie Ellsworth (R) |
| 19 ........................... | David H. Bieter (D), Ken Robison (D) |
| 20 .................. | Mark A. Snodgrass (R), Shirley McKague (R) |
| 21 .................... | William T. "Bill" Sali (R), Fred Tilman (R) |
| 22 ............................. | Richard Wills (R), Peter Nielsen (R) |
| 23 ......................... | Frances Field (R), Douglas R. Jones (R) |
| 24 ................................ | Leon Smith (R), Sharon Block (R) |

# SENATE JOURNAL
### OF THE
# IDAHO LEGISLATURE

ORGANIZATIONAL SESSION
FIFTY-EIGHTH LEGISLATURE

---

**FIRST LEGISLATIVE DAY
THURSDAY, DECEMBER 2, 2004**

Senate Chamber

At the hour of 9 a.m. on Thursday, December 2, 2004, the members-elect of the Senate of the Fifty-eighth Idaho Legislature convened in the Senate Chamber of the Capitol in the city of Boise for an organizational session, President Pro Tempore Robert L. Geddes presiding.

The following Certificate of Election was read by the Secretary of the Senate:

STATE OF IDAHO
OFFICE OF THE SECRETARY OF STATE

**CERTIFICATE OF ELECTION**

I, BEN YSURSA, Secretary of State of the State of Idaho and legal custodian of the records of elections held in the State of Idaho, do hereby certify that the following is a full, true, and complete list of those elected to serve as members of the Senate of the First Regular Session of the Fifty-eighth Legislature, as shown by official records on file in my office:

| DISTRICT | NAME |
|---|---|
| 1 | Shawn A. Keough(R) |
| 2 | Joyce M. Broadsword(R) |
| 3 | Michael "Mike" Jorgenson(R) |
| 4 | John W. Goedde(R) |
| 5 | Dick Compton(R) |
| 6 | Gary J. Schroeder(R) |
| 7 | Joe Stegner(R) |
| 8 | R. Skipper "Skip" Brandt(R) |
| 9 | Monty J. Pearce(R) |
| 10 | John T. McGee(R) |
| 11 | Brad Little(R) |
| 12 | Curt McKenzie(R) |
| 13 | Patti Anne Lodge(R) |
| 14 | Hal Bunderson(R) |
| 15 | John C. Andreason(R) |
| 16 | David Langhorst(D) |
| 17 | Elliot Werk(D) |
| 18 | Kate Kelly(D) |
| 19 | Mike Burkett(D) |
| 20 | Gerry Sweet(R) |
| 21 | Jack Noble(R) |
| 22 | Tim Corder, Sr.(R) |
| 23 | Tom Gannon(R) |
| 24 | Charles H. Coiner(R) |
| 25 | Clint Stennett(D) |
| 26 | Dean L. Cameron(R) |
| 27 | Denton Darrington(R) |
| 28 | J. Stanley Williams(R) |
| 29 | Bert C. Marley(D) |
| 30 | Edgar J. Malepeai(D) |
| 31 | Robert L. Geddes(R) |
| 32 | Melvin "Mel" Richardson(R) |
| 33 | Bart M. Davis(R) |
| 34 | Brent Hill(R) |
| 35 | Don M. Burtenshaw(R) |

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Idaho. Done at Boise, the Capital of Idaho, this Seventeenth day of November, in the year of our Lord, Two Thousand and Four, and of the Independence of the United States of America, the Two Hundred and Twenty-ninth.

/s/ BEN YSURSA
Secretary of State

The Certificate of Election was ordered filed in the office of the Secretary of the Senate.

Roll call showed all members except Senator Coiner, absent and formally excused by the Chair.

The Oath of Office was administered previously by Governor Kempthorne to President Pro Tempore Geddes. The Oath of Office was administered to the members of the Senate by President Pro Tempore Geddes.

Prayer was offered by Chaplain Don Hardenbrook, Associate Pastor, Nampa Church of the Brethren, Nampa, Idaho.

The Pledge of Allegiance was led by Rusti Horton, Assistant Secretary of the Senate.

On request by Senator Davis, granted by unanimous consent, the Senate advanced to the Eighth Order of Business.

**Messages from the Governor**

December 1, 2004

The Honorable Robert L. Geddes
President Pro Tempore of the Senate
Idaho State Senate

Dear President Pro Tempore:

I have the honor to inform you that I have appointed Laird Noh of Kimberly, Idaho, to be Acting State Senator for Legislative District 24, Twin Falls County, State of Idaho. This appointment is effective Thursday, December 2, 2004, and Friday, December 3, 2004.

