AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

THE IDAHO REPUBLICAN PARTY

V.

BEN YSURSA

**EXHIBIT AND WITNESS LIST**

Case Number: 1:08-CV-00165-BLW

| PRESIDING JUDGE<br>Judge B. Lynn Winmill | PLAINTIFF'S ATTORNEY<br>Christ T. Troupis | DEFENDANT'S ATTORNEY<br>Michael S. Gilmore |
|---|---|---|
| TRIAL DATE(S)<br>October 12, 2010 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1001 | | | | | Michael C. Munger, Ph.D. Curriculum Vitae |
| 1002 | | | | | Michael C. Munger letter to Christ T. Troupis 1/11/10 |
| 1003 | | | | | Michael C. Munger Article "Locking Up Political Speech" |
| 1004 | | | | | Michael C. Munger Report 1/20/10 re Issues on Crossover voting in Idaho Primaries |
| 1005 | | | | | Robert Moore Curriculum Vitae |
| 1006 | | | | | Moore Information Primary Voter survey 1/20/10 |
| 1007 | | | | | Affidavit of David Ripley |
| 1008 | | | | | Second Affidavit of David Ripley |
| 1009 | | | | | Affidavit of Lenore Barrett |
| 1010 | | | | | Affidavit of Rod Beck |
| 1011 | | | | | Affidavit of Curtis Bowers |
| 1012 | | | | | Affidavit of Darrell Deide |
| 1013 | | | | | Affidavit of Henry Kulczyk |
| 1014 | | | | | Affidavit of Laird Maxwell |
| 1015 | | | | | Affidavit of Dennis Mansfield |
| 1016 | | | | | Affidavit of Greg Vance |
| 1017 | | | | | Affidavit of Steve Adams |
| 1018 | | | | | Report dated 7/1/10 on Schroeder and Ada County Commissioner Primary elections |
| 1019 | | | | | Email dated 5/21/10 from TJ Thomson |
| 1020 | | | | | Email dated 5/25/10 from Mayor David Bieter |
| 1021 | | | | | Idaho Public Employees Association Newsletter Spring 2010 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September, 2010, I electronically filed the foregoing Plaintiff's Exhibit List with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Gary Allen
Givens Pursley
P.O. Box 2720
Boise, Idaho 83701-2720
garyallen@givenspursley.com

Harry Kresky
LAW OFFICE OF HARRY KRESKY
250 W. 57th Street, Ste 2017
New York, NY 10107
harrykresky@aol.com

Michael S. Gilmore
Clay Smith
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson Street, Second Level
P.O. Box 83720
Boise, ID 83720-0010
mike.gilmore@ag.idaho.gov

_____