# Duke University
DEPARTMENT OF POLITICAL SCIENCE
BOX 90204
DURHAM, NORTH CAROLINA 27708

MICHAEL C. MUNGER
PROFESSOR OF POLITICAL SCIENCE
DEPARTMENT CHAIR
PROFESSOR OF ECONOMICS
PROFESSOR OF PUBLIC POLICY

TEL: 919-660-4301
FAX: 919-660-4330
MUNGER@DUKE.EDU

January 11, 2010

Christ T. Troupis
Troupis Law Office P.A.
1299 E. Iron Eagle, Suite 130
P.O. Box 2408
Eagle, Idaho 83616

Dear Mr. Troupis:

You had requested that I supply certain information about my activities and costs. The questions are reproduced below in italics; the answers follow each question.

Let me know if you need additional information.

*1.  A list of cases in which you have been retained and either provided written testimony or gave testimony by deposition or at hearing in the last four years.*

- Citizens United v. Federal Election Commission, argued March 24, 2009, reargued September 9, 2009, not yet decided. "Brief of Amicus—Campaign Finance Scholars in Support of Appellant, Citizens United" Allison Hayward, Lead Signer and Counsel of Record. (Decision pending) (Text of Brief of Amicus: http://www.scribd.com/doc/17878231/Amicus-Scholars-Brief-in-Citizens-United-Reargument# )

- Broward Coalition, et al., v. Browning, decided May 22, 2009. Written testimony summarized in report, "Locking Up Political Speech: How Electioneering Communications Laws Stifle Free Speech and Civic Engagement," http://www.campaignfreedom.org/doclib/20091008_locking_up_political_speech.pdf

- Libertarian and Green Parties of North Carolina, et al., v. State of North Carolina, argued May 5-6, 2008, decided May 27, 2008. Served as expert witness, testified in court under oath, submitted extensive written testimony in affidavit. (Currently under appeal before North Carolina Supreme Court)

2.  *Your hourly and/or daily rate of compensation for appearance at deposition and/or hearing.*
Appearance at deposition or hearing: $150 per hour, if within day trip distance. $500 per day (including travel days) plus expenses if overnight travel is required.

3.  *Compensation rate for research and preparation of your expert report*
$150 per hour, plus reasonable and necessary expenses of preparing report, including xerox, phone, and fax use.

Sincerely,

Michael C. Munger

(Note: Letterhead used only for identification purposes. The opinions expressed here are Munger's alone, and do not reflect the views or activities of Duke University)