# MOORE INFORMATION
OPINION RESEARCH • STRATEGIC ANALYSIS

## MOORE INFORMATION IDAHO CLIENTS

- AAA Oregon/Idaho
- Amalgamated Sugar Co.
- American Red Cross of Greater Idaho
- Bechtel Corporation
- Boise (Boise Cascade Corporation)
- Boise Convention and Visitors Bureau
- Campaign for America's Wilderness
- Coeur d'Alene Tribe
- Congresswoman Helen Chenoweth
- Congressman Mike Simpson
- Eastern Idaho Economic Development Council
- Formation Capital Formation Corp.
- Governor Butch Otter
- Governor Phil Batt
- Hecla Mining Company
- Idaho Association of Commerce and Industry
- Idaho Coalition for Indian Self Reliance (Yes on Prop. 1 – Tribal Gaming, 2002)
- Idaho Conservation League
- Idaho Education Association
- Idaho Forest Products Commission
- Idaho Regional Valley Transit/COMPASS

- Idaho Taxpayers Association
- Ida-West Energy
- Intermountain Forest Association
- J.A. & Kathryn Albertsons Foundation
- J.R. Simplot Company
- Lockheed Martin
- Micron Technology, Inc.
- National Potato Promotion Board
- Neighbors Protecting Idaho (No on Prop. 2 – Land Use, 2006)
- Numerica Credit Union
- Ore-Ida Boy Scouts
- Potlatch Corporation
- Portneuf Medical Center
- The Nature Conservancy
- Trust for Public Land
- Union Pacific Railroad
- U.S. Senator Jim McClure
- U.S. Senator Jim Risch
- U.S. Senator Steve Symms
- United Way of Treasure Valley
- University of Idaho

Executive

**Bob Moore, President**
In 1981, Bob Moore founded Moore Information, Inc., a full service public opinion research firm with offices in Portland, Oregon and the Washington, D.C. area. Since then, Moore's research has helped hundreds of clients win campaigns, sell ideas and develop communications strategies. The company's client list includes organizations in every industry throughout the nation, from Fortune 500 companies and national political campaigns to non-profit organizations and local hospitals. Over nearly three decades, Moore has grown his company into one of the leading – and most respected - national opinion research firms.



Before founding MI, Moore was the Executive Director of the National Republican Senatorial Committee (1977-1980), where he led the successful Republican effort to capture control of the U.S. Senate for the first time in 26 years. The success stemmed in part from Moore's design, direction and interpretation of a $1,000,000 annual survey research budget in 39 states.

Active in the community, Moore has served as President of the Oregon State University Alumni Association and Chair of the Portland Metro Area Salvation Army Advisory Board.

Moore speaks frequently on public opinion topics of interest to political, government and business organizations, and has authored numerous articles on public opinion for local and national publications. Moore is a graduate of Oregon State University. He and his wife Becky have three adult children.

Home |   Contact Us



OUR APPROACH      MOORE TEAM      CLIENTS      METHODOLOGY      POLLS/ANALYSES

**Polls/Analyses**



Recent
Polls/Analyses

Archived
Polls/Analyses

Other Resources

Beyond The
Numbers

>Recent Polls/Analyses

## Recent Polls/Analyses

Advice for Congressional Candidates in 2010
Results of our recent statewide survey among Oregon voters reveals widespread support for a Balanced Budget Amendment, but voters are not widely enthused about the new health care reform proposal passed by the House last week. Read more...

Republicans on the Rise
Ten days ago, Republican candidates emerged victorious in hotly contested elections for Governor in New Jersey and Virginia. Since that time, there has been considerable speculation and debate by national political pundits and the party faithful on both sides about whether or not these elections signaled a partisan sea change among American voters. Read more...

Are U.S. Businesses Over-Regulated?
Results of our recent national survey show that by nearly a two-to-one margin, American voters believe business and industry are over-regulated in this country. Further, these data reflect an upward trend in the percentage since 1991 of the electorate who say government regulation has gone too far. Read more...

New Poll of Arizona Voters Sheds Light on the Budget Fight
In the likely event that the legislature and governor are unable to reach a budget agreement and the state is forced to shut down portions of government, the legislature, rather than Governor Brewer, will bear the brunt of public blame. Read more...

