# MOORE INFORMATION

## OPINION RESEARCH • STRATEGIC ANALYSIS

January 14, 2010

TO:        Christ Troupis, Esq.

FROM:    Bob Moore

RE:        <u>Survey Results:  Idaho Primary Voters</u>

**Methodology**
*This memo contains results of a representative telephone survey conducted by Moore Information among 400 voters who cast a ballot in the 2008 Presidential Primary Election. The sample was provided by the client.  Interviews were conducted January 6-7, 2010.  The potential sampling error associated with this survey is plus or minus 5% at the 95% confidence level.*

**Summary**
A significant number of Idaho primary voters who do not consider themselves to be Republicans, have voted in GOP primaries.

-   In the 2008 primary, 30% of non-GOP voters cast a ballot for John McCain or Ron Paul and 35% cast a ballot for Jim Risch

-   Almost four-in-ten (39%) non-GOP voters say they have voted in a Republican primary for a State Legislative candidate

-   Fully 12% of self-described non-GOP voters say they usually vote for Republicans in primary elections

-   Non-GOP voters are much less likely than GOP voters to favor a Conservative when voting for a Republican candidate

Finally, Republican and non-Republican voters hold widely divergent views on the performance of President Obama, health care reform, abortion and a variety of other issues.

**Party Affiliation**
Just over half of Idahoans who voted in the 2008 Presidential primary say they usually vote for more Republicans than Democrats (51%), while 26% vote for more Democrats than Republicans and 19% say they vote for the person or are Independent.  Another 4% don't know where they fit on the partisan scale.  Among GOP leaners, 74% say they vote mostly or only for Republicans and 26% vote for a few more Republicans than Democrats.  Among Democrat leaners, 35% say they vote mostly or only for Democrats, while 18% say they vote for a few more Democrats than Republicans.

2130 SW Jefferson St. Ste. 200, Portland, OR 97201 | PO Box 86, Annapolis, MD  21404
Phone 503.221.3100 • Fax 503.221.9861 | Phone 410.216.9856 • Fax 410.216.9857
www.moore-info.com

Republicans have the edge throughout the state, but are most prominent among 18-54 year-olds, Conservatives and in the eastern part of the state.  Democrats are a minority in all parts of the state, but are more likely to be found in Ada County, in the 55-64 age group and are Moderates/Liberals.

### Party Affiliation
*"Which of the following best describes how you usually vote?"*

|  | All voters | GOPs | Non-GOPs |
|---|---|---|---|
| Mostly or only for Republicans | 38% | 74% | -- |
| A few more Republicans than Democrats | 14% | 26% | -- |
| **TOTAL Republicans** | **51%** | **100%** | **--** |
| The person/Independent | 19% | -- | 39% |
| **TOTAL Democrats** | **26%** | **--** | **52%** |
| A few more Democrats than Republicans | 9% | -- | 18% |
| Mostly or only for Democrats | 17% | -- | 35% |
| Don't know | 4% | -- | 9% |

In the rest of this memo, when we use the term "Republican" or "GOP voter" we are referring to respondents who said they vote mostly or only for Republicans and those who vote for a few more Republicans than Democrats.  "Non-Republican" or "non-GOP voters" include those who vote for the candidate or are Independent, vote for a few more Democrats than Republicans, vote mostly or only for Democrats, or are unsure where they fit on the partisan scale.

### Primary Voting Patterns
A significant number of non-GOP voters typically vote in GOP primary elections.  When respondents were asked to describe how they vote in Idaho primary elections, 12% of non-Republican voters said they usually vote for Republicans.  At the same time, 41% usually vote for Democrats and 35% vote for candidates of both parties.

Among Republican voters, a total of 79% vote for more Republicans than Democrats (18%), usually vote for Republicans (37%) or always vote for Republicans (24%).  Just 1% of Republicans vote for Democrats in primaries (compared to 12% of non-GOPs who say they vote for Republican candidates in primary elections).

### Primary Voting Patterns
*"Which of the following best describes how you vote in Idaho primary elections?"*

|  | GOPs | Non-GOPs |
|---|---|---|
| I always vote for Democrats | * | 10% |
| I usually vote for Democrats | 1% | 20% |
| I vote for more Democrats than Republicans | -- | 11% |
| **TOTAL Democrats** | **1%** | **41%** |
| I vote for candidates of both parties | 16% | 35% |
| **TOTAL Republicans** | **79%** | **12%** |
| I vote for more Republicans than Democrats | 18% | 7% |
| I usually vote for Republicans | 37% | 2% |
| I always vote for Republicans | 24% | 3% |
| Depends | 2% | 7% |
| Don't know | 1% | 4% |

* less than one-half of one percent

While just 12% of non-Republican voters say they are more likely to vote for Republican candidates than Democrat candidates in primary elections, the percentage of non-Republicans who voted Republican in specific primaries is much higher.

