**CHRIST T. TROUPIS**
**TROUPIS LAW OFFICE P.A.**
**1299 E. Iron Eagle, Ste 130**
**P.O. Box 2408**
**Eagle, Idaho 83616**
**Ph: (208) 938-5584**
**Fax: (208) 938-5482**
**Email: ctroupis@troupislaw.com**

**JOHN ERIC SUTTON**
**J.E. SUTTON & ASSOCIATES**
**200 N. 3rd St., Ste 2 & 3**
**Boise, Idaho 83701**
**Ph: (208) 336-4444**
**Fax: (208) 336-4494**
**Email: jesutton@jesutton.com**

**Attorneys for Plaintiff Idaho Republican Party**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **IDAHO REPUBLICAN PARTY, et.al.,** ) | |
| ) | |
| **Plaintiffs,** ) | **Case No. 1:08-CV-00165-BLW** |
| ) | |
| **vs.** ) | **SECOND AFFIDAVIT OF** |
| ) | **DAVID RIPLEY** |
| **BEN YSURSA, In his Official Capacity as** ) | |
| **Secretary of State of the State of Idaho,** ) | |
| ) | |
| **Defendant.** ) | |

David Ripley, being first duly sworn, deposes on oath and states:

1. I am not a party to this lawsuit. Each of the matters stated herein are known to me of my personal knowledge and if sworn as a witness, I could testify competently thereto.

2.  I came to Idaho in 1984 under the auspices of the National Education Association's Political Action Committee (NEA-PAC) to assist with the election of Richard Stallings to Congress from Idaho's 2nd District.

3.  I have been a paid political strategist in every election cycle since 1978, during which I served as a field organizer for Gene Wenstrom, Democratic candidate for Congress in Minnesota's 7th District.

4.  In 1985, I served as the general political consultant/strategist for a mayoral candidate in New Orleans, after which I returned to Idaho to co-found a progressive political consulting firm with John C. Stocks, former Democrat state senator from Coeur d'Alene, Idaho.

5.  As a Democrat political consultant, my client list included the Idaho State Senate Democrats' Campaign Committee, the Ada County Democratic Party, the LaRocco for Congress Committee, the Williams for Congress Committee, the Idaho Education Association, the Wisconsin Education Association, the National Education Association, the National Organization for Women, Freedom Means Choice PAC, among numerous others.

6.  In 1992 I closed the successor consulting firm (Ripley & Associates, Inc.) in order to accept a full-time position as the first Political Director of the Idaho Education Association.  I served in that position until 1994.

7.  Since 1995 I have served as Executive Director of Idaho Chooses Life.  In that capacity I have been involved in many legislative campaigns each election cycle.

8.  I have been heavily involved in every primary and general election in Idaho since 1984, helping numerous candidates and organizations with campaign organization and conduct.

9.  I was retained as an expert witness by the Plaintiff in this case. I was asked to review the statistical data from voting records maintained by the Idaho Secretary of State in his capacity as supervisor of Idaho Elections covering recent Idaho Republican Party Primary elections, and analyze that data in order to form an opinion as to whether patterns of strategic cross-over voting could be discerned in particular elections.

10. The Idaho Secretary of State maintains statistical voting data for Idaho elections for national, statewide, county, and legislative district office. I hypothesized that discernable patterns of cross-over voting, if they existed, could be most easily identified in state legislative primary elections because of the relatively small number of ballots cast and the even smaller number of cross-over votes necessary to affect the outcome of a legislative primary.

11. In formulating my opinions and conclusions, and preparing my expert report, I reviewed elections data for the following Republican Primary elections:

    a) 2008 primary election in District 10 for House Seat 10A between Rep. Curtis Bowers and Pat Takasugi;

    b) 2008 primary election in District 10 for U.S. Senate and 1st Congressional District;

    c) 2004 primary election in District 14 for Senate between Rod Beck and Hal Bunderson;

d) 2004 primary election in District 14 for House Seat B between incumbent Rep. Henry Kulczyk and challenger Stan Bastian;

e) 2006 primary election in District 14 for Senate between Rod Beck and Stan Bastian;

f) 2002 primary election in District 15 for Senate between incumbent Senator John Andreason and Dennis Mansfield;

g) 2004 primary election in District 15 for House Seat B between incumbent Rep. Max Black and Lynn Luker;

h) 2006 primary election in District 15 for Senate between incumbent Senator John Andreason and Dennis Mansfield;

i) 2004 primary election in District 28 for House Seat B between Joseph Cannon and Steve Adams;

j) 2004 primary election in Latah County for Senate between Senator Gary Schroeder and Gregg Vance;

k) 2006 primary election in Latah County for 1st Congressional District involving six (6) candidates including Bill Sali and Sheila Sorenson.

