**CHRIST T. TROUPIS**
**TROUPIS LAW OFFICE P.A.**
**1299 E. Iron Eagle, Ste 130**
**P.O. Box 2408**
**Eagle, Idaho 83616**
**Ph: (208) 938-5584**
**Fax: (208) 938-5482**
**Email: ctroupis@troupislaw.com**

**JOHN ERIC SUTTON**
**J.E. SUTTON & ASSOCIATES**
**200 N. 3rd St., Ste 2 & 3**
**Boise, Idaho 83701**
**Ph: (208) 336-4444**
**Fax: (208) 336-4494**
**Email: jesutton@jesutton.com**

**Attorneys for Plaintiff Idaho Republican Party**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **IDAHO REPUBLICAN PARTY, et.al.,** ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:08-CV-00165-BLW |
| ) | |
| vs. ) | AFFIDAVIT OF |
| ) | LENORE BARRETT |
| **BEN YSURSA, In his Official Capacity as** ) | |
| **Secretary of State of the State of Idaho,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

Lenore Barrett, being first duly sworn, deposes on oath and states:

1. I am not a party to this lawsuit. Each of the matters stated herein are known to me of my personal knowledge and if sworn as a witness, I could testify competently thereto.

2. The reality of crossover voting in the primary hit home for me thanks to a comment made during my 2008 campaign. We had an open forum discussion in Salmon for the Primary because in that particular primary, I had a Republican opponent, the first I'd had in many races.

3. Salmon has a small yet vocal contingent of Democrats, and many of them were in attendance. I thought nothing of it and spoke my mind as I normally would. At the close of this particular forum, a Democratic candidate who had no primary Democratic opponent and would challenge a Republican in the General election took the podium and spoke directly to the Democrats saying "to you Democrats out there, since you don't have a candidate in the primary, I recommend that you vote in the Republican primary."

4. Specifically addressing the support of a closed primary in a discussion I had in Boise, one of my fellow "Republicans" said, "I can't support a closed primary. If not for cross over voting, I would not have been elected."

FURTHER, AFFIANT SAYETH NOT.

_____
Lenore Barrett

State of Idaho       )
                     ) ss.
County of Ada        )

Subscribed and sworn to before me, a Notary Public in and for the State of Idaho on this _____ day of January, 2010.

_____
Notary Public
My commission expires:
Residing At:

Affidavit of Lenore Barrett                2

2. The reality of crossover voting in the primary hit home for me thanks to a comment made during my 2008 campaign. We had an open forum discussion in Salmon for the Primary because in that particular primary, I had a Republican opponent, the first I'd had in many races.

3. Salmon has a small yet vocal contingent of Democrats, and many of them were in attendance. I thought nothing of it and spoke my mind as I normally would. At the close of this particular forum, a Democratic candidate who had no primary Democratic opponent and would challenge a Republican in the General election took the podium and spoke directly to the Democrats saying "to you Democrats out there, since you don't have a candidate in the primary, I recommend that you vote in the Republican primary."

4. Specifically addressing the support of a closed primary in a discussion I had in Boise, one of my fellow "Republicans" said, "I can't support a closed primary. If not for cross over voting, I would not have been elected."

FURTHER, AFFIANT SAYETH NOT.

_____
Lenore Barrett

State of Idaho      )
                    ) ss.
County of Ada       )

Subscribed and sworn to before me, a Notary Public in and for the State of Idaho on this _15_ day of January, 2010.

_____
Notary Public
My commission expires: 9-24-2013
Residing At: Boise, ID

Affidavit of Lenore Barrett                2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January, 2010, I served a copy of the foregoing Affidavit of Lenore Barrett by email transmission, addressed to the following persons:

Gary Allen
Givens Pursley
P.O. Box 2720
Boise, Idaho 83701-2720
garyallen@givenspursley.com

Harry Kresky
LAW OFFICE OF HARRY KRESKY
250 W. 57th Street, Ste 2017
New York, NY 10107
harrykresky@aol.com

Michael S. Gilmore
Karin D. Jones
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson Street, Second Level
P.O. Box 83720
Boise, ID 83720-0010
mike.gilmore@ag.idaho.gov
karin.jones@ag.idaho.gov