CHRIST T. TROUPIS
TROUPIS LAW OFFICE P.A.
1299 E. Iron Eagle, Ste 130
P.O. Box 2408
Eagle, Idaho 83616
Ph: (208) 938-5584
Fax: (208) 938-5482
Email: ctroupis@troupislaw.com

JOHN ERIC SUTTON
J.E. SUTTON & ASSOCIATES
200 N. 3rd St., Ste 2 & 3
Boise, Idaho 83701
Ph: (208) 336-4444
Fax: (208) 336-4494
Email: jesutton@jesutton.com

Attorneys for Plaintiff Idaho Republican Party

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO REPUBLICAN PARTY, et.al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:08-CV-00165-BLW |
| ) | |
| vs. ) | AFFIDAVIT OF |
| ) | ROD BECK |
| BEN YSURSA, In his Official Capacity as ) | |
| Secretary of State of the State of Idaho, ) | |
| ) | |
| Defendant. ) | |

Rod Beck, being first duly sworn, deposes on oath and states:

1. I am not a party to this lawsuit. Each of the matters stated herein are known to me of my personal knowledge and if sworn as a witness, I could testify competently thereto.

2. In 2004, I ran for the Idaho State Senate in the District 14 Republican Primary against Hal Bunderson, and in 2006, I ran for the Idaho State Senate in the District 14 Republican Primary against Stan Bastian.

3. In both my 2004 and 2006 State Senate Primaries, I came across evidence of cross over voting when I was campaigning. On one occasion I was directly contacting voters by approaching them at their home. Usually, when I have directly contacted people at their front doors they are quite pleasant and non-confrontational. They typically thank you for the visit and ask you to leave any material with them and that is the end of it. On several occasions I came across people who were just the opposite. In those instances the conversation went something like this; "Yes I know who you are and I am voting for your opponent and against you in the Republican primary." Upon further probing, I discovered that those people were members of the teachers union (IEA) or were to one degree or another involved with education. Most stated empirically that they <u>were indeed proud Democrats, and that they would be voting in the Republican primary</u> to make sure that the Republican candidate more closely associated with their viewpoint would win. This same scenario occurred numerous times during the course of my campaigns.

4. During my campaigns, I presented myself as a solid Republican, with viewpoints representative of the Party Platform. Both of my opponents deviated from the platform substantially. Stan Bastian's positions was more closely associated with the Democrat teachers union (IEA) and government in general than that of the Republican party platform position, particularly on issues relating to education

and general government. Hal Bunderson took contrary positions to the platform on both spending and taxes and the size and scope of government.

5. I knew in facing both of these candidates that I was going to have to try to counteract the cross over voting affect, and as a result had to raise more money and spend greater amounts than I otherwise would have in a closed primary environment. The reason for this was that I was unwilling to modify my policy positions on the issues to appease Democrats therefore in order to collect enough votes to win, I had to expose my opponents contrary Republican positions. I knew I had to motivate more Republicans to vote for the candidate that held Republican positions on the issues and against my opponents whose positions were closer to the Democrat positions on the issues

6. As a result of Democrat cross over voting, the candidates ultimately chosen in the primary election did not as represent sufficiently the Republican Party viewpoint or party platform.

7. In both races, the policies and platform of the Idaho Republican Party failed to be adequately addressed or respected by these respective legislators upon their arrival in the legislature, resulting in both failed legislation and the weakening of the Republican Party positions on the issues before the Legislature. For example Stan Bastian voted in the Idaho State Senate more in line with the IEA position on the issues than that of the Idaho Republican Party. Hal Bunderson usually supported positions more closely aligned with Idaho Cities and Counties and most any other layer of Government than with the limited government approach articulated in the Idaho Republican platform.

FURTHER, AFFIANT SAYETH NOT.

_____
Rod Beck

State of Idaho        )
                      ) ss.
County of Ada         )

Subscribed and sworn to before me, a Notary Public in and for the State of Idaho on this  13   day of January, 2010.

_____
Notary Public
My commission expires:
Residing At:

Affidavit of Rod Beck                            4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this /3 day of January, 2010, I served a copy of the foregoing Affidavit of Rod Beck by placing the same in the U.S. Mail, postage prepaid, addressed to the following persons:

Gary Allen
Givens Pursley
P.O. Box 2720
Boise, Idaho 83701-2720
garyallen@givenspursley.com

Harry Kresky
LAW OFFICE OF HARRY KRESKY
250 W. 57th Street, Ste 2017
New York, NY 10107
harrykresky@aol.com

Michael S. Gilmore
Karin D. Jones
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson Street, Second Level
P.O. Box 83720
Boise, ID 83720-0010
mike.gilmore@ag.idaho.gov
karin.jones@ag.idaho.gov

