**CHRIST T. TROUPIS**
**TROUPIS LAW OFFICE P.A.**
**1299 E. Iron Eagle, Ste 130**
**P.O. Box 2408**
**Eagle, Idaho 83616**
**Ph: (208) 938-5584**
**Fax: (208) 938-5482**
**Email: ctroupis@troupislaw.com**

**JOHN ERIC SUTTON**
**J.E. SUTTON & ASSOCIATES**
**200 N. 3rd St., Ste 2 & 3**
**Boise, Idaho 83701**
**Ph: (208) 336-4444**
**Fax: (208) 336-4494**
**Email: jesutton@jesutton.com**

**Attorneys for Plaintiff Idaho Republican Party**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **IDAHO REPUBLICAN PARTY, et.al.,** ) | |
| ) | |
| **Plaintiffs,** ) | **Case No. 1:08-CV-00165-BLW** |
| ) | |
| **vs.** ) | **AFFIDAVIT OF** |
| ) | **CURTIS BOWERS** |
| **BEN YSURSA, In his Official Capacity as** ) | |
| **Secretary of State of the State of Idaho,** ) | |
| ) | |
| **Defendant.** ) | |
| ——————————————————— ) | |

Curtis Bowers, being first duly sworn, deposes on oath and states:

1.  I am not a party to this lawsuit. Each of the matters stated herein are known to

    me of my personal knowledge and if sworn as a witness, I could testify

    competently thereto.

2. In 2008, I was the incumbent Representative in District 10, House Seat. I was challenged in the Republican Primary election by Pat Takasugi. During my campaigning, I met many Democrats who specifically told me they would be voting in our primary for my moderate opponent.

3. As I campaigned in my district, I used the Republican voter lists while walking precincts.  I only stopped at homes identified in voter lists as Republican voters. I recall calling on the homes of four (4) democrats because the prior homeowners listed on our Republican voter lists had moved.  Each of these homeowners identified themselves as Democrats. Three specifically said, "We'll be voting - for Pat Takasugi".  They also told me that, "we (Democrats) always do that," as if cross-over voting was a tradition with the Democratic party in Idaho. None of these three (3) voters were young Democratic rebels; they were all older established Democratic grandmothers.

4. Democratic crossover is not an if.  It is a fact.  I recall an article I read by Bill Cope in 2006 about a longstanding democratic tradition in Idaho of voting in the Republican primaries.  (the article is "Clown Control" - Boise Weekly, May 17, 2006 – see excerpt below)

    a) *Yes, come Tuesday, I'm going to the Republican ballot and voting for Sheila Sorensen. I am, what they call, "cross voting." Democrat party leaders advise against it, but I've done it plenty of times. In fact, when it comes to primary elections, I've probably voted Republican more often than Democrat. And I know I'm not the only one. There is somewhat of a tradition among Idaho Dems to go Rep in the primaries, and it goes back*

*many election cycles. Maybe back as far as the year Steve Symms ran against Frank Church. Maybe even as far back as when Don Samuelson bumbled out of Sandpoint to become governor. Who knows? Maybe it's been around since the baby years of Idaho.*

*In the past, the idea behind Ds voting R has been that if the Ds help get the most feeble, the most pathetic, the most obviously unqualified of Rs onto the general ballot--usually at the expense of the moderate, sensible Rs--the D has a better chance of winning in November. And in this state, there has never been a shortage of feeble, pathetic, unqualified Rs to chose from.* http://www.boiseweekly.com/boise/clown-control/Content?oid=927860

5. During my primary campaign, I knew that cross-over voting was going to occur, and I also knew that because it was going to occur, I would be at a decided disadvantage because people in my District know that I am a hard core conservative.  I had taken several public positions and written several articles on conservative culture issues that became front-page issues in the paper. Over 40 letters to the editor were written in response to my letters.

6. The clear-cut distinction between the much more moderate Takasugi and my more conservative and highly public viewpoints provided the perfect environment for cross over voters.  There was no way to counter-balance that.

7. Looking back at my contested primary election, I should have taken more effort to point out Takasugi's non party aligned positions to counteract the crossover,

especially since my positions directly lined up with Party Platform. However, the reality of cross-over voting in Idaho primaries has created an environment in which conservative Republican candidates will try not to stir the pot by bringing up the issues that will agitate the non-party crowd because we have to try to get those non-party votes in the Republican primary or lose to a more moderate or liberal candidate.  My positions were too publicly documented to take that approach.  I never changed my positions, but I knew that specific issues would awaken those non-party primary voters and get them to the polls to vote against me.

8.  Open Primaries have affected legislative policies adopted by the State Legislature.  Many of those elected as Republicans have voting records more aligned with Democratic policy.

9.  In my time at the State House, it was not uncommon to hear politicians like Mark Snodgrass openly speak to the fact that he only ran as a Republican because in Idaho he could not win as a Democrat. His voting record clearly demonstrated his alignment with Democratic policy positions instead of the Republican platform.

10. I was shocked to see that when a purely IRP platform idea would come along in

legislation that you couldn't get a straight party line idea passed even though the

Republican party held a clear majority in both the House and Senate.  This is

clear evidence of the presence of non-party aligned moderates occupying seats

obtained through cross over voting of non-Republicans.

FURTHER, AFFIANT SAYETH NOT.

Curtis Bowers

State of Idaho                    )
                                  ) ss.
County of ~~Ada~~ *Canyon*        )

    Subscribed and sworn to before me, a Notary Public in and for the State of Idaho
on this _25th_ day of January, 2010.



Notary Public
My commission expires: *12-18-10*
Residing At: *NAmpa*