CHRIST T. TROUPIS
TROUPIS LAW OFFICE P.A.
1299 E. Iron Eagle, Ste 130
P.O. Box 2408
Eagle, Idaho 83616
Ph: (208) 938-5584
Fax: (208) 938-5482
Email: ctroupis@troupislaw.com

JOHN ERIC SUTTON
J.E. SUTTON & ASSOCIATES
200 N. 3rd St., Ste 2 & 3
Boise, Idaho 83701
Ph: (208) 336-4444
Fax: (208) 336-4494
Email: jesutton@jesutton.com

Attorneys for Plaintiff Idaho Republican Party

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO REPUBLICAN PARTY, et.al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:08-CV-00165-BLW |
| ) | |
| vs. ) | AFFIDAVIT OF |
| ) | DARREL DEIDE |
| BEN YSURSA, In his Official Capacity as ) | |
| Secretary of State of the State of Idaho, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Darrel Deide, being first duly sworn, deposes on oath and states:

1. I am not a party to this lawsuit. Each of the matters stated herein are known to me of my personal knowledge and if sworn as a witness, I could testify competently thereto.

2. From 1996 to 2002, I served in the Idaho State Senate representing District 10. In 2002, I was seeking my fourth term in the Senate and ran in the Republican primary against Ron McWilliams. I lost the election to McWilliams by 434 votes.

3. I won election in all three prior terms of office handily. Only one of these election cycles was contested at the primary level. I had over 20 years experience as a School Superintendant and was a popular Senator in my District.

4. I believe that the IEA saw me as a threat. In my third term, I advocated major contract language that may have threatened the policy of tenure.

5. My challenger in this race came with no prior political history, saying things the union wanted to hear, and gained the support of that traditionally Democrat union. The IEA donated $1000 to McWilliams primary campaing, making it his single largest donor.

6. It was obvious that there was cross over voting, as the teachers in my district are historically both democrat and union. I witnessed yard signs, fund raising activities, and other non-typical campaign activity by known democrats, people who never supported a Republican.

7. During this primary campaign, one voter in my District who I know to be a Democrat as a result of both conversations we've had and by his past endorsements, posted a Republican candidate sign in his yard for my opponent.

8. Reputed and well known Democrats hosted fundraisers in their yards and publicly raised money for Mr. McWilliams.

9. There is no question in my mind that the cross over voting was a significant factor in my defeat in the primary.

10. I was possibly naive in that I saw it happening, but didn't imagine the impact it was having.

11. In the last few days, there were new yard signs popping up, emails being sent, and letters circulated that no amount of late fund raising was going to counteract.

12. I likely fed the crossover vote. At a forum primarily stocked with Democrats, I was asked if I was in favor of certain things in opposition of particular teacher contract law. I stood consistent in my position, unknowingly feeding those from outside of the Republican party who would use their vote against me in my Republican Party's primary.

13. During my three terms in the Idaho Senate, I witnessed the damaging effect that cross-over voting has had on the Idaho State and County Republican Parties. Republican Candidates have been nominated and elected who do not support the Republican Party platform and are not representative of Republican ideals and principles.

FURTHER, AFFIANT SAYETH NOT.

_____
Darrel Deide

State of ~~Idaho~~ ARIZONA )
                              ) ss.
County of ~~Ada~~ PIMA )

Subscribed and sworn to before me, a Notary Public in and for the State of ~~Idaho~~ ARIZON on this 13 day of January, 2010.

Patricia L. Komorowski
Notary Public
My commission expires: 7-27-2013
Residing At: 4949 W. Heritage Club Blvd
MARANA AZ 85658

OFFICIAL SEAL
PATRICIA L KOMOROWSKI
Notary Public  State of Arizona
PIMA COUNTY
My Comm. Expires Jul. 27, 2013

## CERTIFICATE OF SERVICE

Launch Microsoft Office Outlook.lnk     I HEREBY CERTIFY that on this /3 day of January, 2010, I served a copy of the foregoing Affidavit of Darrel Diede by placing the same in the U.S. Mail, postage prepaid, addressed to the following persons:

Gary Allen
Givens Pursley
P.O. Box 2720
Boise, Idaho 83701-2720
garyallen@givenspursley.com

Harry Kresky
LAW OFFICE OF HARRY KRESKY
250 W. 57th Street, Ste 2017
New York, NY 10107
harrykresky@aol.com

Michael S. Gilmore
Karin D. Jones
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson Street, Second Level
P.O. Box 83720
Boise, ID 83720-0010
mike.gilmore@ag.idaho.gov
karin.jones@ag.idaho.gov