CHRIST T. TROUPIS
TROUPIS LAW OFFICE P.A.
1299 E. Iron Eagle, Ste 130
P.O. Box 2408
Eagle, Idaho 83616
Ph: (208) 938-5584
Fax: (208) 938-5482
Email: ctroupis@troupislaw.com

JOHN ERIC SUTTON
J.E. SUTTON & ASSOCIATES
200 N. 3rd St., Ste 2 & 3
Boise, Idaho 83701
Ph: (208) 336-4444
Fax: (208) 336-4494
Email: jesutton@jesutton.com

Attorneys for Plaintiff Idaho Republican Party

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO REPUBLICAN PARTY, et.al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:08-CV-00165-BLW |
| ) | |
| vs. ) | AFFIDAVIT OF |
| ) | HENRY KULCZYK |
| BEN YSURSA, In his Official Capacity as ) | |
| Secretary of State of the State of Idaho, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Henry Kulczyk, being first duly sworn, deposes on oath and states:

1. I am not a party to this lawsuit. Each of the matters stated herein are known to me of my personal knowledge and if sworn as a witness, I could testify competently thereto.

2. In 2002, I was elected to the Idaho State Legislature in District 14 House Seat B. In 2004, I ran in the District 14 Republican Primary as the incumbent against Stan Bastian for House Seat B and lost the race to him.

3. Based on substantial evidence, I believe that Stan Bastian was a Democrat running in my primary race as a Republican. The evidence for this conclusion includes the following facts: Stan Bastian received $2,000 from IEA-PACE in the 2004 election, and $400 from an IEA front group, "Friends of Public Education." He received another $2,000 from IEA-PACE in 2006; he took positions on the issues contrary to the Republican Party platform and espoused by the Democrat Party; he repeatedly voted in the Idaho legislature contrary to the Republican Party platform and consistent with the policy positions of the IEA. Attached hereto, marked Exhibit A, is a true and accurate copy of a political mailer I authored for my primary campaign against Stan Bastian. In that mailing, I accurately pointed out Stan Bastian's Democrat policy positions, financial connections with Democrats and Bastian's donations to the Democrat Party and causes, and opposition to the Ten Commandments monument.

4. It is my belief that Stan Bastian was running in a Republican primary as part of a concerted effort by the Democratic party and the IEA to remove me as a conservative incumbent. In the 2003 and 2004 legislative sessions, I served as a member of the House Education Committee and consistently opposed the IEA agenda. I sponsored legislation for tuition tax credits and was the primary school choice advocate. As a result, I was considered an enemy and strategic target of the IEA.

5. There were two races in my district in 2004 in which conservative core value Republican candidates faced non-conservative contenders. In my race against Bastian, there were a total of 4,094 votes cast. This was 105 more votes than were cast in the Republican presidential primary in the district, and in the presidential primary, 612 ballots were voted for "None of the above." The total votes cast in my election was also 343 more votes

than Senator Mike Crapo received. (He was unopposed.) This documented 'bullet balloting' is strong evidence that there were between 343 and 612 non-Republican cross-over votes cast in my primary race.

6. I only lost the primary race to Stan Bastian by 134 votes. Based on these facts, I can safely conclude that cross-over voting by non-Republicans was the decisive factor in my defeat in that primary race.

7. We suspected and believed that we would see cross-over voting by non-Republicans as soon as we found out Stan's background and history of both supporting Democratic candidates and viewpoints.

8. Stan Bastian supported the removal of the Ten Commandments by Democratic Mayor Dave Bieter, and has a record of financially supporting Democratic candidates in past elections.

9. You can not fight an organized, concerted effort to remove you in a primary by an opponent that you shouldn't be facing until a general election.

10. In what was already a tough election primary for voter turnout, we had to focus on credibility matters instead of political issues.

11. We had to send out literature mentioning Stan's Democratic behavior and support base. We specifically had to address the issue of his past positions and contributions.

12. A candidate that would not be taken seriously by registered party voters in a closed primary system becomes a legitimate challenge when that process is open to non-party voters.

