**CHRIST T. TROUPIS**
**TROUPIS LAW OFFICE P.A.**
**1299 E. Iron Eagle, Ste 130**
**P.O. Box 2408**
**Eagle, Idaho 83616**
**Ph: (208) 938-5584**
**Fax: (208) 938-5482**
**Email: ctroupis@troupislaw.com**

**JOHN ERIC SUTTON**
**J.E. SUTTON & ASSOCIATES**
**200 N. 3rd St., Ste 2 & 3**
**Boise, Idaho 83701**
**Ph: (208) 336-4444**
**Fax: (208) 336-4494**
**Email: jesutton@jesutton.com**

**Attorneys for Plaintiff Idaho Republican Party**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| **IDAHO REPUBLICAN PARTY, et.al.,** ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:08-CV-00165-BLW |
| ) | |
| vs. ) | AFFIDAVIT OF |
| ) | LAIRD MAXWELL |
| **BEN YSURSA, In his Official Capacity as** ) | |
| **Secretary of State of the State of Idaho,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

Laird Maxwell, being first duly sworn, deposes on oath and states:

1. I am not a party to this lawsuit. Each of the matters stated herein are known to me of my personal knowledge and if sworn as a witness, I could testify competently thereto.

2. In the 2004 Republican Primaries, I served as a consultant to both Rod Beck and Henry Kulczyk in their respective races.

3. In Henry Kulczyk's campaign, we recognized that Stan Bastian was in fact a Democrat running as a Republican. For that reason, we created campaign literature that exposed the fact that Bastian was supported by Democrats, financed by Democrats, had supported other Democrats, and backed Democrat policy positions on the issues, particularly in the area of education.

4. We were also aware of the fact that cross-over voting occurred in these 2004 races. Crossover voting allowed Hal Bunderson to beat Rod Beck in the primary. Beck lost by under 400 votes. Kulczyk lost by under 200 against Stan Bastian. Review of the voting for other offices in the Republican Primary in 2004, including the Presidential primary and Senator Crapo's uncontested race establish the existence and extent of strategic cross-over voting by non-Republicans in the Beck and Kulczyk races.

5. As a campaign strategy, we always have to figure that we have a 7-10% crossover effect that we have to overcome, depending on the race and the analysis therein in this open primary system.

6. We had to do a huge turnout effort in 2004 to try to overcome the crossover effect for these two races. We just couldn't overcome it.

7. If the Democrats don't need to stay home, you have a perfect situation for the crossover votes. They vote for the most liberal candidate on the ballot, resulting in a misrepresentation of the true core of the Republican Party, depriving the party of the true representation it deserves.

8. I personally purchased radio ads declaring Stan Bastian and Hal Bunderson as RINO's (Republicans In Name Only). I personally and strategically spent money on that point alone in the 2004 Primary. Attached hereto, marked Exhibit A, are true and accurate copies of those radio ads.

FURTHER, AFFIANT SAYETH NOT.

*Laird Maxwell*
Laird Maxwell

State of Arizona       )
                       ) ss.
County of Yavapai      )

Subscribed and sworn to before me, a Notary Public in and for the State of Arizona on this __15__ day of January, 2010.

Notary Public
My commission expires:
Residing At:

Affidavit of Laird Maxwell                3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January, 2010, I served a copy of the foregoing Affidavit of Laird Maxwell by email transmission, addressed to the following persons:

Gary Allen
Givens Pursley
P.O. Box 2720
Boise, Idaho 83701-2720
garyallen@givenspursley.com

Harry Kresky
LAW OFFICE OF HARRY KRESKY
250 W. 57th Street, Ste 2017
New York, NY 10107
harrykresky@aol.com

Michael S. Gilmore
Karin D. Jones
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson Street, Second Level
P.O. Box 83720
Boise, ID 83720-0010
mike.gilmore@ag.idaho.gov
karin.jones@ag.idaho.gov

