CHRIST T. TROUPIS
TROUPIS LAW OFFICE P.A.
1299 E. Iron Eagle, Ste 130
P.O. Box 2408
Eagle, Idaho 83616
Ph: (208) 938-5584
Fax: (208) 938-5482
Email: ctroupis@troupislaw.com

JOHN ERIC SUTTON
J.E. SUTTON & ASSOCIATES
200 N. 3rd St., Ste 2 & 3
Boise, Idaho 83701
Ph: (208) 336-4444
Fax: (208) 336-4494
Email: jesutton@jesutton.com

Attorneys for Plaintiff Idaho Republican Party

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| **IDAHO REPUBLICAN PARTY, et.al.,** <br> **Plaintiffs,** <br> **vs.** <br> **BEN YSURSA, In his Official Capacity as Secretary of State of the State of Idaho,** <br> **Defendant.** | **Case No. 1:08-CV-00165-BLW** <br> **AFFIDAVIT OF GREGG VANCE** |

Gregg Vance, being first duly sworn, deposes on oath and states:

1. I am not a party to this lawsuit. Each of the matters stated herein are known to me of my personal knowledge and if sworn as a witness, I could testify competently thereto.

2. In 2004, I ran for the Idaho State Senate in the District 6 Republican Primary against Gary Schroeder.

3. Early in the campaign we had a discussion with my campaign manager about the likelihood of the Democrats getting involved by encouraging cross over voting.

4. The general consensus was that the Democrats would stay home over the local candidate issue of County Commissioner. That was one of the reasons I felt more comfortable running that year.

5. A few weeks prior to the primary, multiple liberal blogs, especially liberal blog "Vision2020" featured forum posts of those publicly declaring that they would "cross over vote" in order to not lose Gary Shroeder. Attached hereto as Exhibit A are true and accurate copies of those liberal blogs. (see http://mailman.fsr.com/pipermail/vision2020/2004-May/009467.html , http://mailman.fsr.com/pipermail/vision2020/2004-May/009441.html , http://mailman.fsr.com/pipermail/vision2020/2004-May/009416.html

6. There was a Pro-Schroeder ad run in the local paper the day before the Primary specifically "calling all independents" to go to the primary, urging people to do "whatever you can to assure that Vance does not win".

7. I never made it a point to acknowledge cross over voting in any speeches or commentaries, however we were aware of its likelihood.

8. Had I fully understood the impact the education voters would have, I would have addressed them and their concerns. I didn't, however, think that should have been a Primary issue as our platform stance was clear.

9. We had to petition for money from outside the county, because we knew that we could not compete solely on funds we could raise within our county. We were facing outside money being put up against us in the primary election by the both the Democrats and the IEA educators who supported Gary Schroeder, the other "Republican" candidate.

10. We underestimated the impact that democrat spending on this race would have on our campaign by their influence on non-republican voters.

11. By the time we realized how our message, which was tailored to Republicans for a Republican primary, was falling to activated Democrat ears, we could not respond fast enough to counteract it.

12. We had anticipated possibly only 10 to 20 cross over voters, but not 100's to 1000. However, that is the number we believe voted in my primary election for my opponent due to the 1,068 "None of the above" votes cast on the Bush/Presidential vote.

13. The current open primary system is akin to the Ford Board of Directors voting at a GM board meeting. Nothing like this would be allowed in the private sector.

//
//
//
//
//
//

14. The premise that people will be ethical and stay within their party lines in an open primary system is simply not valid in the political landscape of today.

FURTHER, AFFIANT SAYETH NOT.

Gregg Vance

State of Idaho )
) ss,
County of ~~Ada~~ Latah )

Subscribed and sworn to before me, a Notary Public in and for the State of Idaho on this 14th day of January, 2010.

