**CHRIST T. TROUPIS**
**TROUPIS LAW OFFICE P.A.**
**1299 E. Iron Eagle, Ste 130**
**P.O. Box 2408**
**Eagle, Idaho 83616**
**Ph: (208) 938-5584**
**Fax: (208) 938-5482**
**Email: ctroupis@troupislaw.com**

**JOHN ERIC SUTTON**
**J.E. SUTTON & ASSOCIATES**
**200 N. 3rd St., Ste 2 & 3**
**Boise, Idaho 83701**
**Ph: (208) 336-4444**
**Fax: (208) 336-4494**
**Email: jesutton@jesutton.com**

**Attorneys for Plaintiff Idaho Republican Party**

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| **IDAHO REPUBLICAN PARTY, et.al.,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**BEN YSURSA, In his Official Capacity as Secretary of State of the State of Idaho,**<br><br>**Defendant.** | **Case No. 1:08-CV-00165-BLW**<br><br>**AFFIDAVIT OF STEVE ADAMS** |

Steve Adams, being first duly sworn, deposes on oath and states:

1. I am not a party to this lawsuit. Each of the matters stated herein are known to me of my personal knowledge and if sworn as a witness, I could testify competently thereto.

2. I was conservative Republican candidate in the Republican Primary election for House Seat B in Bingham County's District 28 in 2004. I ran against incumbent Joe Cannon. The reason I ran in 2004 was because our party had nominated someone previously that was not representative of party platform. I wanted to see a correction in how our local party was represented. The purpose of a party is to allow a group of people to associate, to create a platform of beliefs on issues, and then to nominate someone to represent those beliefs.
3. Although Joe Cannon ran successfully for this house seat in 2002 as a Republican, once elected, he voted with liberal Democrats in the Idaho State Legislature. During my campaign, I made a point of exposing this fact to Republican voters in the Bingham County primary.
4. Three central issues were part of this campaign. All were party platform issues (less government, lower taxes, school choice) Mr. Cannon had voted with the Democratic mainstream and against Dennis Lake in the last session, cancelling him out on key votes. Attached hereto, marked Exhibit A, is a true and accurate copy of a postcard I hand delivered and mailed to voters during that primary election that set out specific policy differences between Joe Cannon and myself on these issues, HB754, HB400, HB740, HB271)
5. The majority of precinct leaders in Bingham County endorsed me in the primary, which was highly unusual for a primary race. I clearly had a majority of internal party member support. Attached hereto as Exhibit B is a true and accurate copy of my advertisement listing the public endorsements I received from Bingham County Republicans and party leaders.

6. During that campaign, Beverly Beach, a Democratic candidate for District 28, House Seat A, took out an advertisement in The Morning News. It appeared on May 24, 2004 on page 5. In the ad, she stated: "I encourage all Democrats to vote in the Republican Primary." Attached hereto as Exhibit C is a true and accurate copy of that advertisement.

7. Beverly Beach also wrote a letter to the editor on May 22 on page 5A in which she stated :..This is what Democrats can do. Go to the primary on Tuesday and vote on the Republican ticket. I would like to vote for myself, but it is more important that you and I not allow the Republican Party to choose our sheriff and county commissioners. We also need to let our voice be heard in the race for House Seat B. This is a very important race. Democrats have the power to decide how we will be represented in Boise. If you want to show your support for me or Mr. Hulse, simply skip the House Seat A and Senate sections. You do not have to vote in every section to make your ballot count...Two years ago, I ran for House Seat A on the Democratic ticket and received 41% of the vote against the incumbent. That's over 4,600 votes. If those of you who voted for me in the last election go out and vote in the primary, we can have a voice in our county government. Please vote on Tuesday. Much is at stake." Attached hereto, marked Exhibit D, is a true and accurate copy of the letter written by Beverly Beach and published in The Morning News.

8. When I formulated my strategy for this Republican primary election campaign, I did not consider the effect of a strategic cross-over vote in my election. As a result, I tailored my political message to appeal only to Republican voters. If I had

anticipated Democrats to cross-over in my election, I would have changed my political message in order to appeal to those voters:

a) Education: I would not have concentrated on stronger support for charter schools. That was only a republican issue. In the general election I would have concentrated more on choice for teachers as democrats and independents are looking for better support for teachers and I could have made some headway there.

b) Taxes: Lower taxes would not have been an issue in the general election either because it would already have been a settled point. We would not have focused on that issue and would have focused on how we could be more efficient with social programs and education as opposed to just spending more money on the problems. Democrats would have seen repeated statements about cutting taxes as violence against public education.

c) Water: This also would not have been a main focus. I would have concentrated on other issues that might have helped me with independents and even a few democrats. The only reason this was even an issue was because a section of the Republican party was upset over how water issues had been handled by Republicans, -- one being my opponent.

