*David D. Ripley*

JULY 1, 2010

TO: CHRIST TROUPIS, ESQ.

RE: ADDITIONAL DATA FOR CLOSED PRIMARY LAWSUIT

There is much that can, and will, be said in response to the State's expert witnesses' analysis of my initial research work.

In the interim, I wanted to bring to your attention a very interesting data set from our most recent Primary Election in Idaho's District 6 – Latah County.

In May, 2010, incumbent state senator Gary Schroeder was defeated in the primary by conservative challenger Gresham Bouma. The data from this race provides an illuminating contrast with the data I submitted in analyzing Schroeder's 2004 primary election.

| 2004 | | 2010 | |
|---|---|---|---|
| Schroeder .... 2,685 | | Schroeder .... 1,551 | |
| | >3,947 | | > 3,647 |
| Vance ......... 1,262 | | Bouma .......... 2,095 | |
| Dem Candidate: 338 | | Dem Candidate: 903 | |
| TV: 4,285 | | TV: 4,549 | |

There are several fascinating things to note about these two data sets – one in which the liberal Schroeder won re-nomination, and the other, which he lost.

First, we see that there were 301 fewer votes cast in the Republican Primary in 2010 than were cast in 2004. Second, please note that Schroeder received 1,134 fewer votes this year than he did in his last serious primary.

Are these 301 "missing" votes actually Democrats who decided not to defend Schroeder in this particular contest? There is no way of knowing for certain based simply upon the election returns, but it is certainly suggestive – particularly when one notes that many more Democrats appear to be excited by their nominee in this year's election than was true in 2004: There are 565 more Democrat ballots cast for the Democrat state senate candidate (Dan Schmidt) than were cast six years ago.

If we put these two figures together – the lower turnout plus the increased Democrat vote – we have a possible accounting for 76% of Schroeder's vote erosion between 2010 and 2004.

Again, there is no way to determine conclusively that the absence of Democrat cross-over votes cost Schroeder his seat in the Idaho Senate – but, based upon everything I know about this district and Schroeder's political history, I believe it highly likely that Democrats executed a strategic decision to trade-in a liberal Republican for a genuine Democrat in 2010.

*David D. Ripley*

July 1, 2010

TO: CHRIST TROUPIS, ESQ.

RE: SUPPLEMENTAL RESEARCH – 2010 ADA COUNTY COMMISSION RACE

2010 witnessed one of the most brazen displays of interference with the Republican Party's right to choose its candidates when the Democrat Mayor of Boise, Dave Beiter, engaged in an active and public campaign to encourage Democrats to cross-over in support of his "Republican" choices for the Ada County Commission. He was joined in this effort by Democrat City Councilman T.J. Thomson – who, by the way, served as the statewide political operative for President Obama's 2008 campaign in Idaho.

A rather cursory examination of the election data from the most recent May primary indicates that their efforts had an effect.

I looked at election returns for contested GOP primaries in Ada County, as well as data for contested Republican Primaries in Legislative District 19. I chose this specific district because of its close ties with both Beiter and Thomson – as well as its high Democratic performance history. It seemed likely that if any area of the county responded to Beiter's brazen call, this would be the one.

The data indicates that many Democrats responded to the cross-over appeal in both Ada County, as well as District 19. We again see a disproportionate number of ballots cast in the two Ada County Commission races, indicating the presence of voters driven by a strategic desire to gain two commission seats for proven liberals running as Republicans. (Please see attached graph).

In Ada County as a whole, we see approximately 35,000 Republican ballots cast for the three contested top-of-the-ticket races (governor, senator and federal representative). In the contested races for Lt. Governor and State Controller, we see a drop-off of 10% and 13%, respectively. I tabulated all the ballots cast for GOP legislative races in Ada County, which averaged 83% of those cast for Governor.

We then see a spike in the number of ballots cast in the two county commission races, with total ballots cast on the Republican side equaling 93% of the vote total for governor.

The contested race for Clerk of the District Court followed a more traditional pattern: just 78.6% of those voting in the governor's race went on to vote in this county race.

The pattern is similarly dramatic in District 19 – but, in my opinion, would have been even more demonstrative of Democratic Cross-Over Voting had there not been a contested Democratic primary for a legislative House seat.

One cannot say definitively that DCOV efforts led by Mayor Beiter elected Mr. Bisterfeldt, but the data strongly suggests that it was a key ingredient in his victory.



*Comparison of Votes Cast*
**Ada Co. Commission**
**2010 Primary**

GOP Votes Cast in Ada Co. Primary
= Ada County
= District 19

*(Votes cast in Ada County in GOP primaries;*
*votes for governor = 100%;*
*highest legislative vote totals in each district used for*
*data point marked "GOP Legislative")*