**Christ Troupis**

| | |
|---|---|
| **From:** | Jonathan Parker [jparker@idgop.org] |
| **Sent:** | Tuesday, May 25, 2010 11:11 AM |
| **To:** | bmdavis@senate.idaho.gov; rlgeddes@senate.idaho.gov; jstegner@senate.idaho.gov; 'Senator Russell Fulcher'; kroberts@house.idaho.gov; ldenney@house.idaho.gov; mmoyle@house.idaho.gov; sbedke@house.idaho.gov |
| **Cc:** | norm@idgop.org; jrisch@rischpisca.com |
| **Subject:** | Dave Bieter asking Supporters to Vote Republican |

House and Senate Leadership,

Please see the email below from Dave Bieter asking his supporters to cross over and vote for Vern Bisterfeldt and Roger Simmons in the Republican Primary. Vern Bisterfeldt is the campaign treasurer for both Branden Durst and Walt Minnick.

Thanks.

Jonathan

-----Original Message-----
From: Mayor Dave Bieter <ryanehill@cableone.net>
To: rebarnold@aol.com
Sent: Mon, May 24, 2010 11:42 pm
Subject: My Endorsements for Ada County Commissioner

# We can change Ada County!

News from Dave
May 25, 201



**Please Vote for Vern Bisterfeldt and Roger Simmons**

Dear Friend,

Vern Bisterfeldt and Roger Simmons put their names forward for the Board Ada County Commissioner for only one reason--to serve the citizens of Ada County.

In a nutshell, their plan to reform Ada County government is a bold approach that will save taxpayers money, while increasing transparency and accountability.

*Join me in supp( two experiencec leaders for Ada County Commiss --Mayor Dave Bi(*



I have worked for and worked with both of them for many years. Put simply, they embody what it means to be public servants.

It is rare to have the opportunity to enhance our safety, our environment and our prosperity in one election, and that is why I am urging all Boiseans and everyone I know in Ada County to vote for Vern Bisterfeldt and Roger Simmons for Ada County Commisnioner in the Republican Primary Election-- today--May 25th, 2010.

Sincerely,
Dave Bieter

PS--For more information on how Vern and Roger will reform Ada County,
please visit http://www.fivestepstoabetteradacounty.com.

Paid for by Bieter for Boise

This message was sent from Mayor Dave Bieter to rebarnold@aol.com. It was sent from: Ryan Hill, P.O. Box 1742, Boise, ID 83701. You can modify/update your subscription via the link below.

Email Marketing by

iContact
try it free

Manage your subscription   FORWARD TO A FRIEND