# Idaho Public Employees Association
*We've Got Your Back!*

Spring 2010 | Volume 47, No 2

1020 Main Street Ste 312 | Boise, ID 83702 | www.ipeaonline.org | 208.336.2841

## Why Idaho's Primary Election Matters to You

If you want your vote to count, be sure to cast it in the primary election on May 25.

Many people don't vote in the primary, and some don't even vote in the general election in the fall. But if you want things to improve for public employees, you simply must get involved in the process.

Here's why: Idaho's government is dominated by one party, and that means we have a legislature and administration where people simply don't play well with others. They do not compromise simply because they don't have to. Now, you may agree with the majority of that party's platform, but when one party runs everything in state government, meaningful political discourse simply shuts down. The party's leadership puts the screws to the rest of the legislators in their party to get them to vote "the party line", and few of them have the fortitude to go up against them. You can read about how this worked in the 2010 session in the legislative wrap-up article on page 5.

Voting in the primary is the best way to influence a party's platform, and it is a great way to bring about change. Idaho primaries are open primaries. That means you don't have to register as a member of a party. You do have to vote a straight party ticket, however.

So here's the strategy: Study the positions of the primary candidates for your District. Then ask for the ballot for whichever party has a contested primary when you vote on May 25. Vote for the person you think would be best of the primary contenders in that party just in case that person is elected in the fall.

Remember, in the fall you can cross party lines on your ballot, and you do not need to vote for the same candidate you voted for in the primary.

Here's a possible scenario: You're leaning toward the Democrat in the general election, but the Democrats don't have a contested primary in your District. So you vote for the Republican primary candidate that most closely represents your views and that person wins the primary and is now on the ballot in the general.

But then in the fall you realize that the Democrat still looks better to you, so you vote for the Democrat. If your guy or girl wins, then hurray for you. But if the Republican wins, you will have a Republican representative or Senator that more closely represents your positions. And you have influenced the party platform in the process.

IPEA can help you find out where primary candidates stand on IPEA issues. We sent out a questionnaire to all of them, and you can see their responses on our website. **Don't forget! Vote on May 25th!**

### Executive Board
**Patricia Leonard**
President

**Terry Blau**
Vice President

**Dale Tankersley**
Secretary/Treasurer

### District Directors
**Tyler Carrico**
District 1

**Kathy Haworth**
District 2

**Robert Lemke**
District 3

**Bob Moore**
District 4

**George Allen**
District 5

**Position Open**
District 6

**Joyce Boyle**
District 7

**Director at Large**
**Gwendolyn Smith**

**Executive Director**
**Donna Yule**

*Want some help deciding who to vote for in the May 25 Idaho primary?*

*Check out our website*
**www.ipeaonline.org**

*Click on the "Election 2010" tab and read the responses the candidates gave to our questionnaire.*



REMEMBER: IF YOU DON'T VOTE... ...YOU'VE NO GROUNDS TO COMPLAIN ABOUT WHO GETS ELECTED!

★ ELECT BLORRG-17 ★
★ "He's an Outsider!" ★

www.ipeaonline.org