UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO REPUBLICAN PARTY, *et. al.*,<br><br>v.<br><br>BEN YSURSA, in his official capacity as Secretary of State for the State of Idaho,<br><br>Defendant. | Case No. 1:08-CV-165-BLW<br><br>**ORDER** |

      A bench trial in this matter is scheduled to commence on October 13, 2010. In preparation for that trial, Plaintiff Idaho Republican Party submitted trial depositions of a number of witnesses. Defendants and Intervenors submitted their objections to portions of those trial depositions. To facilitate an organized process for ruling on the objections, the parties submitted electronic copies of the depositions in pdf format, with the objections included as electronic sticky notes. The Court has written its rulings to the objections on those same electronic sticky notes. The Court will attach a print out of the relevant depositions pages, along with the electronic sticky notes, to this Order. These

will constitute the Court's ruling on the objections.

**IT IS SO ORDERED.**

DATED: October 12, 2010

B. LYNN WINMILL
**Chief U.S. District Court Judge**