UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO REPUBLICAN PARTY, and NORM SEMANKO, Chairman,<br><br>Plaintiffs,<br><br>v.<br><br>BEN YSURSA, In his Official Capacity as Secretary of State of the State of Idaho,<br><br>Defendant. | Case No. 1:08-CV-165-BLW<br><br>**ORDER** |

The Court hereby gives notice that it intends to take judicial notice of the Idaho election results from 1990-2010 listed on the Idaho Secretary of State's website. Fed. R. Evid. 201. The results are found at http://www.sos.idaho.gov/elect/results.htm. The Court also intends to take judicial notice of how many Republican and Democratic candidates ran in uncontested races according to those same records.

The Court hereby gives the parties an opportunity to request to be heard on the matter pursuant to Fed. R. Evid. 201(e). The parties shall file any such request no later than Thursday, February 17, 2011.

**ORDER**

**IT IS ORDERED:**

1. Each party shall file a document no later than Thursday, February 17, 2011, stating either that they have no objection to the Court taking judicial notice as explained above, or that the party requests a hearing on the matter.

DATED: **February 15, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge