UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO REPUBLICAN PARTY, and NORM SEMANKO, Chairman,<br><br>        Plaintiffs,<br><br>  v.<br><br>BEN YSURSA, In his Official Capacity as Secretary of State of the State of Idaho,<br><br>        Defendant. | Case No. 1:08-CV-165-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order issued concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiffs.

DATED: **March 2, 2011**

Honorable B. Lynn Winmill
Chief U. S. District Judge