UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO REPUBLICAN PARTY, and NORM SEMANKO, Chairman,<br><br>    Plaintiffs,<br><br>    v.<br><br>BEN YSURSA, In his Official Capacity as Secretary of State of the State of Idaho,<br><br>    Defendant. | Case No. 1:08-CV-165-BLW<br><br>**ORDER** |

**ORDER**

**IT IS ORDERED:**

1. Pursuant to the Order of the Ninth Circuit Court of Appeals (Dkt. 105), this case shall be **DISMISSED** in its entirety.

2. The Court will enter a separate judgment as required by Fed. R. Civ. P. 58.

DATED: **September 21, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 1**