UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO REPUBLICAN PARTY, and NORM SEMANKO, Chairman,<br><br>             Plaintiffs,<br><br>        v.<br><br>BEN YSURSA, In his Official Capacity as Secretary of State of the State of Idaho,<br><br>             Defendant. | Case No. 1:08-CV-165-BLW<br><br>**JUDGMENT** |

In accordance with the Order entered concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered and that this case be **DISMISSED** in its entirety.

DATED:  **September 21, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge