UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 11 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE IDAHO REPUBLICAN PARTY, Its Executive Committee and Its State Central Committee and NORMAN SEMANKO, Chairman and Executive Director (Formally Sidney S. Smith),<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>BEN YSURSA, In his official capacity as Secretary of the State of Idaho,<br><br>        Defendant,<br><br> and<br><br>JOHN HAIGHT; et al.,<br><br>        Intervenor-Defendants - Appellants. | No. 11-35251<br><br>D.C. No. 1:08-cv-00165-BLW<br>U.S. District Court for Idaho, Boise<br><br>**MANDATE** |

    The judgment of this Court, entered September 19, 2011, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Theresa Benitez
Deputy Clerk