Sincerely,
/s/ Dirk Kempthorne
Governor

26 ............. John A. "Bert" Stevenson (R), Maxine T. Bell (R)
27 ............................ Scott Bedke (R), Bruce Newcomb (R)
28 .................... Dennis M. Lake (R), Joseph S. Cannon (R)
29 ............................. Ken Andrus (R), Elmer Martinez (D)
30 ............................... Donna Boe (D), Elaine Smith (D)
31 ......................... Larry Bradford (R), Tom Loertscher (R)
32 ......................... Janice McGeachin (R), Ann Rydalch (R)
33 ......................... Jack Barraclough (R), Russ Mathews (R)
34 .......................... Mack G. Shirley (R), Dell Raybould (R)
35 ................... JoAn E. Wood (R), Lenore Hardy Barrett (R)

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Idaho.  Done at Boise, the Capital of Idaho, this Seventeenth day of November, in the year of our Lord, two thousand and four, and of the Independence of the United States of America, the two hundred and twenty-ninth.

/s/    BEN YSURSA
Secretary of State

The Certificate of Election was ordered filed in the office of the Chief Clerk.

Roll call showed all 70 members present.

At this time, the Speaker administered the oath of office to all members-elect.

Prayer was offered by Corporal John Burke, Idaho State Police.

The Pledge of Allegiance was led by Corporal John Burke, Idaho State Police.

There being no objection, the House advanced to the Seventh Order of Business.

**Motions, Memorials, and Resolutions**

Nominations were declared in order for the Speaker of the House.

Mr. Denney presented in nomination the name of Mr. Bruce Newcomb.  Seconded by Ms. Jaquet.

Mr. Denney asked unanimous consent that nominations cease and that a unanimous ballot be cast for Mr. Newcomb.  There being no objection, it was so ordered and Mr. Bruce Newcomb was elected Speaker of the House.

At this time, Mr. Denney and Ms. Jaquet escorted Mr. Newcomb to the podium where the oath of office was administered to him by Representative Wood.

At this time, Speaker Newcomb took the Chair.

Mr. Denney moved that the House adopt as Temporary Rules and Temporary Joint Rules for the First and Second

---

## ORGANIZATIONAL DAY
## THURSDAY, DECEMBER 2, 2004

House of Representatives

At the hour of 9 a.m., on Thursday, December 2, 2004, the members-elect of the House of Representatives convened in the House Chamber of the Capitol Building in the City of Boise, with the Honorable Bruce Newcomb, Speaker of the House of the Fifty-seventh Legislature presiding, assisted by Pamm Juker, Chief Clerk of the Fifty-seventh Legislature.

The Chief Clerk read the official proclamation as follows:

I, BEN YSURSA, Secretary of State of the State of Idaho and legal custodian of the records of elections held in the State of Idaho, do hereby certify that the following is a full, true and complete list of those elected to serve as members of the House of Representatives of the First Regular Session of the Fifty-eighth Legislature, as shown by official records on file in my office:

DISTRICT              NAME
1 ........................ Eric Anderson (R), George E. Eskridge (R)
2 ............ R.J. "Dick" Harwood (R), Mary Lou Shepherd, (D)
3 ................................... James W. Clark (R), Phil Hart (R)
4 ........................ Marge Chadderdon (R), George Sayler (D)
5 ......................... Bob Nonini (R), Frank N. Henderson (R)
6 .............................. Tom Trail (R), Shirley G. Ringo (D)
7 ................................ Mike Mitchell (D), John Rusche (D)
8 ........................ Ken A. Roberts (R), Paul E. Shepherd (R)
9 .................. Lawerence E. Denney (R), Clete Edmunson (R)
10 ........................ Robert "Bob" Ring (R), Darrell Bolz (R)
11 .............................. Kathy Skippen (R), Carlos Bilbao (R)
12 ..................... Robert E. Schaefer (R), Gary E. Collins (R)
13 .................... Dolores J. Crow (R), W.W. "Bill" Deal (R)
14 ................................. Mike Moyle (R), Stan Bastian (R)
15 ..................... Steve Smylie (R), Max C. Black (R)
16 ........................ Margaret Henbest (D), Jana M. Kemp (R)
17 .............................. Kathy Garrett (R), Janet J. Miller (R)
18 .............................. Debbie Field (R), Julie Ellsworth (R)
19 ................. Anne Pasley-Stuart (D), Nicole LeFavour (D)
20 ................... Mark A. Snodgrass (R), Shirley McKague (R)
21 ..... William T. "Bill" Sali (R), Clifford R. "Cliff" Bayer (R)
22 .............................. Richard Wills (R), Pete Nielsen (R)
23 ......................... Frances Field (R), Douglas R. Jones (R)
24 .............................. Leon E. Smith (R), Sharon Block (R)
25 ...................... Wendy Jaquet (D), Donna Pence (D)