2010 Oregon Governor's Race Will Be Competitive
While some political pundits and Democrat leaders would have you believe that Oregon Republican candidates have no future in statewide office, in fact, the 2010 race for Governor will be competitive, as our latest poll shows. Read more...

Is There Light at the end of the Tunnel for the GOP?
President Obama continues to enjoy high job approval ratings and even higher personal ratings. People like the President and, given the state of the economy and other problems facing the country, voters want him to do well. They may be uncertain if his policies will work but so far they are willing to give him the opportunity to implement his programs. In fact, in our most recent national survey we found his approval rating at 60% and a majority of Americans (54%) saying they support his stimulus and budget plans. Read more...

Despite Our Penchant for Partisanship, Checks and Balances are Still Important
Our recent nationwide voter survey reveals Republicans continue to trail Democrats in the traditional congressional generic ballot measurement, but that Democrat edge does not trump voters' fundamental desire for partisan checks and balances in our government. Read more...

U.S. Voters and Workplace Concerns
If you've found yourself recently sitting at your desk, worrying about the cost of health insurance or the possibility of losing your job, you are not alone. In fact, our recent survey finds 34% of American workers say their biggest job-related concern today is an "increase in health care insurance costs" and another 29% are concerned about a "job layoff or job loss." Read more...

And the Democrat Candidate for Governor is ... ?
So many Democrats ... so much time until the Primary. If you asked a Gubernatorial ballot test in Oregon today, what you would get is the

winner of a popularity contest, not necessarily the strongest candidate. Read more...

Washington Voter Mood – Not the Worst We've Seen
Our recent survey of Washington voters finds the electorate in a sour mood, largely fueled by the state of the economy. Today, a 51% majority of the state's voters describe things in Washington as headed "off on the wrong track," while just 37% say things are headed in the "right direction." Read more...

Economic Worries in Oregon
Oregonians are feeling the economic crisis on a personal level, and it's not just a function of the unemployment rate. In our most recent survey of Oregon voters, we asked respondents which one of five economic issues was most worrisome in their personal financial situation. Read more...

Sales Tax Hike will be a Tough Sell to Washingtonians
Results of our recent survey of Washington voters show that a sales tax increase, even if it's only temporary, will face an uphill battle. Specifically, we asked voters if they would vote for or against a "temporary increase in the sales tax, from 6.5% to 7.5%, lasting two years, to ensure that education and other important state programs have adequate funding." Read more...

The Oregon Economy and Voter Mood
With the current economic downturn now being categorized as potentially the worst financial crisis since the Great Depression, it isn't surprising to learn that the mood among Oregon voters is at a six year low. Read more...

Washington Voters Favor Balancing State Budget
Our recent Washington statewide survey reveals voters are widely supportive of an amendment to the state constitution requiring the state government budget to be balanced every year. Fully 73% of voters would vote for such an amendment, while 20% are against it and 7% have no opinion. Read more...

Washington Voters Favor Amending I-937
In our recent Washington State survey, we asked voters if they would favor or oppose amending Washington's Initiative 937, so that hydro power is considered renewable energy. The outcome – after hearing I-937 requires electric utilities to get 15% of their power from non-hydro power sources by 2020, fully 71% of voters say they would favor such an amendment. Read more...

Oregon Voters and Ideology
A recent analysis of the Oregon electorate from a compilation of polls conducted between September 28 and November 2, 2008 shows the Oregon electorate leans left, compared to the national electorate. Read more...

Washington Voters and Ideology
In polling, voters are given an opportunity to describe themselves as Conservative, Moderate or Liberal as a way to associate them with a particular set of beliefs. While these labels have many meanings in society today, they can also be a useful indicator in polling as to how voters may regard and react to issues and candidates. Following is a compilation of Moore Information's polling on ideology from July, August and September 2008 in Washington State. Read more...

Protecting Jobs vs. Protecting the Environment
As economic conditions have continued to worsen throughout 2008, voters have grown more concerned about protecting jobs than protecting the environment. Asked which issue they are more concerned about today, 65% of U.S. voters say they are more concerned about protecting jobs, while only 27% are more concerned about protecting the environment. Read more...