For example, in the 2008 Presidential primary, among non-GOP voters (respondents who voted for the person or considered themselves Independent or vote for Democrats more often than Republicans), 30% said they voted for one of the two GOP candidates on the ballot (McCain 25%, Paul 4%), but 56% said they cast a ballot for Barack Obama (49%) or Hillary Clinton (7%). The remainder said they voted for another candidate (1%) or couldn't remember who they voted for (13%).

At the same time, 88% of GOP voters (respondents who said they vote mostly or only for Republicans or for a few more Republicans than Democrats) cast a ballot for a GOP candidate in the 2008 Presidential primary, while 5% said they voted for one of the Democrat candidates and the remaining 6% said they voted for someone else or couldn't remember.

On the 2008 primary ballot for U.S. Senator, 35% of non-Republican voters said they voted for Republican candidate Jim Risch, while 41% said they voted for Democrat candidate Larry LaRocco, 2% voted for some other candidate and 23% couldn't remember whom they voted for.

Among Republican voters, 81% said they voted for the Republican candidate Jim Risch, while 6% voted for Democrat Larry LaRocco, 2% for another candidate and 11% couldn't remember whom they voted for.

Further evidence of crossover among non-GOP voters in Republican primaries – 39% of voters who said they usually vote for Democrats in primary elections say they have voted for a Republican for State Legislature.

In summary, 30% of non-GOP voters cast a ballot for a Republican candidate for President in Idaho's 2008 primary election, and 35% cast a vote for Republican Jim Risch in the U.S. Senate primary. Finally, 39% say they have voted for a Republican in a State Legislative race, an indication of significant participation by non-GOP voters in Republican primaries.

*"Have you ever voted in a Republican primary for a State Legislative candidate?"*
*(Among those who vote usually/always/ for more Democrats)*

|  | Non-GOPs |
|---|---|
| Yes | 39% |
| Don't know/don't remember | 4% |
| No | 57% |

When voting for a Republican candidate, non-GOP voters are much less likely than GOP voters to prefer a Conservative candidate. Among non-GOP voters, just 24% prefer a Conservative Republican candidate, while 40% prefer a Moderate and 21% a prefer a Liberal. Among Republican voters, 63% favor a Conservative, 31% a Moderate and 4% a Liberal.

*"If voting for a Republican candidate, would you prefer a Liberal, Moderate or Conservative?"*
*(Among those who don't always vote Republican or Democrat)*

|  | GOPs | Non-GOPs |
|---|---|---|
| Liberal | 4% | 21% |
| Moderate | 31% | 40% |
| Conservative | 63% | 24% |
| Don't know | 2% | 16% |

### *Republicans versus Non-Republicans on the Issues*

Republicans and non-Republicans hold widely divergent views on a variety of issues. For example, among GOP voters, just 10% approve of Barack Obama's performance as President, while 82% disapprove (72% net disapprove). Among non-Republican voters, 53% approve and 37% disapprove (16% net approve). The difference in net approval between Republican and non-Republican voters is 88% (-72% GOP versus +16 non-GOP).

Further, the differences in net approval between Republicans and non-Republicans on abortion and health care reform also exceed 70%. Fully 76% of Republicans consider themselves to be pro-life (with 59% "strongly" pro-life) and 16% of Republicans are pro-choice, while just 30% of non-Republicans are pro-life and 51% are pro-choice. On health care, only 5% of Republicans support the health care reform bill just passed by the U.S. Senate, while 86% are opposed. Among non-Republicans, 39% support and 44% are opposed.

There are also significant attitudinal differences between GOP and non-GOP voters on federal government involvement in the state, timber harvest levels, mood, gun control, illegal aliens and funding of public schools, although the differences on these issues are not as pronounced as they are on Obama performance, health care reform and abortion.