12. The primary election returns that I analyzed do not represent an exhaustive study of all legislative races affected by cross-over voting. I am confident that a review of other primary elections held throughout the State would reveal widespread anomalous voting patterns indicative of strategic cross-over voting.

13. In preparing my analysis, I used election data returns available on the Secretary of State's website for primary and general elections in 2002, 2004, 2006 and 2008. That data is accurately and completely reported in my report. A true and

Second Affidavit of David Ripley          4

accurate copy of that report is attached hereto, marked Exhibit A, and

incorporated herein by this reference.


FURTHER, AFFIANT SAYETH NOT.

David Ripley

State of Idaho          )
                        )  ss.
County of Ada           )

Subscribed and sworn to before me, a Notary Public in and for the State of Idaho on this _12th_ day of January, 2010.

Notary Public
My commission expires:
Residing At:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January, 2010, I served a copy of the foregoing Second Affidavit of David Ripley by email transmission, addressed to the following persons:

Gary Allen
Givens Pursley
P.O. Box 2720
Boise, Idaho 83701-2720
garyallen@givenspursley.com

Harry Kresky
LAW OFFICE OF HARRY KRESKY
250 W. 57th Street, Ste 2017
New York, NY 10107
harrykresky@aol.com

Michael S. Gilmore
Karin D. Jones
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson Street, Second Level
P.O. Box 83720
Boise, ID 83720-0010
mike.gilmore@ag.idaho.gov
karin.jones@ag.idaho.gov

*David D. Ripley*

January 13, 2010

TO:    CHRIST TROUPIS

FM:    DAVID RIPLEY

RE:    OVERVIEW OF RESEARCH ON STRATEGIC
       CROSS-OVER VOTING IN IDAHO

With limited time and budget, I was able to review election data in five different legislative districts of Idaho and ten different races.  In addition, I looked at the 2006 GOP congressional primary data from Latah County (District 6).  Those legislative districts represent a sampling of geography and voting populations in Idaho.  I included primary elections from 2002, 2004, 2006 and 2008 in order to provide you with an analysis of cross-over voting over time.

Based upon that review, I am convinced that the following report demonstrates a prevalent pattern of Democrat cross-over voting designed to produce more liberal members of the Idaho Legislature.  I am further convinced that if we had additional time and resources, many more examples of cross-over voting could be produced for the court.

Idaho's current open primary system invites such Democrat activism in order to impact public policy.

The primary analytical tool I used in conducting my study was to look for patterns of "over-voting", also known as "bullet balloting".  That behavior occurs when activists are turned-out to vote in a particular Republican primary race (in Idaho, that most likely means a legislative primary), with little interest in top-of-the-ticket races.  That contradicts the natural voting patterns of average voters who are more likely to participate in the "big" races at the top of the ballot, with declining participation rates as voters work their way down the ballot.

The following report shows that strategic cross-over voting is happening in Idaho.  The scale of anomalous data I've uncovered in this limited study is very difficult to explain any other way.

On that basis, I am reasonably certain that at least four election outcomes were changed by the participation of Democrat cross-over voters: Kulczyk (2004), Mansfield (2002), Beck (2006) and Luker (2004).

Four other election outcomes *may* have been changed through DCOV: Bowers (2008), Mansfield (2006), Adams (2004) and Beck (2004).

In addition, the overwhelming vote received by Schroeder (2004), largely through DCOV, has obviously discouraged any subsequent primary challenge against the liberal Republican incumbent.

In my opinion, the data which follows demonstrates that cross-over voting is not only well-established in Idaho, but that it is having a significant impact on the composition and ideological make-up of the Idaho Legislature.

My report is exhaustive of the research I was able to finish in the time frames you gave me.

## Analysis of Recent Primaries in Latah County

There is strong forensic evidence of an effective Democrat cross-over campaign in Latah County during both the 2004 and 2006 Republican Primaries.