13. This fact caused us to have to shift the focus of our efforts to bringing these credibility issues to light, as evidenced by our materials.

14. We brought Stan Bastian's history up in our campaign literature, and we specifically had to spend extra dollars in printing and mailing these pieces that we otherwise would not

have had to expend. We would have been able to focus that energy and funding elsewhere.

15. I lost a Republican Primary to a Democrat by votes of Democrat voters. If it wasn't for that, I'd would have still had the House seat when it was all done. That is a travesty.

FURTHER, AFFIANT SAYETH NOT.

_____
Henry Kulczyk

State of ~~Idaho~~ Oregon        )
                                 ) ss.
County of Ada                    )

Subscribed and sworn to before me, a Notary Public in and for the State of ~~Idaho~~ Oregon on this 13 day of January, 2010.

_____
Notary Public
My commission expires:
Residing At:

OFFICIAL SEAL
CATHY H HETH
NOTARY PUBLIC-OREGON
COMMISSION NO. 415213
MY COMMISSION EXPIRES MAR. 30, 2011

Affidavit of Henry Kulczyk

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of January, 2010, I served a copy of the foregoing Affidavit of Henry Kulczyk by email transmission, addressed to the following persons:

Gary Allen
Givens Pursley
P.O. Box 2720
Boise, Idaho 83701-2720
garyallen@givenspursley.com

Harry Kresky
LAW OFFICE OF HARRY KRESKY
250 W. 57th Street, Ste 2017
New York, NY 10107
harrykresky@aol.com

Michael S. Gilmore
Karin D. Jones
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson Street, Second Level
P.O. Box 83720
Boise, ID 83720-0010
mike.gilmore@ag.idaho.gov
karin.jones@ag.idaho.gov

# Henry Kulczyk RE-ELECT for House

3305 N. Ballantyne • Eagle, ID 83616 • (208) 939-8888
www.hkulczyk.com • henry@hkulczyk.com

Dear Neighbors:

It is now the middle of the Republican primary in Dist. 14. Signs are showing up everywhere and we are beginning to receive mail and hear about the different candidates. The difficult part is to be able to read through the rhetoric. It seems everyone wants to be known as a conservative Republican who wants lower taxes and supports limited government. The reason is simple, that is what you need to "say" if you want to get elected in Dist. 14, and in fact most of Idaho.

Why then is it with all these "conservative" Republicans in office have we doubled the General Fund budget in a little over 10 years? Why during the recession, where the private sector had been laying off thousands of employees, did the State of Idaho's budget increase $367 million? **Why is Idaho the 11th highest taxed state in the nation for state and local taxes?** *(Wall St. Journal, 4/8/04)* Why in the most Republican state in the nation, with President Bush asking states to strengthen their constitutions and further protect marriage, we could not even get a hearing on that legislation in the Republican-controlled Senate?

**The answer is simple.** Our legislature is full of those who pose as Republicans during the election, then vote their left-liberal views. Dr. Jim Weatherby, political professor at BSU, stated: *"It's true at both the state and the local level that people interested in being elected to office run as Republicans, even though they might have more Democratic leanings."* *(Magic Valley Times, 4/25/04)*

Henry's opponent, Stan Bastian, is one of those people. He *says* he will sign the Taxpayer Protection Pledge and won't raise taxes. Then, Stan says had he been in the legislature he would have voted for the largest tax increase in Idaho history. **Which is it?**

Stan *says* he is a conservative Republican, but Stan's letterhead election committee consists of people who have donated tens of thousands of dollars to left-liberal Democrats like Mike Burkett, Bob Huntley, Jerry Brady, Marilyn Howard, Jim Corey, Eileen Thornburg and Wally Hedrick.

Further, they have donated more money to the Ada Democrat Party, the Jefferson-Jackson Banquet, Freedom Means Choice, Gracies List, Idaho's pro-homosexual PAC, Idaho Democrat Central Committee, Idaho State Democrats and the Mini-Cassia Democrats ... etc.