TRACY RENFROW
NOTARY PUBLIC
STATE OF IDAHO

Notary Public
My commission expires: 7/31/15
Residing At: Lewiston

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of January, 2010, I served a copy of the foregoing Affidavit of Gregg Vance by email transmission, addressed to the following persons:

Gary Allen
Givens Pursley
P.O. Box 2720
Boise, Idaho 83701-2720
garyallen@givenspursley.com

Harry Kresky
LAW OFFICE OF HARRY KRESKY
250 W. 57th Street, Ste 2017
New York, NY 10107
harrykresky@aol.com

Michael S. Gilmore
Karin D. Jones
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson Street, Second Level
P.O. Box 83720
Boise, ID 83720-0010
mike.gilmore@ag.idaho.gov
karin.jones@ag.idaho.gov

# [Vision2020] Voter turn out

**Tom Hansen** thansen@moscow.com
*Mon, 24 May 2004 05:56:22 -0700*

- Previous message: [Vision2020] Voter turn out
- Next message: [Vision2020] Voter turn out
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

Greetings Visionaires -

Upon reading the Sunday Spokesman Review I realize that crossing party-lines to vote in a Republican primary is not unethical at all.

As quoted in the following article (copied and pasted below in its entirity) from the May 23, 2004 edition of the Spokesman Review:

"In an e-mail, Democrat Kristy Reed Johnson of Post Falls expressed her frustration: "What's a Democrat to do? Some Democrats would rather be struck by lightening than vote for any Republican." She encourages fellow Democrats outside of District 4 (Coeur d'Alene), which has a Democratic primary, "to exercise their right to select their elected officials." However, she also urges them to vote only in winner-take-all races and to leave the Republican ballot blank where Democrats have fielded candidates."

As there is no clear Democrat contender for Schroeder's office, and further realizing that the winner of the Republican primary is virtually a "winner-take-all", I am voting in the Republican primary tomorrow to exercise my right to select my elected official. And that, Mr. Arnold, is guaranteed in writing.

Don't wait for the movie. Read the book. It is call the Constitution of the United States of America.

See you at the polls,

Tom Hansen
Not On The Palouse, Not Ever

---

Key races will be decided Tuesday
Our View: Election Endorsement
Related stories

A debate is raging within the thin ranks of the Kootenai County Democratic Party.

Democratic partisans wonder if it's ethical to vote in Republican primaries where the winner automatically will become an office holder next year because no Democrat, Independent or third-party candidate is running. Only Republicans seek the two seats on the county commission and the three legislative seats in District 3.

In an e-mail, Democrat Kristy Reed Johnson of Post Falls expressed her

Exhibit A

frustration: "What's a Democrat to do? Some Democrats would rather be struck by lightening than vote for any Republican." She encourages fellow Democrats outside of District 4 (Coeur d'Alene), which has a Democratic primary, "to exercise their right to select their elected officials." However, she also urges them to vote only in winner-take-all races and to leave the Republican ballot blank where Democrats have fielded candidates.

We're not constrained by partisan politics as Johnson is. We could make a good argument for Democrats in the Coeur d'Alene area also to cross over to the Republican side to decide who will represent them in the county courthouse. In day-to-day operations, the commissioners' office has more of an impact on the lives of Kootenai County residents than any single legislator. Johnson, however, has done Kootenai County voters a service by bringing this matter to light. Voters on both sides of the political divide should be aware that their only chance to vote in the races for commissioner and District 3 legislators will be Tuesday.

Since these and other Kootenai County primary races are so important, we are repeating our list of endorsements:

•Kootenai County Commissioner: Incumbents Dick Panabaker and Rick Currie have done a solid job and deserve another term.

•Senate District 3: Challenger Mike Jorgenson, a Hayden Lake councilman, is energetic, knowledgeable and not afraid to take a stand in a three-way race that features and an incumbent and a former state senator with spotty voting records.

•House District 3: Jim Clark and Wayne Meyer are veteran incumbents who have accumulated clout and baggage - and are light years ahead of their challengers in experience.

•House District 4: Republican Marge Chadderdon and Democrat Mike Gridley are the strongest candidates to meet in November's general election. If elected, Gridley will make the impact in Boise that incumbent Bonnie Douglas has not.

•House District 5: Bob Nonini and Frank Henderson are pro-business candidates in the mold of retiring state Rep. Hilde Kellogg, R-Post Falls.>

---

- Previous message: [Vision2020] Voter turn out
- Next message: [Vision2020] Voter turn out
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

# [Vision2020] Support Gary Schroeder

**Tom Hansen** thansen@moscow.com
*Sat, 22 May 2004 06:36:05 -0700*

- Previous message: [Vision2020] 05-22-04 Washington Post: Punishment and Amusement
- Next message: [Vision2020] Alternative: Patricia Scott (was Support Gary Schroeder)
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

Greetings Visionaires -

I, like Joan Opyr, have decided to cross party lines and vote in the Republican primary on Tuesday.  I will not be voting "against" Vance as much as I will be voting "for" Gary Schroeder.