9. In preparation for running this primary election campaign, my campaign staff and I conducted extensive research through voting records, precinct records, and mailing lists for mass mailings. We limited all of this research to Republican

voters. We used this information to develop our strategy and to prepare our materials and messages. If we had known that Democratic voters intended to cross-over and vote in my primary election, we would have included a much broader group of people in our research.

10. We would have had to raise more funding during the primary to combat the cross over vote if we wanted to be effective. When you have to try to address both party and nonparty issues at once it becomes challenging. I didn't have the resources at my disposal to do both, nor do I think it was possible to effectively communicate my political message in a way that distinguished me from my opponent with Republican primary voters but at the same time did not engender a significant cross-over vote against me by nonparty members.

11. I was unable to address party concerns and general public concerns at the same time during my primary campaign. With an open primary, I was effectively forced to run two general election campaigns. I chose not to and it had a negative impact on my ability to win the primary election.

12. As a citizen of Idaho, I want to have debate and dialogue. I want to develop ideas and see those ideas advanced in public policy. I want to be able to express my rights of free speech and freedom of association with those of like mind to accomplish these goals.

13. As a result of the strategic use of cross-over voting in Idaho's open primary system, my right to freely associate within my own political party, my right to close that association to those not supportive of its platform, my ability to impact public policy, and my rights as a citizen to participate in the political process have

been diminished along with the other citizens of Bingham County who supported my efforts and were working within the Republican party for the change we desired.

14. If I would have chosen to run as an independent in the General Election, I could have messaged to both parties. However, that would not have accomplished my objective of *addressing my local Republican Party*, and would have denied me my right to represent my Republican Party in office.

15. I lost the 2004 primary election to Joe Cannon by 936 votes. Shortly after the election, Beverly Beach wrote a letter to her Democratic supporters thanking them for electing my opponent by crossing over to vote in the Republican primary. Attached hereto, marked Exhibit E, is a true and accurate copy of that letter.

FURTHER, AFFIANT SAYETH NOT.

Steve Adams

State of Idaho )
) ss.
County of Ada )

Subscribed and sworn to before me, a Notary Public in and for the State of Idaho on this 14th day of January, 2010.

RUTH C GLIDER NOTARY PUBLIC STATE OF IDAHO

Ruth C. Glider
Notary Public
My commission expires: 6-15 2013
Residing At: Rexburg Madison Co

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ~~13th~~ 19 day of January, 2010, I served a copy of the foregoing Affidavit of Steve Adams by email transmission, addressed to the following persons:

Gary Allen
Givens Pursley
P.O. Box 2720
Boise, Idaho 83701-2720
garyallen@givenspursley.com

Harry Kresky
LAW OFFICE OF HARRY KRESKY
250 W. 57th Street, Ste 2017
New York, NY 10107
harrykresky@aol.com

Michael S. Gilmore
Karin D. Jones
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson Street, Second Level
P.O. Box 83720
Boise, ID 83720-0010
mike.gilmore@ag.idaho.gov
karin.jones@ag.idaho.gov

# Vote Steven Adams

## *Idaho State Legislature, District 28 Seat B*

**VOTE - MAY 25, 2004**



Bingham County is a wonderful place to live and raise a family. Our community values freedom, limited government, less taxes and more personal responsibility.

My opponent, Joe Canon is out of step with the voters of Bingham County, especially on taxation and big government spending issues. He is a good man with a disappointing liberal voting record. He consistently sides with the liberal Democrats and cancels out the votes of our conservative Bingham County legislators.

When I am elected I will strengthen and unify, our Conservative Bingham County delegation. Make a difference and vote for Steven Adams on May 25th.