[December 7, 2006                    **SENATE JOURNAL**                    1

# SENATE JOURNAL
## OF THE
# IDAHO LEGISLATURE

ORGANIZATIONAL SESSION
FIFTY-NINTH LEGISLATURE

_____

**FIRST LEGISLATIVE DAY**
**THURSDAY, DECEMBER 7, 2006**

Senate Chamber

At the hour of 9 a.m. on Thursday, December 7, 2006, the members-elect of the Senate of the Fifty-ninth Idaho Legislature convened in the Senate Chamber of the Capitol in the city of Boise for an organizational session, President Mark G. Ricks presiding.

The following Certificate of Election was read by the Assistant Secretary of the Senate:

STATE OF IDAHO
OFFICE OF THE SECRETARY OF STATE

**CERTIFICATE OF ELECTION**

I, BEN YSURSA, Secretary of State of the State of Idaho and legal custodian of the records of elections held in the State of Idaho, do hereby certify that the following is a full, true, and complete list of those elected to serve as members of the Senate of the First Regular Session of the Fifty-ninth Legislature, as shown by official records on file in my office:

| DISTRICT | NAME |
|---|---|
| 1. | Shawn A. Keough(R) |
| 2. | Joyce M. Broadsword(R) |
| 3. | Michael "Mike" Jorgenson(R) |
| 4. | John W. Goedde(R) |
| 5. | Jim Hammond(R) |
| 6 | Gary J. Schroeder(R) |
| 7. | Joe Stegner(R) |
| 8. | Leland G. "Lee" Heinrich(R) |
| 9. | Monty J. Pearce(R) |
| 10. | John T. McGee(R) |
| 11 | Brad Little(R) |
| 12. | Curt McKenzie(R) |
| 13. | Patti Anne Lodge(R) |
| 14. | Stan Bastian(R) |
| 15. | John C. Andreason(R) |
| 16. | David Langhorst(D) |
| 17. | Elliot Werk(D) |
| 18. | Kate Kelly(D) |
| 19. | Mike Burkett(D) |
| 20. | Gerry Sweet(R) |
| 21. | Russell M. Fulcher(R) |
| 22. | Tim Corder, Sr.(R) |
| 23. | Tom Gannon(R) |
| 24. | Charles H. Coiner(R) |
| 25. | Clint Stennett(D) |
| 26. | Dean L. Cameron(R) |
| 27. | Denton Darrington(R) |
| 28. | R. Steven Bair(R) |
| 29. | Diane Bilyeu(D) |
| 30. | Edgar J. Malepeai(D) |
| 31. | Robert L. Geddes(R) |
| 32. | Melvin "Mel" Richardson(R) |
| 33. | Bart M. Davis(R) |
| 34. | Brent Hill(R) |
| 35. | Jeff C. Siddoway(R) |

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Idaho. Done at Boise, the Capital of Idaho, this Twenty-fourth day of November, in the year of our Lord, Two Thousand and Six, and of the Independence of the United States of America, the Two Hundred and Thirty-first.

/s/ BEN YSURSA
Secretary of State

The Certificate of Election was ordered filed in the office of the Secretary of the Senate.

Roll call showed all members present.

The Oath of Office was administered to the members of the Senate by President Ricks.

Prayer was offered by Chaplain Don Hardenbrook, Associate Pastor, Nampa Church of the Brethren, Nampa, Idaho.

The Pledge of Allegiance was led by Sarah Jane McDonald, Sergeant at Arms.

On request by Senator Davis, granted by unanimous consent, the Senate advanced to the Tenth Order of Business.

**Motions and Resolutions**

On motion by Senator Davis, seconded by Senator Stennett, by unanimous voice vote Senator Robert L. Geddes was elected President Pro Tempore of the Senate for the Fifty-ninth Idaho Legislature.

The President administered the Oath of Office to President Pro Tempore Geddes.

On motion by Senator Davis, seconded by Senator Stennett, by unanimous voice vote Jeannine Wood was elected Secretary of the Senate for the Fifty-ninth Idaho Legislature.

The President announced that the Secretary of the Senate will be administered the Oath of Office when the Senate reconvenes in January.

On motion by Senator Davis, seconded by Senator Stennett, by voice vote the Rules of the Senate and Joint Rules of the Senate and House of Representatives, as adopted by the First Extraordinary Session of the Fifty-eighth Idaho Legislature, were adopted as the Rules of the Senate and Joint Rules of the Senate and House of Representatives of the Fifty-ninth Legislature of the State of Idaho.