U.S. Voters: Despite Partisan Shifts in the Electorate, Public Views of Two Major Parties Haven't Changed Much
Our recent national survey asked U.S. voters to select the one attribute they believe is the best reason to vote for a Republican or a Democrat candidate. Similar to our findings in November 2003, the leading reason to vote for a Republican continues to be based on the concept of personal responsibility – 26% selected the description, "their policies encourage

people to be responsible for their own actions." Read more...

Idaho Voters Remain Optimistic About Direction of the State
Our recent survey of Idaho voters shows optimism remains high in the state, despite a worsening global and national economy and reports of Micron plant closings closer to home. Idaho voters' optimism is noteworthy, in that voter mood is historically driven by the state of the economy and Idaho is not unlike many other states in the country experiencing bad news on the employment front. Read more...

Washington Voters and Energy Issues
In light of the national debate over how best to control energy prices – from gasoline to heating fuels – we asked Washington voters to weigh in on three potential solutions: increased refining capacity, nuclear energy and increased offshore drilling. Read more...

Washington Voters and the Economy
When it comes to improving Washington's economy, jobs are the leading top of mind economic concern for Washington voters today, ahead of other leading concerns, including high taxes and fuel costs. Read more...

U.S. Voters and Long Term Care
Our recent national survey finds that when it comes to long term care, Americans widely agree they or their family members would rather stay at home with an in-home care provider than move into an assisted living facility. Read more...

U.S. Voters and Radio Listening Behavior
In our recent survey of U.S. voters, we explored listener frequency of four categories of radio programming: Conservative and Liberal talk radio, public radio/NPR and Christian radio. What we learned may surprise you. Of the four, the most listened to radio programming is reportedly public radio/NPR, with more than half of U.S. voters listening to public radio at least occasionally. Christian radio programs were the next most popular, followed closely by Conservative talk radio. Liberal talk radio showed the lowest levels of listenership among voters. Read more...

U.S. Voters and Workplace Issues
Health insurance costs are the leading workplace issue concern for U.S. workers today, and respondents are more likely to be concerned about these costs today than they were a year ago. Despite this increased level of concern, another recent national study suggests that employers are underestimating the importance of health insurance benefits when it comes to worker loyalty. Specifically, 60% of employers consider health benefits very important when it comes to employee loyalty, compared to 81% of employees who do. Read more...

US Voters and the Role of Government
Although U.S. voters are concerned about a number of domestic issues today including the economy, health care and education, these concerns do not appear to translate into support for expanding the federal government in efforts to remedy them. In fact, U.S. voters are more likely to consider the federal government too big and in need of a diet than they are to agree that government is not doing enough. Read more...

The Oregon Economy and Voter Mood
With the economy emerging as a leading concern among Oregonians in 2008, it isn't surprising to learn that voter mood in the state is also more pessimistic in today's climate. Interestingly, in looking over the last eight years, we find a distinct correlation between economic concerns and voter pessimism in Oregon, as found in our recent review. Read more...

U.S. Voters and Energy Options
Despite gas prices reaching record levels, voters have not significantly changed their views about how to reduce the United States' dependence on foreign oil. Furthermore, increasing gas prices do not appear to have a major impact on views about oil and gas exploration in the Arctic National Wildlife Refuge. Yet the idea that nuclear energy does not contribute to global warming increases support for this as an energy option, according to the findings from our April national survey of voters. Read more...

U.S. Voters, Jobs and the Environment
The environment and the economy have an intertwined relationship when it comes to public opinion. When the economy is good, or even stable, people are less concerned about pocketbook issues and more interested in other issues, such as the environment. Read more...

<u>Perspectives on Washington's Economy and Voter Mood</u>
Lately it seems the health of the economy is constantly being defined and redefined. Inflation, recession, stagflation – no matter what the label, there are a dizzying number of ways to analyze what Americans think about the economy. <u>Read more...</u>

**Portland, Oregon | Washington, D.C.     Call toll free 1.800.498.5154**

**home** | <u>our approach</u> | <u>moore team</u> | **clients** | <u>methodology</u> | <u>poll/analyses</u> | **contact**

Copyright, 1999-2007. Moore Information (MI). All Rights Reserved. <u>Privacy and Terms of Use</u>.
Phone (503) 221-3100 or (800) 498-5154