**Republicans versus Non-Republicans on the Issues**

| | GOPs | Non-GOPs | Margin GOPs vs. non-GOPs |
|---|---|---|---|
| **Obama performance** | | | |
| Approve | 10% | 53% | |
| Don't know | 8% | 10% | |
| Disapprove | 82% | 37% | |
| **Net approve** | **-72%** | **+16%** | **88%** |
| **Abortion view** | | | |
| Pro-life | 76% | 30% | |
| Don't know | 9% | 19% | |
| Pro-choice | 16% | 51% | |
| **Net pro-life** | **+60%** | **-21%** | **81%** |
| **Health care reform bill** | | | |
| Support | 5% | 39% | |
| Don't know | 9% | 17% | |
| Oppose | 86% | 44% | |
| **Net support** | **-81%** | **-5%** | **76%** |
| **U.S. Gov't involvement in ID** | | | |
| Do more | 9% | 27% | |
| Don't know | 6% | 20% | |
| Already too involved | 85% | 52% | |
| **Net do more** | **-76%** | **-25%** | **51%** |
| **Voter Mood** | | | |
| Right direction | 59% | 33% | |
| Don't know | 12% | 15% | |
| Wrong track | 30% | 52% | |
| **Net right direction** | **+29%** | **-19%** | **48%** |
| **Increased timber harvest** | | | |
| Support | 72% | 47% | |
| Don't know | 17% | 25% | |
| Oppose | 12% | 28% | |
| **Net support** | **+60%** | **+19%** | **41%** |
| **Gun control** | | | |
| Favor stricter laws | 8% | 26% | |
| Don't know | 8% | 11% | |
| Laws are adequate | 84% | 63% | |
| **Net favor stricter laws** | **-76%** | **-37%** | **39%** |
| **Illegal aliens** | | | |
| Deport all | 46% | 26% | |
| Don't know | 9% | 21% | |
| Allow a path | 46% | 53% | |
| **Net deport all** | **--** | **-27%** | **27%** |
| **Funding public schools** | | | |
| Adequate funding | 37% | 22% | |
| Don't know | 7% | 10% | |
| Funding increase | 56% | 68% | |
| **Net adequate** | **-19%** | **-46%** | **27%** |



# MOORE INFORMATION
OPINION RESEARCH • STRATEGIC ANALYSIS

**IDAHO PRIMARY VOTERS (N=400)**
**January 6-7, 2010**

Can I speak to (FROM LIST)?  IF NA: SCHEDULE CALL BACK
PLEASE ONLY SPEAK TO THE LISTED PERSON

Hello, this is (FIRST AND LAST NAME).  We are conducting a survey among voters regarding issues in your part of the state and would like to include your views in our study. I assure you we are only seeking opinions and there will be no attempt to sell you anything or solicit a donation.

1.   First, did you vote in Idaho's May 2008 Primary Election?

|  | GOPs | Non-GOPs |
|---|---|---|
| yes | 100% | 100% |

2.   Would you say things in Idaho are generally headed in the right direction, or would you say things have pretty much gotten off on the wrong track?

|  | GOPs | Non-GOPs |
|---|---|---|
| right direction | 59% | 33% |
| don't know | 12% | 15% |
| wrong track | 30% | 52% |

3.   Next, which of the following best describes how you usually vote?
     (READ 1-2, 4-5; 5-4, 2-1)

|  | GOPs | Non-GOPs |
|---|---|---|
| mostly or only for Republicans | 74% | – |
| a few more Republicans than Democrats | 26% | – |
| **Total Republicans** | **100%** | – |
| **Total non-Republicans** | – | **100%** |
| the person/Independent | – | 39% |
| **Total Democrats** | – | **52%** |
| a few more Democrats than Republicans | – | 18% |
| mostly or only for Democrats | – | 35% |
| don't know | – | 9% |

---

*Idaho Primary Voters*
*Moore Information*

4.  On the abortion issue, do you consider yourself to be (ROTATE) pro-life or pro-choice?  IF PRO-LIFE/PRO-CHOICE: Do you feel strongly about that?

|  | GOPs | Non-GOPs |
|---|---|---|
| strongly pro-life | 59% | 18% |
| pro-life | 16% | 12% |
| **Total pro-life** | **76%** | **30%** |
| don't know | 9% | 19% |
| **Total pro-choice** | **16%** | **51%** |
| pro-choice | 8% | 18% |
| strongly pro-choice | 8% | 33% |

Changing the subject,

5.  Do you approve or disapprove of the performance of Barack Obama as President?  IF APPROVE/DISAPPROVE: Is that strongly approve/disapprove or somewhat approve/disapprove?