For the years between 2000 and 2008, the proportion of Democrat primary ballots in Latah runs in the range of 55/45. But in 2004, the proportion fell to a dramatically low 25%. I believe this is best explained by an organized effort to protect incumbent Republican state senator Gary Schroeder from a strong primary challenge.

2006 also produced electoral aberration, in which the proportion of Democrat ballots fell to 41%. This is likely the result of an organized effort to encourage Democrat support of Sheila Sorensen in the Congressional primary.

Analysis of 2004 State Senate Primary:

The incumbent state senator, Gary Schroeder, is known as a liberal Republican senator with very close ties to the Idaho Education Association[*1]. His voting record is consistently at odds with the Republican State Party Platform on issues ranging from abortion, taxes, marriage and spending[*2]. In 2004, he faced his most serious primary challenge at the hands of Gregg Vance.

The Idaho Education Association donated a maximum $2,000 directly to Schroeder's campaign, and reports spending an additional $30,004.23 in expenditures related to membership organizing/ electioneering; it is quite possible that a significant portion of this money was spent in Latah County during the primary.[*3]

One of the characteristics of strategic cross-over voting is "bullet balloting", where Democrats are persuaded to vote in a single race (or couple of races) in order to achieve some short-term political goal.

2004 was a presidential election year. It is striking that 2,399 Republican ballots were cast for President George Bush; another 1,068 were cast for "None of the Names Shown". This latter voting block is a first indicator of cross-over voting; Democrat voters would likely be uncomfortable supporting an incumbent Republican president while they hoped for a viable alternative in John Kerry. (Of course, some conservative Republicans were becoming unhappy with some of Bush's policies by this point in his presidency). In any event, the total number of "Republican" votes cast for president in District 6 was 3,467.

What is even more suspicious is that just 2,930 voters went on to cast a primary ballot supporting incumbent Mike Crapo – one of the most popular Republicans in Idaho. That is a drop-off of 537 votes.

"Fall-off" is a regular occurrence in any election, where most voters come out for the top-of-the-ticket and each contest from there down draws less and less participation. (*Please see the following graph, "Comparison of Votes Cast in Latah County". It shows the more normalized trend of voter participation in the 2004 general election versus the odd patterns of the preceding primary election.*)

What is unusual is that the vote totals for U.S. Congress go up – to 3212, an increase of some 282 votes. I suspect this is the result of Democrat cross-over voters (DCOV) using the option of voting for a "protest" candidate (Jim Pratt) against incumbent Republican Butch Otter.

(1)

What is most important, however, is that the vote totals for the state senate contest jump to 3,947, some 480 *more* ballots than were cast in the presidential race – and over 1500 more votes than were cast for the incumbent Republican, President Bush.

Sen. Schroeder won that election with 68% of the vote, with a plurality of 1423 votes.  It is, of course, possible that Schroeder would have won that election without the aid of Democrat cross-over; however, the margin would certainly have been much smaller.

The negative consequences of this victory by Schroeder have been important for the Republican Party in Idaho.

Sen. Schroeder has been free to tighten his relationship with the state's foremost union, while distancing himself from the core values of the Republican Party, as expressed in the Idaho GOP State Platform.  His margin of victory has discouraged any other Republican from challenging him; and, in fact, he was unopposed in the last two primaries.

Analysis of 2006 Congressional Primary:

The Republican Primary of 2006 saw the emergence of 6 candidates to fill an open seat created by Butch Otter's decision to run for Governor.

The most liberal candidate in the race was Sen. Sheila Sorensen, who had made her name as a pro-abortion legislator.  Prior to running for Congress, Sorensen had opposed the Senate Republican Majority's desire to protect the sanctity of marriage.

Her opposition to much of the State Party Platform was confirmed by the fact that she garnered only 18% of the vote (district-wide), despite outspending all candidates but one.

Sorensen's vote in Latah County was, however, unusually strong; in fact, she came in first at 31% of Republican ballots cast.  There were wide-spread rumors at the time that Sorensen's campaign was working Democrats in Latah County to support her bid to stop "right-wingers" from taking control of the seat.

The election returns suggest they may have been somewhat successful.

Both Sen. Schroeder and Rep. Trail would be acceptable to Sorensen cross-over voters, and it seems likely that all three were supported by Democrat Cross-Over Voters.  However, the third legislative candidate on the Republican ballot was challenging Democrat Rep. Shirley Ringo.  In that race, we see 325 fewer Republican ballots cast for Roger Falen.  This is a reasonable estimate of the number of Latah County DCOV's participating in the Republican Congressional Primary.