Joining with them are the Ada County Highway District Commissioners. Do we want state government to be run like the Ada County Highway District? *Egad!*

**It is no wonder left-liberal Democrat Mayor Dave Bieter is endorsing Bastian!**

They both believe the Ten Commandments have no place on public property. Also, Charles Howarth, a member of the Freedom *From* Religion Foundation, is a member of Stan's committee.

> *"It's true at both the state and the local level that people interested in being elected to office run as Republicans, even though they might have more Democratic leanings."*
> Dr. Jim Wetherby, BSU, Political Science

Gov. Dirk Kempthorne, Senators Craig and Crapo, Congressmen Otter and Simpson all agree with me that protecting our American Heritage means the Ten Commandments and other references to God have a rightful place in the public square. ***Again, Stan supported the removal of the Ten Commandments monument by the Democrat Mayor Dave Beiter.*** *(Statesman, 3/31/04)*

### Henry's supporters

In contrast let's look at the all-star Republican line-up supporting Henry Kulczyk. **Cong. Helen Chenoweth** says "Henry knows the issues, works hard and his

integrity is beyond question." **Cong. Butch Otter** says, "Henry is a straight shooter."

**Rep. Mike Moyle** states, "Henry does a great job representing the people of Dist. 14." Representatives **Bill Sali, Lenore Barrett, Frank Bruneel**, Pete Nielsen, and Jim Clark, plus, the vice-chairman of the House Education Committee, Rep. Dennis Lake, are endorsing my campaign. I serve on the Education Committee.

Current and former senators like Stan Hawkins, Gerry Sweet, Ric Branch, Skip Brandt, and Jack Noble all true-tested conservative Republicans support Henry Kulczyk.

Local business leaders like **Bob DeShazo** *(Eagle Water)*, **Frank Skinner** *(SOS Well Drilling)*, **Jay Green** *(DVM)*, **Gilbert Simpson** *(DDS)*, **Gale Pooley**, Jim Auld, Myron Sharpe, Bob Forrey, Robert Hoover, Brandi Swindell *(Ten Commandments Coalition)*, Pastor Bryan Fischer and Robbie Robinson know Henry is a small businessman who understands the burdens placed on business by government. Conservative groups like the **NRA**, Idahoans for Tax Reform and Idaho Chooses Life support Henry.

Often, I am a lone vote standing for limited government, protecting property rights, and against government bloat. But those tough votes are all worth it when I get a call from a constituent saying, "Henry, I may not always agree with you on every issue, however, I do appreciate the fact that you consistently stand for those principles. That is why I will continue to vote for you."

<u>Do you believe the problem is that government does not have enough money to spend, or do you think the problem is government spends too much?</u>

It is a sad commentary that too many citizens of Dist. 14 do not expect the *"temporary"* 20% sales tax increase to actually be temporary.

Again, in the past five years, through an economic recession, Idaho has increased spending by $367 million. Think about that for a moment. We are on a dangerous course and I need your help to begin slowing things down before we have another financial wreck.

On May 25th you have a clear choice. Look at those who hope to elect Stan and you'll know their agenda. <u>Actually, Stan should be running as a Democrat.</u> Compare them with my supporters and you'll know the principles for which I stand. **I ask for your vote on May 25th, for a true Republican.**

May God bless you and your family,

Henry Kulczyk
State Representative
Dist. 14

P.S. I have found a great primer on what government should do. It is **The Proper Role of Government** by Ezra Taft Benson. I would like to share this essay with you. Return the coupon below and I will send you a free copy. Thank you for your support and prayers.

---

  ~ **COUPON** ~  

### *The Proper Role of Government*
*by Ezra Taft Benson*

This booklet illuminates the timeless ideas and the individuals who, through their writings, spark the irrepressible inner-drive of personal liberty. They steel us to confront those who seek dominance over our fellow man.

Clip this coupon then return it and I'll send you a complimentary copy of Mr. Benson's insightful essay. -- Rep. Henry Kulczyk

*Mail coupon to: Kulczyk for House • P.O. Box 381 • Star, ID  83669*