Gary Schroeder is a strong voice in Boise and he truly represents his constituency here in Moscow (and not those in Caldwell).  At a time when UI needs support at the capital, Schroeder is not afraid to "bump heads" with those that would prefer putting UI into the past tense.

I will be voting for Schroeder not only in the primary, but (if opposed) in the general election as well.

Vote Schroeder,

Tom Hansen
UI '96
Moscow, Idaho

"Each time a man stands up for an ideal, or acts to improve the lot of others, or strikes out against injustice, he sends forth a tiny ripple of hope."

Robert F. Kennedy
(1925-1968, American Attorney General, Senator)

---

- Previous message: [Vision2020] 05-22-04 Washington Post: Punishment and Amusement
- Next message: [Vision2020] Alternative: Patricia Scott (was Support Gary Schroeder)
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

# [Vision2020] Senator Schroeder

**Joan Opyr** auntiestablishment@hotmail.com
*Thu, 20 May 2004 16:07:30 -0700*

- Previous message: [Vision2020] It is a matter of trust?
- Next message: [Vision2020] Senator Schroeder
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

------=_NextPart_001_0000_01C43E84.8D7DBED0
Content-Type: text/plain; charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

Dear Visionaries:

Several people on this list have reported that they've received bogus pol=
itical polling calls that are merely anti-Schroeder ads in disguise. Thi=
s is a disgraceful tactic, but it isn't new. I'm sorry to report that pu=
sh-polling has been used for years (and with some success) in many places=
 I've lived. It's a favorite technique of the candidate with the unsavor=
y agenda. It's purpose is to tear down a candidate the voters already kn=
ow and like, in this case Gary Schroeder, by sowing doubt and distrust. =
The idea isn't so much to get Schroeder's supporters to switch to Gregg V=
ance, but to keep them from showing up to vote at all. Push-polling is k=
ind of like chatter at a baseball game: it's a diversion. Hey, batter, b=
atter, swing! Ah, ha, you missed. =20

I'm disgusted by it. It makes me sick. And so, on May 25th, I intend to=
 cross party lines and vote in the Republican primary. I'd like to poke =
a finger in Gregg Vance's eye, but I am doing this first and foremost to =
support Gary Schroeder. I respect the Senator's integrity, I admire his =
tireless work in support of public education and the University of Idaho,=
 and I think that he is invaluable as chair of the Senate Education Commi=
ttee. If we lose Gary Schroeder, we lose more than just an able represen=
tative; we lose Latah County's most powerful voice in Boise. =20

Of course, I hesitate to mention my support for Senator Schroeder on this=
 list. As I'm a notorious Liberal/Progressive, not to mention a died-in-=
the-wool Democrat, I do fear doing him more harm than good. Gary Schroed=
er, however, is no lefty; there are a raft of issues on which we are not =
in accord, but I have found him to be responsive to his constituents, gen=
uinely concerned about the people of this county, and, most important of =
all, an honest broker. =20

Gregg Vance might be responsive and he might be concerned, but his campai=
gn's nasty, dishonest, underhanded push-polling is strong evidence that h=
e is unfit for public office. I've taken the time to familiarize myself =
with Mr. Vance's stances on a host of issues, and I firmly believe that h=
e would be an unmitigated disaster for Latah County. On May 25th, I hope=
 that Democrats and Republicans alike will unite to ensure that the best =
man continues to represent us in Boise, and Gregg Vance continues to enjo=
y the quiet life in Deary.