***Please join with me to protect our freedoms!***

• LIMITED GOVERNMENT • LOWER TAXES • LESS GOVERNMENT REGULATION
• CHOICE IN EDUCATION FOR PARENTS AND TEACHERS

steven ADAMS

STEADY CONSERVATIVE LEADERSHIP

Phone: 403-9110 www.ElectAdams.net

## STEVEN ADAMS - RIGHT ON THE ISSUES! VOTE MAY 25TH

| Issues | District 28 Seat B Candidate **Steven Adams** | District 28 Seat A Representative **Dennis Lake** | District 28 Seat B Incumbent **Joe Cannon** | Liberal Democrat Minority Leader **Wendy Jaquet** | Liberal Democrat Pocatello **Donna Boe** |
|---|---|---|---|---|---|
| **Limited Gov.** HB 754 (40 appropriation bills) | YES ✓ | YES | NO ✓ | NO | NO |
| **Lower Taxes** HB 400 | YES ✓ | YES | NO ✓ | NO | NO |
| **Choice in Education** HB 740 & HB 271 | YES ✓ | YES | NO ✓ | NO | NO |

*"I went to Boise thinking I was very conservative. I came away thinking I am not." ... "I made the decision we were going to have to raise some taxes, and I was comfortable with it"*
*Joe Cannon - Blackfoot Morning News, February 11, 2003*

**"BINGHAM COUNTY NEEDS UNIFIED, CONSERVATIVE REPRESENTATION IN BOISE"**
*Steven Adams*

PAID FOR BY COMMITTEE TO ELECT STEVEN ADAMS
CHAIRMAN: SCOTT REESE TREASURER: HUGH SANDOW, CPA

www.ElectAdams.net

Exhibit A

# We Support Steven Adams...

## STEADY CONSERVATIVE LEADERSHIP
## IDAHO STATE LEGISLATURE, DISTRICT 28 SEAT B

Scott Reese
Hugh Sandow
Rosemary Scholes
Steve Bair
Joanne Dixon
Suzanne Acevedo
Ronald P. Reese
Marla Polatis
Scott Packham
Steve Mecham
Ginette Manwaring
Don Hale
Craig Evens
Mark Cowley
Steve Cederberg
Dayle Holm
R. David Moore
Brian Harrison
Lori Bair
Richard Hill
Brad Bowen
Dee Jorgensen
LaRee Jorgensen
Denise Rowe
Kenny Rowe
Dori Franchaun
Ray Vialpando
Greg Cobia
Afton Bischoff
A. Curtis Galkea

Alethea Galkea
Lee Griffin
Whitney Manwaring
Dan Acevedo
Gary Larsen
Linda Larsen
Troy Henke
Kathryn Henke
Charles D. Packham
Zenith Baker
Chyllis Baker
Gordon Polatis
Bridgette Fife
Anneke Marshall
Douglas Marshall
Ron Murdock
Justin Baker
Jim Pehrson
Cache Olson
Patricia H. Oak
Dennis DeRoche
Linda DeRoche
Rick Catef
Gail Bird
Walter Aldous
Clete Marlow
Joanna Marlow
Shirley Harper
Jerry Bingham
Thayne Christensen

Connie Christensen
Claude Nielsen
Deanna Nielsen
Art Kelly
Dian Kelly
Doris Sandow
Garrett Sandow
Dianne Belnap
Jerry Belnap
Diana Murdock
W. Lynn Murdock
Richard Stallings
Eilene Stallings
Mark Bair
Sherilynn Bair
Stanley Ottley
Serena Watt
Christine Woods
Dorothy Friedel
Clarence Friedel
Brian Haynes
Kay Haynes
Darrel M. Jensen
Carma L. Jensen
Stephanie Wilden
Montana Nielsen
Kelley McKinlay
Penny McKinlay
Troy Watson
Krisene Watson

Carolee Jensen
Linda Young
Jason Arnold
Nadene Haderlie
Mark Anderson
Mary Anderson
Aaron Murdock
Jennifer Murdock
Lynette Murdock
Steve Murdock
Audrey Miller
Barrett Miller
Candice Morgan
Robyn Kirkham
Robert Kirkham
Becky Christensen
Bryce Harper
Nadean Harper
Linda Wright
Glenn Wright
Angela McCandless
Jay McCandless
Audrey Miller
Larry VanOrden
Paunie VanOrden
Glen W. Haner
K. Machelle Haner
Dan Wallace
Jolene Wallace
Susan Kittleson