**FIRST ORGANIZATIONAL DAY**
**THURSDAY, DECEMBER 7, 2006**

House of Representatives

At the hour of 9 a.m., on Thursday, December 7, 2006, the members-elect of the House of Representatives convened in the House Chamber of the Capitol Building in the City of Boise, with the Honorable Bruce Newcomb, Speaker of the House of the Fifty-eighth Legislature presiding, assisted by Pamm Juker, Chief Clerk of the Fifty-eighth Legislature.

The Chief Clerk read the official proclamation as follows:

I, BEN YSURSA, Secretary of State of the State of Idaho and legal custodian of the records of elections held in the State of Idaho, do hereby certify that the following is a full, true and complete list of those elected to serve as members of the House of Representatives of the First Regular Session of the Fifty-ninth Legislature, as shown by official records on file in my office:

| DISTRICT | NAME |
|---|---|
| 1 | Eric Anderson (R), George E. Eskridge (R) |
| 2 | R.J. "Dick" Harwood (R), Mary Lou Shepherd (D) |
| 3 | James W. Clark (R), Phil Hart (R) |
| 4 | Marge Chadderdon (R), George C. Sayler (D) |
| 5 | Bob Nonini (R), Frank N. Henderson (R) |
| 6 | Tom Trail (R), Shirley G. Ringo (D) |
| 7 | Liz Chavez (D), John Rusche (D) |
| 8 | Ken A. Roberts (R), Paul E. Shepherd (R) |
| 9 | Lawerence E. Denney (R), Clete Edmunson (R) |
| 10 | Robert "Bob" Ring (R), Darrell Bolz (R) |
| 11 | Steve Thayn (R), Carlos Bilbao (R) |
| 12 | Robert E. Schaefer (R), Gary E. Collins (R) |
| 13 | Brent Crane (R), W.W. "Bill" Deal (R) |
| 14 | Mike Moyle (R), Raul R. Labrador (R) |
| 15 | Lynn M. Luker (R), Max C. Black (R) |
| 16 | Margaret Henbest (D), Les Bock (D) |
| 17 | Bill Killen (D), Sue Chew (D) |
| 18 | Branden J. Durst (D), Phylis K. King (D) |
| 19 | Anne Pasley-Stuart (D), Nicole LeFavour (D) |
| 20 | Mark A. Snodgrass (R), Shirley McKague (R) |
| 21 | John Vander Woude (R), Clifford R. "Cliff" Bayer (R) |
| 22 | Rich Wills (R), Pete Nielsen (R) |
| 23 | Jim Patrick (R), Bert Brackett (R) |
| 24 | Leon Smith (R), Sharon L. Block (R) |
| 25 | Wendy Jaquet (D), Donna Pence (D) |
| 26 | John A. "Bert" Stevenson (R), Maxine T. Bell (R) |
| 27 | Scott Bedke (R), Fred Wood (R) |
| 28 | Dennis M. Lake (R), Jim Marriott (R) |
| 29 | Ken Andrus (R), James D. Ruchti (D) |
| 30 | Donna Boe (D), Elaine Smith (D) |
| 31 | Larry C. Bradford (R), Tom Loertscher (R) |
| 32 | Janice K. McGeachin (R), Dean M. Mortimer (R) |
| 33 | Jerry Shively (D), Russ Mathews (R) |
| 34 | Mack G. Shirley (R), Dell Raybould (R) |
| 35 | JoAn E. Wood (R), Lenore Hardy Barrett (R) |

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Idaho.  Done at Boise, the Capital of Idaho, this Twenty-fourth day of November, in the year of our Lord, two thousand and six, and of the Independence of the United States of America, the two hundred and thirty-first.

/s/     BEN YSURSA
Secretary of State

The Certificate of Election was ordered filed in the office of the Chief Clerk.

Roll call showed all 70 members present.

At this time, Speaker Newcomb administered the oath of office to all members-elect.

Prayer was offered by Representative Frank Henderson.

The Pledge of Allegiance was led by Representative Frank Henderson.

There being no objection, the House advanced to the Seventh Order of Business.

**Motions, Memorials, and Resolutions**

Nominations were declared in order for the Speaker of the House.

Mr. Moyle presented in nomination the name of Mr. Lawerence Denney.  Seconded by Ms. Jaquet.

Mr. Moyle moved that nominations cease and that a unanimous ballot be cast for Mr. Denney.   Seconded by Ms. Jaquet.

The question being, "Shall the motion carry?"

Whereupon Speaker Newcomb declared the motion carried by voice vote and Mr. Lawerence Denney was elected Speaker of the House.

At this time, Mr. Moyle and Ms. Jaquet escorted Mr. Denney to the podium where the oath of office was administered to him by the Honorable Bruce Newcomb.