| | | |
|---|---|---|
| strongly approve | 4% | 32% |
| somewhat approve | 7% | 21% |
| **Total approve** | **10%** | **53%** |
| don't know | 8% | 10% |
| **Total disapprove** | **82%** | **37%** |
| somewhat disapprove | 15% | 10% |
| strongly disapprove | 67% | 27% |

6.  Do you support or oppose the health care reform bill just passed by the U.S. Senate?  IF SUPPORT/OPPOSE: Is that strongly support/oppose or somewhat support/oppose?

| | | |
|---|---|---|
| strongly support | 1% | 17% |
| somewhat support | 4% | 22% |
| **Total support** | **5%** | **39%** |
| don't know | 9% | 17% |
| **Total oppose** | **86%** | **44%** |
| somewhat oppose | 13% | 11% |
| strongly oppose | 73% | 33% |

7.    On the immigration issue, do you favor deporting all illegal aliens or allowing illegal aliens a path to United States citizenship if they obey all laws and pay back taxes?  IF DEPORTING/ALLOWING: Do you feel strongly about that?

|  | GOPs | Non-GOPs |
|---|---|---|
| strongly deporting all illegal aliens | 29% | 21% |
| deporting all illegal aliens | 17% | 6% |
| **Total deporting all illegal aliens** | **46%** | **26%** |
| don't know | 9% | 21% |
| **Total allowing illegal aliens a path** | **46%** | **53%** |
| allowing illegal aliens a path | 25% | 24% |
| strongly allowing illegal aliens a path | 20% | 29% |

8.    When it comes to gun control laws, do you favor stricter laws governing the sale of guns or do you believe the laws governing the sale of guns in this country are adequate? IF FAVOR STRICTER LAWS/LAWS ARE ADEQUATE: Do you feel strongly about that?

| | | |
|---|---|---|
| strongly favor stricter laws | 5% | 19% |
| favor stricter laws | 3% | 7% |
| **Total favor stricter laws** | **8%** | **26%** |
| don't know | 8% | 11% |
| **Total laws are adequate** | **84%** | **63%** |
| laws are adequate | 27% | 26% |
| strongly laws are adequate | 57% | 37% |

9.    Do you believe local public schools in Idaho have adequate funding or would you like to see funding for local public schools increase?  IF ADEQUATE FUNDING/FUNDING INCREASE: Do you feel strongly about that?

| | | |
|---|---|---|
| strongly adequate funding | 17% | 10% |
| adequate funding | 20% | 12% |
| **Total adequate funding** | **37%** | **22%** |
| don't know | 7% | 10% |
| **Total funding increase** | **56%** | **68%** |
| funding increase | 18% | 17% |
| strongly funding increase | 37% | 51% |

10.    Do you support or oppose laws that would allow increased timber harvest in Idaho?  IF SUPPORT/OPPOSE: Is that strongly support/oppose or somewhat support/oppose?

|  | GOPs | Non-GOPs |
|---|---|---|
| strongly support | 44% | 26% |
| somewhat support | 28% | 21% |
| **Total support** | **72%** | **47%** |
| don't know | 17% | 25% |
| **Total oppose** | **12%** | **28%** |
| somewhat oppose | 7% | 13% |
| strongly oppose | 4% | 15% |

11.    Would you like to see the U.S. government do more for people in Idaho or do you believe the U.S. government is already too involved in people's lives in Idaho?  IF DO MORE/TOO INVOLVED: Do you feel strongly about that?

|  | GOPs | Non-GOPs |
|---|---|---|
| strongly U.S. government do more | 3% | 14% |
| U.S. government do more | 6% | 14% |
| **Total U.S. government do more** | **9%** | **27%** |
| don't know | 6% | 20% |
| **Total U.S. government is already too involved** | **85%** | **52%** |
| U.S. government is already too involved | 22% | 21% |
| strongly U.S. government is already too involved | 63% | 31% |

Moving on,

12.    In the May 2008 Idaho Primary Election for President, did you vote for (RANDOMIZE 1-5),

|  | GOPs | Non-GOPs |
|---|---|---|
| Barack Obama, Democrat | 4% | 49% |
| Hillary Clinton, Democrat | 1% | 7% |
| Keith Russell Judd, Democrat | - | - |
| John McCain, Republican | 80% | 25% |
| Ron Paul, Republican | 8% | 4% |
| another candidate | 2% | 1% |
| don't know/don't remember | 4% | 13% |