It is perhaps noteworthy that, if we subtract 325 votes from Sorensen's vote total in Latah County, she would have come in 2nd behind the eventual winner, Bill Sali.  In fact, her percentage would have been 18% - approximately what Sorensen was able to win district-wide.

(2)

NOTES:

[1] There are several important background facts of which the reader should be appraised.  In 2004, the IEA-PACE reports expenditures of $30,004.23 to "communicate" political information to its members; this is most likely an accounting of some of the monies used to organize DCOV efforts across the state.

In addition, IEA-PACE reports on file with the Secretary of State show $55,250 in contributions to twelve other political action committees.  We are working on analyzing those separate reports.

[2] According to the Legislature's Daily Data, Sen. Schroeder was one of only 3 Senate Republicans to vote against the Marriage Amendment in 2005.  In 2009, he also supported efforts to raise the gas tax (HB96aas) and developed a 100% pro-abortion voting record.

[3] From data collected on the Idaho Secretary of State's website, based upon candidate and PAC filings under Idaho's Sunshine Act.

*Comparison of Votes Cast*

## *Latah County*

### *2004 GOP Primary*
### *vs.*
### *2004 General Election*



*(Votes for president = 100%)*

▬▬▬ = *Total GOP Primary Votes*

▬▬▬ = *Total General Election Ballots*

**Analysis of Canyon County's District 10**

2008 Primary:

Analysis of the Republican Primary between Rep. Curtis Bowers and challenger Pat Takasugi (House Seat 10A) suggests that Democrat Cross-Over Voters (DCOVs) made a critical difference in Bowers' 507-vote loss to Takasugi.

The first number which caught my attention is the relatively large number of voters participating in the District 10 legislative primary. (*There was only 1 Republican primary in the district in 2008*). With a total of 4,414 votes cast, it exceeds the totals of three previous primary elections.  With 459 more votes cast than in 2004, the total represents a 12% increase in turnout over that previous presidential primary.

More suggestive, however, is the fact that there were 790 more votes cast in the state house contest between Bowers and Takasugi, than were cast in the Republican primary for president.  This may well represent the presence of a block of DCOV's who were uncomfortable casting a ballot for John McCain, Ron Paul – or even voting "None of the Above".

Given the intense controversy Rep. Bowers engendered by public comments about homosexuality and abortion early in his legislative career, there is ample reason to believe that DCOVs were particularly motivated to see him removed from office.

On the other hand, there were 3,814 votes cast in the U.S. Senate Republican primary, and 3,835 ballots voted in the 1st Congressional Republican primary; this compares favorably with the 3,801 ballots cast in the Bowers/Takasugi primary for the state legislature.

Any theory about the presence of a significant block of DCOV participating in the District 10 primary would have to account for the fact that these Democrat voters were not comfortable voting in the presidential primary – but were comfortable casting ballots in the U.S. Senate and Congressional primaries.  A look at both races suggests that is entirely possible.

The Republican front-runner for the U.S. Senate, Jim Risch, is notoriously unpopular with progressive Democrats; but this particular primary offered them a wealth of alternative candidates.  In fact, the ballot that spring carried 8 different GOP candidates.  An analysis of the election returns finds that 43% of those casting ballots in the Republican Senate primary voted for someone other than Sen. Risch, despite his high name recognition and favorability among Republican voters.  That seems an extraordinarily high number, given the fact that the challengers were unknown and grossly under-funded.

Likewise there are some unique dynamics at play in the Congressional primary.  There is no doubt that Mr. Sali, as the incumbent GOP congressman, was the object of unusual and intense dislike by Democrat activists.  I submit that the presence of Matt Salisbury offered this segment a tremendous opportunity to embarrass and politically-weaken Mr. Sali going into his general election contest with Walt Minnick. (And, in fact, Sali garnered only 54% of the primary vote in District 10).

The most compelling data suggesting the presence of DCOVs in the Bowers/Takasugi race is the following graph, ("Comparison of Votes Cast – District 10") which presents a picture of the very unusual voting patterns in the District 10 primary (*blue line*) when compared to the statewide voting patterns of

(5)

Republican primary voters in the same primary election (*red/dashed line*).   With the latter, we see a general fall-off of votes as people work their way down the ballot.  That is clearly not the case with people participating in the District 10 primary – a legislative district with a prohibitively-strong Republican orientation.  That makes it a prime candidate for strategic cross-over by liberal activists.