Joan Opyr/Auntie EstablishmentGet more from the Web. FREE MSN Explorer d=
ownload : http://explorer.msn.com

------=_NextPart_001_0000_01C43E84.8D7DBED0
Content-Type: text/html; charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

<HTML><BODY STYLE=3D"font:10pt verdana; border:none;"><DIV>Dear Visionari=
es:</DIV> <DIV> </DIV> <DIV>Several people on this list have re=
ported that they've received bogus political polling calls that are merel=
y anti-Schroeder ads in disguise.  This is a disgraceful tactic, but=
 it isn't new.  I'm sorry to report that push-polling has&=
nbsp;been used for years (and with some success) in many p=
laces I've lived.  It's a favorite technique of the c=
andidate with the unsavory agenda.  It's purpose is to tea=
r down a candidate the voters already know and like, in this case Gary Sc=
hroeder, by sowing doubt and distrust.  The idea isn't so =
much to get Schroeder's supporters to switch to Gregg Vanc=
e, but to keep them from showing up to vote at all.  =
Push-polling is kind of like chatter at a baseball game: it's a diversion=
  Hey, batter, batter, swing!  Ah, ha, you missed. &=
nbsp; </DIV> <DIV> </DIV> <DIV>I'm disgusted by it.  It makes m=
e sick.  And so, on May 25th, I intend to cross party line=
s and vote in the Republican primary.  I'd like to poke a finger in =
Gregg Vance's eye, but I am doing this first and foremost to su=
pport Gary Schroeder.  I respect the Senator's integrity, I&nbs=
p;admire his tireless work in support of public education and the Univers=
ity of Idaho, and I think that he is invaluable as chair of the Senate Ed=
ucation Committee.  If we lose Gary Schroeder, we lose more than jus=
t an able representative; we lose Latah County's most powerful =
voice in Boise.   </DIV> <DIV> </DIV> <DIV>Of course, I he=
sitate to mention my support for Senator Schroeder on this list.&nbs=
p; As I'm a notorious Liberal/Progressive, not to mention a died-in-=
the-wool Democrat, I do fear doing him more harm than good. &nb=
sp;Gary Schroeder, however, is no lefty; there are a raft of issues =
on which we are not in accord, but I have found him to be responsive to h=
is constituents, genuinely concerned about the people of this county, and=
, most important of all, an honest broker.  </DIV> <DIV> </DIV>=
 <DIV>Gregg Vance might be responsive and he might be concerned, but his =
campaign's nasty, dishonest, underhanded push-polling is strong evid=
ence that he is unfit for public office.  I've taken the time to fam=
iliarize myself with Mr. Vance's stances on a host of issues, and I =
firmly believe that he would be an unmitigated disaster for Latah Co=
unty.  On May 25th, I hope that Democrats and Republicans alike=
 will unite to ensure that the best man continues to repre=
sent us in Boise, and Gregg Vance continues to enjoy the q=
uiet life in Deary.</DIV> <DIV> </DIV> <DIV>Joan Opyr/Auntie Es=
tablishment</DIV> <DIV> </DIV> <DIV> </DIV></BODY></HTML><br cl=
ear=3Dall><hr>Get more from the Web.  FREE MSN Explorer download : <a hre=
f=3D'http://explorer.msn.com'>http://explorer.msn.com</a><br></p>

------=_NextPart_001_0000_01C43E84.8D7DBED0--

---

- Previous message: [Vision2020] It is a matter of trust?
- Next message: [Vision2020] Senator Schroeder
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

# [Vision2020] Senator Schroeder

**Mark and Julie Miller** mjmiller@moscow.com
*Thu, 20 May 2004 19:30:33 -0700*

- Previous message: [Vision2020] Senator Schroeder
- Next message: [Vision2020] Senator Schroeder
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

This is a multi-part message in MIME format.

------=_NextPart_000_001B_01C43EA0.EB10C210
Content-Type: text/plain;
charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

Joan,

Very well said. I'm also a die hard democrat, but I can see what could = happen to me and the others in this community who work at the UI if Mr. = Vance wins this primary and, further down the road, a seat in the State = Senate. Things aren't good now financially at the UI, but God only = knows what would happen with more voices like his in the Legislature. = Idaho public education has a great spokesman in the way of Gary = Schroeder and his role as Chairman of the Senate Education Committee = does give us "northerners" a little bit of a voice down south. =20

I'm crossing party lines next Tuesday and casting my vote for Schroeder. = Thanks.