Enid Williams
Alicia Hansen
George Hansen
Mary Morrison
John Gregery
Bart Jensen
Ray Brumfield
Craig Kawamura
Janet Kawamura
Don McCandless
Norma McCandless
Rex McNair
Elaine McNair
Gregg Peterson
Diana Peterson
Scott Chidester
Linnea Chidester
Duane Beck
Debra Beck
Lori Christiansen
Luana Kinney
Stephen Reiche
Janae Reiche
Jim Haroldsen
Dorothy Haroldsen
Dennis Hansen
Katie Hansen
Gary Kirchner
Elden Felt
Edna Felt

Mark Dabb
Cindy Dabb
John Aird
C. Paul Robertson
Carol Robertsen
Marc Isom
Jeanne Isom
Mary J. Scherbel
Kim Carroll
Lane Carroll
Janae VanOrden
Todd VanOrden
Tammy Gundersen
Kim Gundersen
Steve McClellan
Stacey McClellan
Dean Kirkpatrick
Trudy Kirkpatrick
Brett Holm
Trina Holm
Danielle Cox
Dion Wareing
Fawnel Wareing
Dawnelle Thomas
Betty Henkdricks
Brenda Turner
Kevin Turner
Becky Cook
Darlene Tew
Kent Tew

Bill Adams
Betty Adams
Marjorie Adams
Robert Adams
Michelle Winters Adams
Robert Acevado
Marlene Acevado
Ed Andersen
Tate Bailey
Hillarie Bailey
Nick Benson
Sherice Benson
Laramie Bingham
Heather Bingham
Kurt Bingham
Ja Lene Bingham
Ted Bigham
Kindra Bingham
Andy Cook
Gillian Cook
Travis Crook
Shari Evans
Sidney Harper
Enid Williams
Carlos Christensen
Trina Christensen
Richard Bair
Annette Bair
Jason Moulton
Kelly Moulton






*LIMITED GOVERNMENT • LOWER TAXES • LESS GOVERNMENT REGULATION • CHOICE IN EDUCATION FOR PARENTS & TEACHERS*

*Endorsed By: Idaho Chooses Life • Family PAC • Idahoans For Excellence In Education • Idahoans For Tax Reform • Citizens For Tax Reform*

PAID FOR BY COMMITTEE TO ELECT STEVEN ADAMS
CHAIRMAN: SCOTT REESE TREASURER: HUGH SANDOW, CPA

Exhibit B

*each Representative and the compensation of Congressmen, were not ratified. Articles 3 to 12, however, ratified by three-fourths of the state legislatures, constitute **the first 10 amendments of the Constitution, known as the Bill of Rights.***

*Source: U.S. National Archives*

scribed by law.

**Amendment IV**

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to

**Amendm**

In all cr accused s speedy a impartial trict wher been con shall hav tained by the natur tion; to be


# Beverly Steckl*e*in Beach



★ Pro-Family
★ Pro-Schools
★ Pro-Idaho

**District 28**
**House Seat A**
**Democrat**

*I encourage all Democrats to vote in the Republican Primary.*
*This will give us a voice in our local government.*
*Thanks for all your support!*

Paid for by Beach for House





Exhibit C

ot an Steven is an or and od first are for a prob- ns are dicator

aid he for any d have the cit- tate of ll had

idates a few that rd for many their Please, this

d with inter- osition ackfoot that had it edu- are about cation

ritical It is s pri- strong hools.

ncon- duca- t and sup- State Public public

lams' he is tisan good prob- lenti- nnon t's be hows Mr. nown his arter ason the

state Legislature.

Mr. Adams was hired to implement the charter contract of the Blackfoot charter school, a public school.

As director, he told those associated with the charter school that the teachers could decide what parts of the charter they wanted to follow and what parts they didn't.

When charter schools operate outside their charter, they are really private schools using public funds. That is a complain often voiced about charter schools. What is the value of a contract if it is not followed?

Should we send a legislator to Boise that has demonstrated an unwillingness to follow the charter school law enacted by the Legislature?

I am voting for Rep. Cannon and encourage you to do the same.

Fred Higley,
Blackfoot

■ Do you realize there are three political parties in Bingham County: the moderate Republicans, the Right Wing Republicans, and the Democrats. There will be only two races decided on the November ballot.

I will be challenging Dennis Lake for House Seat A and John "Butch" Hulse will challenge Stan Williams for the District 28 Senate seat.

The other races will be decided next Tuesday by only those voting in the Republican primary.

The voice of Democrats in Bingham County will be completely denied unless we do something about it.