*Idaho Primary Voters*
*Moore Information*

13. In the May 2008 Idaho Primary Election for U.S. Senator, did you vote for (RANDOMIZE 1-2),

|  | GOPs | Non-GOPs |
|---|---|---|
| Larry LaRocco, Democrat | 6% | 41% |
| Jim Risch, Republican | 81% | 35% |
| another candidate | 2% | 2% |
| don't know/don't remember | 11% | 23% |

14. IF Q13=RESPONSE 3 (ANOTHER CANDIDATE): Was that candidate a Republican or a Democrat?

|  | GOPs | Non-GOPs |
|---|---|---|
| Republican | 53% | - |
| Democrat | - | 67% |
| other | 47% | - |
| don't know/don't remember | - | 33% |

15. Which of the following best describes how you vote in Idaho primary elections?  (READ 1-7, 7-1)

|  | GOPs | Non-GOPs |
|---|---|---|
| I always vote for Democrats | * | 10% |
| I usually vote for Democrats | 1% | 20% |
| I vote for more Democrats than Republicans | - | 11% |
| **Total Democrats** | **1%** | **41%** |
| I vote for candidates of both parties | 16% | 35% |
| **Total Republicans** | **79%** | **12%** |
| I vote for more Republicans than Democrats | 18% | 7% |
| I usually vote for Republicans | 37% | 2% |
| I always vote for Republicans | 24% | 3% |
| depends | 2% | 7% |
| don't know/NA | 1% | 4% |

16. IF Q15=RESPONSE 1-3 (ALWAYS DEMOCRATS/USUALLY DEMOCRATS/MORE DEMOCRATS):  Have you ever voted in a Republican primary for a State Legislative candidate?

|  | GOPs | Non-GOPs |
|---|---|---|
| yes | ** | 39% |
| don't know/don't remember | ** | 4% |
| no | ** | 57% |

* Less than one-half of one percent
** N=3 GOP respondents; data are not statistically reliable

17.    IF Q15=RESPONSE 2-6, 8, 9 (<u>NOT</u> ALWAYS
       DEMOCRATS/REPUBLICANS): If voting for a Republican candidate,
       would you prefer a Liberal, Moderate or Conservative?

|  | **GOPs** | **Non-GOPs** |
|---|---|---|
| Liberal | 4% | 21% |
| Moderate | 31% | 40% |
| Conservative | 63% | 24% |
| don't know | 2% | 16% |

18.    IF Q15=RESPONSE 2-4 (USUALLY DEMOCRATS/MORE DEMOCRATS/
       BOTH):  What is the major reason you would vote for a Republican
       candidate? (RECORD RESPONSE VERBATIM, ACCEPT ONE)

|  |  |  |
|---|---|---|
| Qualifications/best candidate | 21% | 29% |
| Share same views/beliefs/values | 40% | 20% |
| Conservative | 19% | 7% |
| Dislike Democrats | 12% | 4% |
| Work for the people | - | 6% |
| Voting record | - | 4% |
| Honesty | - | 4% |
| If they're Moderate | - | 2% |
| Fix problems | - | 2% |
| Favor Democrats | - | 1% |
| Need to vote | - | 1% |
| Keep things the same | 3% | - |
| None/nothing | - | 2% |
| Don't know | 5% | 17% |

Now a few questions for statistical purposes.

19.    What is your age, please?

|  |  |  |
|---|---|---|
| 18-34 | 10% | 4% |
| 35-44 | 9% | 7% |
| 45-54 | 27% | 14% |
| 55-59 | 8% | 14% |
| 60-64 | 7% | 8% |
| 65+ | 38% | 50% |
| NA | 1% | 4% |

20.   On political issues, do you consider yourself to be Conservative, Moderate, or Liberal?   IF CONSERVATIVE:  Is that very Conservative or somewhat Conservative?

|  | GOPs | Non-GOPs |
|---|---|---|
| very Conservative | 46% | 18% |
| somewhat Conservative | 26% | 11% |
| **Total Conservative** | **72%** | **30%** |
| Moderate | 24% | 41% |
| Liberal | 2% | 20% |
| don't know | 3% | 9% |

21.   Gender (BY OBSERVATION)

|  | GOPs | Non-GOPs |
|---|---|---|
| male | 49% | 50% |
| female | 51% | 50% |

22.   County (FROM LIST)