Given the fact that Rep. Bowers lost by just 507 votes, I believe DCOVs were largely responsible for his removal from the Idaho Legislature.

(6)

**Comparison of Votes Cast**
## District 10
## 2008



GOP Votes Cast in D10 Primary

Statewide GOP Votes in 2008 Primary

*(statewide votes cast in GOP primaries;*
*votes for president = 100;*
*highest legislative vote totals in each district for*
*data point marked "State House A)*

Total Votes Cast in D10 General Election

*(votes for president =100;*
*all races contested)*

**Analysis of Recent Primary Elections in Ada County's District 14**

This legislative district appears to be a hot-bed of Democrat cross-over voting during critical Republican primaries.

2004 Legislative Primaries:

This election presented voters with two intensely-fought legislative primaries – the Beck/Bunderson senate primary, and the Kulczyk/Bastian house primary.  Both races seem to present classic evidence of strategic Democrat participation.

The top of the Republican ticket was led by a popular U.S. Senator, Mike Crapo.  He received 3,742 uncontested votes.  President Bush was also on the ballot, and received 3377 votes in District 14; another 612 'Republican' ballots were cast for "None of the Above" – for a total of 3,989 ballots cast in the presidential Republican contest.

Strangely, 4,085 ballots were cast in the state senate race between the conservative Rod Beck and the IEA-preferred incumbent, Hal Bunderson[*1].  That is 96 more votes than were cast in the presidential contest and 343 more votes than Senator Crapo received.

It is likely, therefore, that somewhere between 343 and 612 Democrat cross-over voters participated in this primary.  Bunderson's margin was just 367 votes.  It is arguable that DCOV's cost Beck the election.

Even more interesting is the House B battle between incumbent representative Henry Kulczyk and liberal challenger Stan Bastian[*2].  It is quite strange that the vote total (n=4094) was even higher than the state senate primary above it on the ballot.  Bastian was heavily backed by the Idaho Education Association because of Kulczyk's strong opposition to the IEA agenda as a member of the House Education Committee.  Bastian beat Kulczyk by just 134 votes.  It is probable, therefore, that Democrat Cross-Over Voters cost Kulczyk his seat in the Legislature.

2006 Legislative Primaries:

There is evidence of a Democrat Cross-Over effort in the state senate contest between Stan Bastian and Rod Beck, though it is less conclusive than I found for 2004.  (This is probably related to both the higher turnout level and the complex ballot situation confronting Democrats in the 2006 Primary).

Let's begin with looking at the proportion of Democrat/Republican primary ballots cast in District 14 over several primary elections.

In the 2002 primary, for which I found no obvious evidence of an organized cross-over effort, 14% of ballots cast in the District 14 Primary were Democrat, 85% were Republican.  In the 2004 Primary Election, only 9% of ballots cast were for the Democrat party, with 91% being cast for Republicans; that shift in proportion was one of the first clues pointing toward an organized DCOV effort.

The next election, 2006, 90% of ballots cast were again Republican, while 10% were Democrat.  That repeating pattern suggests another DCOV effort.  (By way of context, in the 2008 Primary, the proportion reverted to 14% Democrat/86% Republican).

In addition, we have two candidates with a proven ability to attract intense interest from the Idaho

(8)

Education Association: Rep. Bastian was a reliable IEA vote, while Beck has enjoyed an enmity with the teachers' union going back to his time as Senate Majority Leader in the late 1980's.[*3]

Then there is the unusually high number of votes cast in the Republican senate race - 5,547. While that number is less than the total number of Republican ballots cast for Governor in District 14 (5,738) it is nevertheless an unusually-high proportion (97%).  (*The statewide proportion for 2006 Republican primary ballots cast in legislative races is 89.3%*).  Furthermore, more Republican ballots were cast in this state senate primary than were cast in the higher -ballot races for State Superintendent and Lt. Governor.  Again, that contradicts the statewide averages:

### 2006 Idaho Primary

| | |
|---|---|
| GOP ballots for U.S. House: | 132,487 (96.6%) |
| GOP ballots for Governor: | 137,175 (100%) |
| GOP ballots for Lt. Gov: | 119,481 (87%) |
| GOP ballots for SPI: | 129,987 (94.8%) |
| GOP ballots for legislature: | 122,556 (89.3%) |

And, lastly, given the fact that DCOV's likely changed the outcomes of two important primaries in the previous election cycle, the presumption should be made that success would be followed by another attempt to advance the interests of the same politician (Bastian) benefitting from the earlier effort. (*This is to say nothing of the organizational interests of the IEA*).  Bastian defeated Beck by just 303 votes in 2006; that margin could easily have been achieved by a strategic cross-over program.