Mark Miller=20
----- Original Message -----=20
From: Joan Opyr=20
To: Vision2020 Moscow=20
Sent: Thursday, May 20, 2004 4:07 PM
Subject: [Vision2020] Senator Schroeder

Dear Visionaries:

Several people on this list have reported that they've received bogus = political polling calls that are merely anti-Schroeder ads in disguise. = This is a disgraceful tactic, but it isn't new. I'm sorry to report = that push-polling has been used for years (and with some success) in = many places I've lived. It's a favorite technique of the candidate with = the unsavory agenda. It's purpose is to tear down a candidate the = voters already know and like, in this case Gary Schroeder, by sowing = doubt and distrust. The idea isn't so much to get Schroeder's = supporters to switch to Gregg Vance, but to keep them from showing up to = vote at all. Push-polling is kind of like chatter at a baseball game: = it's a diversion Hey, batter, batter, swing! Ah, ha, you missed. =20

I'm disgusted by it. It makes me sick. And so, on May 25th, I intend = to cross party lines and vote in the Republican primary. I'd like to = poke a finger in Gregg Vance's eye, but I am doing this first and =

foremost to support Gary Schroeder. I respect the Senator's integrity, =
I admire his tireless work in support of public education and the =
University of Idaho, and I think that he is invaluable as chair of the =
Senate Education Committee. If we lose Gary Schroeder, we lose more =
than just an able representative; we lose Latah County's most powerful =
voice in Boise. =20

Of course, I hesitate to mention my support for Senator Schroeder on =
this list. As I'm a notorious Liberal/Progressive, not to mention a =
died-in-the-wool Democrat, I do fear doing him more harm than good. =
Gary Schroeder, however, is no lefty; there are a raft of issues on =
which we are not in accord, but I have found him to be responsive to his =
constituents, genuinely concerned about the people of this county, and, =
most important of all, an honest broker. =20

Gregg Vance might be responsive and he might be concerned, but his =
campaign's nasty, dishonest, underhanded push-polling is strong evidence =
that he is unfit for public office. I've taken the time to familiarize =
myself with Mr. Vance's stances on a host of issues, and I firmly =
believe that he would be an unmitigated disaster for Latah County. On =
May 25th, I hope that Democrats and Republicans alike will unite to =
ensure that the best man continues to represent us in Boise, and Gregg =
Vance continues to enjoy the quiet life in Deary.