This is what Democrats can do. Go to the primary on Tuesday and vote on the Republican ticket.

I would like to vote for myself, but it is more important that you and I not allow the Republican Party to choose our sheriff and county commissioners. We also need to let our voice be heard in the race for House Seat B. This is a very important race. Democrats have the power to decide how we will be represented in Boise.

If you want to show your support for me or Mr. Hulse, simply skip the House Seat A and the Senate sections. You do not have to vote in every section to make your ballot count.

Even though our state and county are controlled by the Republican Party, not everyone in Bingham County is a Republican.

Two years ago, I ran for House Seat A on the Democratic ticket and received 41% of the vote against the incumbent.

That's over 4,600 votes. If those of you who voted for me in the last election go out and vote in the primary, we can have a voice in our county government. Please vote on Tuesday. Much is at stake.

Beverly Beach
Democratic Candidate
House Seat 28 A

■ When you hear or read the statement, "law enforcement's choice," what does that statement bring to mind? Does that statement mean that the majority of law enforcement officers that live and work within Bingham County support Dave Johnson?

Bingham County has approximately 135 law enforcement officers and personnel (sworn and civilian) working and residing within Bingham County. This number includes patrolmen, detectives, jailers, dispatchers and reserve officers from Aberdeen, Blackfoot, Shelley, Idaho State Police resident officers and Bingham County Sheriff's Office.

Mr. Johnson would like us to believe that three former law enforcement administrators and three chiefs of police represent a majority. I do not believe it does.

I encourage you, as a community, to take a moment to speak with our local law

See Letters, 6A

# Beverly Beach

Candidate, District 28, House Seat A

28 South 1000 West, Blackfoot, Idaho 83221 684-3656 email: beach4house@cs.com

Dear [redacted] and [redacted]

Thank you for your help in re-electing Joe Cannon to the state legislature. Mr. Cannon will continue to represent the people of Bingham County well. He understands that the job of a legislator is to represent the people, not the party, and he has shown the moral courage to do so.

As a conservative Democrat, it was my duty and responsibility to support Mr. Cannon in the primary election. Mr. Cannon won the primary by only 936 votes. There was a concerted effort on the part of Bingham County Democrats to persuade all Democrats to vote in the Republican Primary with the purpose of re-electing Mr. Cannon. It is unfortunate that the leadership of the Idaho Republican Party attempted to oust Mr. Cannon and Mr. Shirley of Rexburg; the only two representatives from Southeast Idaho who had the courage and conviction to vote in favor of education. A survey taken by the University of Idaho said Bingham County residents felt education was the most important issue in this election.

I am asking for your support in the upcoming general election. If elected, I will work closely with Mr. Cannon and will look at both sides of all issues. I will always vote in the best interest of the people of Bingham County. *Sending Mr. Lake back to Boise to work with Joe Cannon would be counter productive. On the issue of education, their votes off-set each other. Another example was the sales tax increase. Mr. Lake voted against the increase and Mr. Cannon voted for it. I am grateful it passed. Without the additional funds, major damage would have been done to our schools. If you will recall in the literature sent out by Steve Adams, Mr. Lake and Mr. Adams worked together to try to defeat Mr. Cannon.*

Republicans in Bingham County need to acknowledge that their party has changed in the past 10 years and does not represent them as in the past. I appreciate those who have called to wish me good luck. It takes courage to support a Democrat in our county but it takes wisdom to know that a change must take place.

**My priorities will be to: fully and adequately fund education, remove the sales tax from groceries, work for more equitable taxation, provide tax incentives for small businesses, fully and adequately fund the Children's Health Insurance Program (CHIP), and bring good paying jobs to Idaho.**

I believe that the future of our children and indeed the future of Idaho depend upon providing our children with the very best education possible. Our state is working to attract non-retail businesses to Idaho. The first question asked by these people is about education. Do we provide good schools for the families of their employees and can we provide a well-trained work force? Mr. Lake has consistently cast votes that were not in the best interest of our public schools.

Please join me in helping make Idaho an even better place than it already is. The people of Bingham County deserve to be better represented. I am asking for your vote on November 2nd. Thank you.

Sincerely,

Beverly

Beverly Beach

***Pro family***: Families are my number one priority.
***Pro education***: When we short-change education, we short-change our children.
***Pro Idaho***: Strong families with good-paying jobs mean a strong Idaho.

If you can support me, please call me at 339-3605.

Exhibit E