If the proportion of Democrat-to-Republican ballots cast in the 2006 primary election had been a more "normal" 14%/86% ratio, some 286 fewer votes would have been cast in the GOP contest between Beck and Bastian, perhaps producing a virtual dead heat.

NOTES:

[*1]) The Idaho Education Association did not, apparently, donate money directly to Bunderson's re-election campaign in 2004.  However, they have a long-standing animosity toward Mr. Beck, a former GOP Senate Majority Leader and one of the more outspoken critics of the union's influence in public education.  The IEA-PACE also did not donate money to Bunderson's Democrat challenger in the general election, probably because he did not appear viable.  Thus the union was stuck between an incumbent about whom it was, apparently, not particularly excited and a challenger it dreaded.

[*2]) Bastian received $2000 from IEA-PACE in the 2004 cycle, another $400 from an IEA front group, "Friends of Public Education".

[*3]) Bastian received another $2000 in direct contributions from IEA-PACE in 2006.

**Analysis of Primary Election History in District 15**

District 15, located in Ada County, shows a high level of strategic cross-over voting during three important state senate primary elections. The primary indicator of this rather institutionalized[*1] cross-over effort is an unusually high proportion of GOP legislative ballots cast in the three primary elections (2002, 2004 and 2006) when compared with top-of-ticket races.

2002 PRIMARY ELECTION:

Incumbent Senator John Andreason[*2] survived a vigorous primary challenge in 2002 by Dennis Mansfield, a conservative activist. Sen. Andreason received 2,654 votes, while Mansfield received 1,919 votes – for a plurality of 735 votes. Total GOP ballots cast in the state senate primary equal 4,573.

What catches my attention is the fact that this race has 677 more votes than were cast for long-serving U.S. Senator Larry Craig (3,896). Moreover, 1,160 more ballots were cast in the state senate race than were cast for U.S. Congressman Butch Otter. This suggests selective, or "bullet" balloting by a fairly large number of persons casting Republican votes in this district.

2002 gave voters a 4-way Republican primary for governor, as incumbent Republican Dirk Kempthorne was challenged by Walter Bayes, Milt Erhart and Raynelle George. There were a total of 4,615 ballots cast for Governor among Republican primary voters in District 15. (Governor Kempthorne easily won with 58% of the vote).

There are two things which seem unusual about this vote. First, moderate Republican Milt Erhart received 34% of the vote (1568).

Secondly, there are just 42 fewer votes in the state senate race than in the gubernatorial primary. That means an extraordinarily-high proportion (99%) of those voting in the gubernatorial primary must have voted in the state senate.

To put that proportion in context, we need to examine the broader context of legislative races across Ada County that year.

In 2002, there were 15 Republican primary contests for legislative seats in Ada County, and just three contested races among Democrats.

District 19 that year provides us with a rare example of a meaningful and hard-fought primary contest between Democrats – Mike Burkett vs. Anne Pasley-Stuart. It becomes a "control" district: a Democratic primary of sufficient interest to nearly prohibit Democrat Cross-Over Voting in the Republican legislative primary contest between Joan Cloonan and Myrtle Mae Christensen.

In District 19, a total of 3,872 votes were cast for Governor in the Republican Primary; there were 3,156 votes in the Republican contest between Christensen and Cloonan. That is a proportion of 82%. Put another way, one can say that 18% of Republican gubernatorial voters failed to vote in the down-ballot contest between Cloonan-Christensen.

Comparing the ratios of "fall-off" between the two districts (99% vs. 82%) reinforces the view that

(10)

strategic cross-over voting, designed to protect the moderate John Andreason, occurred in District 15 during the 2002 primary election.