Joan Opyr/Auntie Establishment

-------------------------------------------------------------------------=
-----

Get more from the Web. FREE MSN Explorer download : =
http://explorer.msn.com

------=_NextPart_000_001B_01C43EA0.EB10C210
Content-Type: text/html;
charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=3DContent-Type content=3D"text/html; =
charset=3Diso-8859-1">
<META content=3D"MSHTML 6.00.2800.1400" name=3DGENERATOR>
<STYLE></STYLE>
</HEAD>
<BODY=20
style=3D"BORDER-RIGHT: medium none; BORDER-TOP: medium none; FONT: 10pt =
verdana; BORDER-LEFT: medium none; BORDER-BOTTOM: medium none"=20
bgColor=3D#ffffff>
<DIV><FONT face=3DCourier>Joan,</FONT></DIV>
<DIV><FONT face=3DCourier></FONT> </DIV>
<DIV><FONT face=3DCourier>Very well said.  I'm also a die hard =
democrat, but=20
I can see what could happen to me and the others in this community who =
work at=20
the UI if Mr. Vance wins this primary and, further down the road, a seat =
in the=20
State Senate.  Things aren't good now financially at the UI, but =

```
God only=20
knows what would happen with more voices like his in the =
Legislature. =20
Idaho public education has a great spokesman in the way of Gary =
Schroeder and=20
his role as Chairman of the Senate Education Committee does give us=20
"northerners" a little bit of a voice down south.  </FONT></DIV>
<DIV><FONT face=3DCourier></FONT> </DIV>
<DIV><FONT face=3DCourier>I'm crossing party lines next Tuesday and =
casting my=20
vote for Schroeder.  Thanks.</FONT></DIV>
<DIV> </DIV>
<DIV><FONT face=3DCourier>Mark Miller</FONT> </DIV>
<BLOCKQUOTE dir=3Dltr=20
style=3D"PADDING-RIGHT: 0px; PADDING-LEFT: 5px; MARGIN-LEFT: 5px; =
BORDER-LEFT: #000000 2px solid; MARGIN-RIGHT: 0px">
  <DIV style=3D"FONT: 10pt arial">----- Original Message ----- </DIV>
  <DIV=20
  style=3D"BACKGROUND: #e4e4e4; FONT: 10pt arial; font-color: =
black"><B>From:</B>=20
  <A title=3Dauntiestablishment@hotmail.com=20
  href=3D"mailto:auntiestablishment@hotmail.com">Joan Opyr</A> </DIV>
  <DIV style=3D"FONT: 10pt arial"><B>To:</B> <A =
title=3Dvision2020@moscow.com=20
  href=3D"mailto:vision2020@moscow.com">Vision2020 Moscow</A> </DIV>
  <DIV style=3D"FONT: 10pt arial"><B>Sent:</B> Thursday, May 20, 2004 =
4:07=20
PM</DIV>
  <DIV style=3D"FONT: 10pt arial"><B>Subject:</B> [Vision2020] Senator=20
  Schroeder</DIV>
  <DIV><BR></DIV>
  <DIV>Dear Visionaries:</DIV>
  <DIV> </DIV>
  <DIV>Several people on this list have reported that they've =
received=20
  bogus political polling calls that are merely anti-Schroeder ads in=20
  disguise.  This is a disgraceful tactic, but it isn't =
new.  I'm=20
  sorry to report that push-polling has been used for =
years (and=20
  with some success) in many places I've lived.  =
It's a=20
  favorite technique of the candidate with the unsavory =
agenda. =20
  It's purpose is to tear down a candidate the voters already =
know and=20
  like, in this case Gary Schroeder, by sowing doubt and =
distrust. =20
  The idea isn't so much to get Schroeder's supporters to =
switch=20
  to Gregg Vance, but to keep them from showing up to =
vote at=20
  all.  Push-polling is kind of like chatter at a baseball =
game: it's=20
  a diversion  Hey, batter, batter, swing!  Ah, ha, you=20
  missed.   </DIV>
  <DIV> </DIV>
  <DIV>I'm disgusted by it.  It makes me sick.  And so, on May =

  25th, I intend to cross party lines and vote in the =
```

```
Republican=20
  primary.  I'd like to poke a finger in Gregg Vance's eye, but I =
am doing=20
  this first and foremost to support Gary =
Schroeder.  I=20
  respect the Senator's integrity, I admire his tireless work in =
support of=20
  public education and the University of Idaho, and I think that he is=20
  invaluable as chair of the Senate Education Committee.  If we =
lose Gary=20
  Schroeder, we lose more than just an able representative; we=20
  lose Latah County's most powerful voice in Boise.   =
</DIV>
  <DIV> </DIV>
  <DIV>Of course, I hesitate to mention my support for Senator =
Schroeder on=20
  this list.  As I'm a notorious Liberal/Progressive, not to =
mention a=20
  died-in-the-wool Democrat, I do fear doing him more harm than=20
  good.  Gary Schroeder, however, is no lefty; there are =
a raft=20
  of issues on which we are not in accord, but I have found him to be =
responsive=20
  to his constituents, genuinely concerned about the people of this =
county, and,=20
  most important of all, an honest broker.  </DIV>
  <DIV> </DIV>
  <DIV>Gregg Vance might be responsive and he might be concerned, but =
his=20
  campaign's nasty, dishonest, underhanded push-polling is strong =
evidence=20
  that he is unfit for public office.  I've taken the time to =
familiarize=20
  myself with Mr. Vance's stances on a host of issues, and I firmly =
believe=20
  that he would be an unmitigated disaster for Latah =
County.  On=20
  May 25th, I hope that Democrats and Republicans alike will =
unite to=20
  ensure that the best man continues to represent us in =
Boise, and=20
  Gregg Vance continues to enjoy the quiet life in =
Deary.</DIV>
  <DIV> </DIV>
  <DIV>Joan Opyr/Auntie Establishment</DIV>
  <DIV> </DIV>
  <DIV> </DIV><BR clear=3Dall>
  <HR>
  Get more from the Web. FREE MSN Explorer download : <A=20
  href=3D"http://explorer.msn.com">http://explorer.msn.com</A><BR>
  <P></P></BLOCKQUOTE></BODY></HTML>

------=_NextPart_000_001B_01C43EA0.EB10C210--
```

---

- Previous message: [Vision2020] Senator Schroeder

- Next message: [Vision2020] Senator Schroeder
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]