2004 PRIMARY ELECTION:

This primary election saw Sen. Andreason unchallenged (probably as a result of his 58% / 42% victory in 2002). However, there were two contested House primaries – involving an IEA-endorsed candidate (Steve Smylie[*3], also an IEA member) and an IEA-preferred candidate, Max Black.

Total GOP ballots cast in the House A race equals 2,171. 2,176 ballots were voted in the House B contest.

What is peculiar is the proportion of votes cast for the state house contests when compared with the U.S. Senate nomination of Mike Crapo. Only 1,998 votes were cast for Sen. Crapo in District 15.

2004 was also a presidential election year. It is perhaps even more bizarre that President Bush received only 1,788 GOP votes out of District 15; another 334 GOP ballots were cast for "None of the Names Shown", for a total of just 2,122 GOP presidential ballots – 49 fewer votes than were cast for the state legislature.

One could estimate that the number of Democrat- Cross- Over- Voters participating in the legislative primaries is in the range of 383 (334 "None of the Above" + 49 not voting for President). That number (equal to 18% of total votes cast in House B) is potentially significant because Lynn Luker lost his primary challenge to Rep. Max Black by just 70 votes.

2006 PRIMARY ELECTION:

This May election saw a repeat of the Andreason/Mansfield contest for the state senate. Voters were also presented with contested GOP primaries for governor, state controller, state superintendent of schools and attorney general.

Once again, we see an unusually-high number of votes being cast in the Republican state senate race (3,843). That is only 51 fewer votes than were cast for Governor, which means that the number of "Republican" state senate ballots is 99% of those cast for governor. That is an extraordinarily high proportion, suggesting that bullet-balloting in the state senate race may have compensated for the normal drop-off pattern demonstrated by voters.

In fact, if we use Republican votes for governor as the baseline (100%), we find a higher proportion of ballots cast for the state senate than were cast in the contested races for state superintendent (98%), state controller (89%) and even attorney general (92%).

A comparison with other contested GOP primaries around Ada County that year (n=7), confirms the disproportionate rate of voting in the District 15 primary: The average proportion of gubernatorial votes in those contested legislative races is 94%. District 15 has the highest proportion.

The anomalous voting patterns in District 15 are even more dramatically highlighted by comparing vote totals there with statewide results. In the 2006 primary election, 137,175 votes were cast in the Republican primary for governor. A total of 122,556 were cast statewide for Republican legislative candidates, a proportion of just 89.3%.

(11)

I would also direct the reader's attention to the following graph ("Comparison of Votes Cast in District 15") to compare the dramatically-different voting patterns between the primary and general elections of 2006.  The black line represents a fairly normal pattern of voter drop-off as they go down the ballot; the blue line, by contrast, graphically presents the anomalous voting patterns in the 2006 primary.

<u>NOTES:</u>

*[1]) Some readers may not be familiar with the underlying political orientation of the IEA, the state affiliate of the National Education Association.  Campaign finance reports from the 2008 cycle demonstrate the organization's philosophy rather graphically: In that election year, IEA-PACE donated $31,750 to the Idaho Democratic Party or state Democratic Party-affiliated committees.  Just $1,500 was sent to GOP –affiliated committees.

*[2]) The IEA-PACE invested $6,000 in direct contributions to Andreason's campaigns between 2000-2008.

*[3]) Rep. Smylie received the maximum $2,000 from IEA-PACE in 2004.  Rep. Black did not receive monies from the IEA in 2004; a search of his contributions shows $1,000 from IEA-PACE in 2000.

(12)



**Comparison of Votes Cast**
## District 15
## 2006

GOP Votes Cast in Primary

Total Votes Cast in General

*(votes for governor =100; all races contested)*

**Analysis of District 28**

2004 House Primary:

Analysis of election return data for the 2004 Republican Primary demonstrates strong evidence of a cross-over voting campaign by Democrats in the state house contest between Joseph Cannon and Steve Adams.  That effort is the most likely explanation for Mr. Cannon's victory in that nominating election, and confirms the public claims made by Democrat activist and candidate, Beverly Beach (*[1]).

There were 165 more votes cast in the Republican contest for House Seat 28B than were cast for president, and 337 more votes cast than for popular Republican Senator Mike Crapo.  That pattern suggests strategic cross-over voting because those voters obviously did not cast ballots for top-of-the-ticket candidates.

In fact, there were 949 more ballots cast in the House Seat 28B race than in the ballot contest before it, House Seat 28A.

Comparing the voting patterns in District 28 with statewide returns in the 2004 Republican Primary strengthens the conviction that Democrats were organized to prevent the nomination of a bona fide conservative in Mr. Adams.  Using the highest legislative vote totals in each of Idaho's 35 legislative districts, we find that 122,207 ballots were cast for Republican legislative candidates – equal to 98.7% of the Republican votes cast for president.  Yet in District 28, the percentage is 103% of the presidential ballots.  (*Please see attached graph, "Comparison of Votes Cast – District 28 to State"*).

As startling as that data is, it likely *understates* the scale of Democrat cross-over efforts in District 28:   In the course of my statewide research, I have found numerous cases (*see foregoing*) of cross-over campaigns in 2004 Republican legislative primaries – which would inflate the statewide total for Republican legislative ballots cast. That is, without DCOV efforts in a number of districts, the legislative proportion (98.7%) would naturally be lower.  In addition, DCOVs not wishing to vote for President Bush had the option of voting "None of the Names Shown" on their Republican ballot; presumably some of those engaged in strategic cross-over voting in District 28 took advantage of that opportunity.

NOTES:

*[1]) See attached copy of Beverly Beach letter to the editor

(14)

# Beverly Beach

Candidate, District 28, House Seat A

28 South 1000 West, Blackfoot, Idaho 83221    684-3656    email: beach4house@cs.com

Dear ▓▓▓ and ▓▓▓:

Thank you for your help in re-electing Joe Cannon to the state legislature. Mr. Cannon will continue to represent the people of Bingham County well. He understands that the job of a legislator is to represent the people, not the party, and he has shown the moral courage to do so.

As a conservative Democrat, it was my duty and responsibility to support Mr. Cannon in the primary election. Mr. Cannon won the primary by only 936 votes. There was a concerted effort on the part of Bingham County Democrats to persuade all Democrats to vote in the Republican Primary with the purpose of re-electing Mr. Cannon. It is unfortunate that the leadership of the Idaho Republican Party attempted to oust Mr. Cannon and Mr. Shirley of Rexburg; the only two representatives from Southeast Idaho who had the courage and conviction to vote in favor of education. A survey taken by the University of Idaho said Bingham County residents felt education was the most important issue in this election.

I am asking for your support in the upcoming general election. If elected, I will work closely with Mr. Cannon and will look at both sides of all issues. I will always vote in the best interest of the people of Bingham County. *Sending Mr. Lake back to Boise to work with Joe Cannon would be counter-productive. On the issue of education, their votes off-set each other. Another example was the sales tax increase. Mr. Lake voted against the increase and Mr. Cannon voted for it. I am grateful it passed. Without the additional funds, major damage would have been done to our schools. If you will recall in the literature sent out by Steve Adams, Mr. Lake and Mr. Adams worked together to try to defeat Mr. Cannon.*

Republicans in Bingham County need to acknowledge that their party has changed in the past 10 years and does not represent them as in the past. I appreciate those who have called to wish me good luck. It takes courage to support a Democrat in our county but it takes wisdom to know that a change must take place.

My priorities will be to: fully and adequately fund education, remove the sales tax from groceries, work for more equitable taxation, provide tax incentives for small businesses, fully and adequately fund the Children's Health Insurance Program (CHIP), and bring good paying jobs to Idaho.

I believe that the future of our children and indeed the future of Idaho depend upon providing our children with the very best education possible. Our state is working to attract non-retail businesses to Idaho. The first question asked by these people is about education. Do we provide good schools for the families of their employees and can we provide a well-trained work force? Mr. Lake has consistently cast votes that were not in the best interest of our public schools.

Please join me in helping make Idaho an even better place than it already is. The people of Bingham County deserve to be better represented. I am asking for your vote on November 2nd. Thank you.

Sincerely,

*Beverly*

Beverly Beach

**Pro family:** Families are my number one priority.
**Pro education:** When we short-change education, we short-change our children.
**Pro Idaho:** Strong families with good-paying jobs mean a strong Idaho.

If you can support me, please call me at 339-3605.

*Comparison of Votes Cast*

**District 28**
**2004**



GOP Votes Cast in D28 Primary

Statewide GOP Votes in 2008 Primary

*(statewide votes cast in GOP primaries;*
*votes for president = 100;*
*highest legislative vote totals in each district used for*
*data point marked "State House B")*